UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 1   9 01 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA as subrogee of NOBERTO AND MARIA CLARO, <br><br> Plaintiff, <br><br> vs. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 3:02CV-1916 JBA <br><br> November 26, 2003 |

### JOINT MOTION TO AMEND AND/OR EXTEND SCHEDULING ORDER

The parties hereby move for an order amending and/or extending the Scheduling Order which the Court entered on August 25, 2003, in which it adopted the following discovery schedule:

| | |
|---|---|
| Deadline for Plaintiff to Disclose Expert Witnesses | 07/01/03 |
| Deadline for Defendant to Depose Plaintiff's Expert Witnesses | 10/01/03 |
| Deadline for Defendant to Disclose Expert Witnesses | 11/15/03 |
| Deadline for Plaintiff to Depose Defendant's Expert Witnesses | 12/31/03 |
| Deadline for Filing of Dispositive Motions | 02/01/04 |
| Trial Ready Date | 05/01/04 |

As grounds for its motion, the parties state that they have exchanged the expert witness disclosures required by Fed. R. Civ. P. 26(a)(2) and are in the process of completing the depositions of the disclosed experts. Maytag has noticed the depositions of the expert witnesses identified by the plaintiff and the parties are in the process of scheduling the expert depositions.

Therefore, in order to allow the parties to complete the depositions, the parties propose that the Scheduling Order be amended and/or extended in accordance with the following schedule, which will not unduly delay the trial of this action and will not prejudice any of the parties:

| | |
|---|---|
| Deadline for Completion of Depositions | 01/31/04 |
| Deadline for Filing of Dispositive Motions | 02/01/04 |
| Trial Ready Date | 05/01/04 (unchanged) |

WHEREFORE, the parties respectfully request this Honorable Court extend the Scheduling Order for the reasons set forth above and in accordance with the proposed discovery deadlines, so that the parties can complete the depositions in an orderly fashion.

Respectfully Submitted,

SAFECO INSURANCE
COMPANY OF AMERICA
By its attorneys,

_Stuart G. Blackburn_ /TMR
Stuart G. Blackburn
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, Connecticut 06096
(860) 292-1116

MAYTAG CORPORATION
By its attorneys,

_Timothy M. Roche_
Holly M. Polglase (ct 09285)
Timothy M. Roche (ct 24373)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, via first class mail, on November 26, 2003 to:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, Connecticut 06096

_Timothy M. Roche_

2