# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02CV1916 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, SAFECO INSURANCE COMPANY OF AMERICA a/s/o
NOBERTO AND MARIA CLARO

| | |
|---|---|
| 12/1/03 | _[signature]_ |
| **Date** | **Signature** |
| CT14251 | Erik Loftus |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 860-292-1116 | Two Concorde Way, PO Box 608 |
| **Telephone Number** | **Address** |
| 860-292-1221 | Windsor Locks, CT  06096 |
| **Fax Number** | |
| eloftus@sbcglobal.net | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Holly M. Polglase, Esq.
Timothy Roche, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001