UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 1 9 01 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SAFECO INSURANCE COMPANY OF     )
AMERICA as subrogee of NOBERTO  )
AND MARIA CLARO,                )
                                )
            Plaintiff,          )
                                )
vs.                             )   CIVIL ACTION NO. 3:02CV-1916 JBA
                                )
MAYTAG CORPORATION,             )   November 26, 2003
                                )
            Defendant.          )

### JOINT MOTION TO AMEND AND/OR EXTEND SCHEDULING ORDER

The parties hereby move for an order amending and/or extending the Scheduling Order which the Court entered on August 25, 2003, in which it adopted the following discovery schedule:

| | |
|---|---|
| Deadline for Plaintiff to Disclose Expert Witnesses | 07/01/03 |
| Deadline for Defendant to Depose Plaintiff's Expert Witnesses | 10/01/03 |
| Deadline for Defendant to Disclose Expert Witnesses | 11/15/03 |
| Deadline for Plaintiff to Depose Defendant's Expert Witnesses | 12/31/03 |
| Deadline for Filing of Dispositive Motions | 02/01/04 |
| Trial Ready Date | 05/01/04 |

As grounds for its motion, the parties state that they have exchanged the expert witness disclosures required by Fed. R. Civ. P. 26(a)(2) and are in the process of completing the depositions of the disclosed experts. Maytag has noticed the depositions of the expert witnesses identified by the plaintiff and the parties are in the process of scheduling the expert depositions.

12/8/03: Motion GRANTED. See scheduling Order entered this date.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.