UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INS. | : | FILED |
| v. | : NO. 3:02cv1916 (JBA) | DEC 11  2 45 PM '03 |
| MAYTAG | : | U.S DISTRICT COURT<br>NEW HAVEN, CONN. |

### AMENDED SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 12/5/03, the following amended schedule is ordered:

1. All discovery will be completed 1/31/04.

2. Dispositive motions will be filed by 2/2/04; opposition will be filed by 2/24/04; and any reply will be filed by 3/9/04, and this matter will be deemed trial ready August 2004. The parties' Joint Trial Memorandum will be filed 21 days after ruling on dispositive motions.

3. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 3/1/04 and this matter will be deemed trial ready immediately thereafter.

4. The parties' are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. See Order of Referral.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **December 08, 2003**