UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAFECO INS.            :
v.                     :   NO. 3:02cv1916 (JBA)
MAYTAG                 :

FILED
DEC 11  2 45 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔  -  Settlement Conference:
      (Orefmisc.cnf)

   -  Supervising discovery and resolving discovery disputes:
      (Orefmisc.dscv)

   -  Ruling:
      (Orefm.)

   -  Referred for hearing:
      (Orefcs.)

                              IT IS SO ORDERED.

                              _____
                              Janet Bond Arterton
                              United States District Judge

Dated at New Haven, Connecticut: **December 08, 2003**