IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 16  2 34 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------x
SAFECO INS. CO. OF AMERICA      :    3:02CV1916(JBA)
                                :
v.                              :
                                :
MAYTAG CORP.                    :    DECEMBER 15, 2003
                                :
------------------------------------------x

ORDER

On December 11, 2003, Judge Janet Bond Arterton referred <u>Safeco Ins. Co. of America v. Maytag Corp.</u> to this Magistrate Judge. (<u>See</u> Dkt. #21). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 15th day of December, 2003.

Joan G. Margolis
U. S. Magistrate Judge

AO 72A
(Rev. 8/82)