# SAFECO -V- MAYTAG - DEPUTY FIRE MARSHAL PATRICK ARIOLA - 11/24/03

## Page 1 to Page 96

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT   06108-1533*
*Phone:   860-291-9191*
*FAX:   860-528-1972*

### Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2   NO. 3:02CV-1916JBA
     SAFECO INSURANCE COMPANY OF
 3   AMERICA as subrogee of NOBERTO
     and MARIA CLARO,
 4              Plaintiff,
 5   VS.                         November 24, 2003
 6   MAYTAG CORPORATION,
 7              Defendant.
 8   ----------------------------------
 9   DEPOSITION OF:  DEPUTY FIRE MARSHAL PATRICK ARIOLA
10   ----------------------------------
11   APPEARANCES:
12   For the Plaintiff:
13        LAW OFFICES OF STUART G. BLACKBURN
14        Erik Loftus, Esquire
15        Two Concorde Way
16        Post Office Box 608
17        Windsor Locks, Connecticut  06096-3216
18        (860) 292-1116
19   For the Defendant:
20        CAMPBELL, CAMPBELL, EDWARDS & CONROY
21        Holly M. Polglase, Esquire
22        One Constitution Plaza
23        Boston, Massachusetts  02129
24        (617) 241-3000
25                     Karen L. Vibert, LSR #00064
```

### Page 2

 1  Deposition of DEPUTY FIRE MARSHAL
 2  PATRICK ARIOLA, taken on behalf of the Defendant in
 3  the hereinbefore entitled action, pursuant to
 4  Notice, before Karen L. Vibert, a duly qualified
 5  Notary Public in and for the State of Connecticut,
 6  held at the Courtyard by Marriott, 63 Grand Street,
 7  Waterbury, Connecticut, commencing at 11:02 a.m.,
 8  on November 24, 2003.
 9  S T I P U L A T I O N S
10  It is hereby stipulated and agreed by and
11  among counsel for the respective parties that all
12  formalities in connection with the taking of this
13  deposition, including time, place, sufficiency of
14  notice and the authority of the officer before whom
15  it is taken may be and are waived.
16  It is further stipulated and agreed that
17  objections other than as to form are reserved to
18  the time of trial.
19  It is further stipulated and agreed that
20  the reading and signing of said deposition by the
21  witness are not waived.
22  It is further stipulated that the proof
23  of the qualifications of the Notary Public before
24  whom the deposition is being taken is hereby
25  waived.

### Page 3

 1  DEPUTY FIRE MARSHAL PATRICK ARIOLA,
 2  of the Waterbury Fire Department,
 3  Waterbury, Connecticut, having been
 4  duly sworn, deposed and said:
 5
 6      (Marked for identification,
 7  Defendant's Exhibit No. 1,
 8  subpoena.)
 9
10      (Marked for identification,
11  Defendant's Exhibit No. 2,
12  Waterbury fire marshal's fire
13  investigation report.)
14
15      (Marked for identification,
16  Defendant's Exhibit No. 3,
17  incident report.)
18
19  DIRECT EXAMINATION BY MS. POLGLASE
20
21      Q   Would you please state your full name.
22      A   Patrick Ariola.
23      Q   Do you have a middle name?
24      A   Angelo.
25      Q   And where are you employed?

### Page 4

 1      A   Waterbury Fire Department.
 2      Q   What's the address there?
 3      A   235 Grand Street.
 4      Q   Okay. Do you have any current plans to leave
 5  the Waterbury Fire Department?
 6      A   Uh-hum.
 7      Q   Oh, you do. Okay. Tell us what you're going
 8  to do.
 9      A   I'm in school now. I'm going to finish my
10  Master's next semester and I'm getting certified
11  for teaching elementary school.
12      Q   Good for you. Congratulations. Then since
13  this case probably won't go to trial until next
14  spring sometime, I would guess --
15      MS. POLGLASE:   Do we have a trial
16  date?
17      MR. LOFTUS:   We might, but it will
18  probably get pushed back with the scheduling.
19      BY MS. POLGLASE:
20      Q   In any case, the trial is going to be
21  somewhere down the road. We never know when these
22  things are going to be scheduled. Could I get a
23  home address?
24      A   213 New Haven Avenue.
25      Q   Where is that? Waterbury?

## Page 5

1  A  Waterbury.
2  Q  The zip?
3  A  06708.
4  Q  And the phone number?
5  A  203-755-8790.
6  Q  You never call yourself.
7  A  No, that's true.
8  Q  Okay. Any plans to leave the Waterbury area?
9  A  Yeah. Maybe south, where it's warmer.
10  Q  All right. Well, I'm going to give you a
11  card, if I could find one, before you leave today,
12  and if you do plan to leave Connecticut, if you
13  could just let us know where you're going so that
14  we can make arrangements to either get a deposition
15  on video, if we need to, or something of that
16  nature. Okay?
17  A  Uh-hum.
18  Q  All right. As part of the deposition, I'm
19  going to go over some background information, but
20  as an initial matter, are you aware that Safeco
21  Insurance Company has designated you as an expert
22  to testify on its behalf in this case?
23  A  I really didn't know if I did, if I was told
24  that, then I just -- you know, it slipped my mind
25  or whatever. You know, I didn't -- I'm not really

## Page 6

1  aware of it.
2  Q  Coming in here today, you weren't aware that
3  Safeco has designated you --
4  A  I assumed something like that, but the word
5  "expert" --
6  Q  Let me try it this way. When you were
7  subpoenaed to come in here today, you knew
8  something was up?
9  A  Yes.
10  Q  But aside from that, before you got this
11  subpoena or a call from my office to come in to
12  testify, were you aware that Safeco Insurance
13  Company had designated you as an expert to testify
14  in this case?
15  A  No.
16  Q  Okay. I'm going to show you what's been
17  marked as Exhibit No. 1. It's just a copy with a
18  return of service of the subpoena.
19  A  You know, maybe they did tell me. I don't
20  know. You know, at the time, I knew what it was
21  about, what we got called for and stuff like that,
22  and it was something between the insurance company
23  and Maytag, looking at it, and I would be called
24  to, you know, testify on what I investigated and
25  what I found and stuff like that, so I didn't

## Page 7

1  pay -- you know what I mean? I didn't --
2  Q  I usually give some instructions. I didn't
3  start with the preliminaries here.
4  If you can just wait until I finish my
5  question and I'll try to do the same for you. If
6  you can -- rather than sort of continuing on with
7  your answer and repeating yourself, once you've
8  stated your answer, that's sufficient.
9  A  Okay.
10  Q  And I'll try not to cut you off if you try
11  not to cut me off. That will work.
12  A  Uh-hum.
13  Q  It happens in every deposition, so don't
14  worry about it.
15  Have you been deposed before, like
16  you're being deposed today?
17  A  No, not that I can -- no.
18  Q  Have you ever testified in court?
19  A  I don't think so, no.
20  Q  So this is the first time you're ever
21  testifying? Today?
22  A  In a fire investigation, yes.
23  Q  Okay. Have you testified under other
24  circumstances?
25  A  That's what I'm not sure of. I really don't

## Page 8

1  know.
2  Q  What other circumstances might you have
3  testified in?
4  A  Oh, maybe a criminal case or something, or a
5  witness or something like that for something past.
6  I can't recall since I was a kid. I don't think I
7  have, no.
8  Q  All right. And you got the subpoena that
9  asked for your presence here today; is that right?
10  Exhibit No. 1?
11  A  Uh-hum. Yes, I have.
12  Q  That's the other thing. You need to just
13  remember to answer out loud, so the uh-hums or
14  nodding of your head don't work. That will be
15  helpful.
16  The subpoena asked you to bring some
17  things with you here today; is that right?
18  A  Yeah. There was a big list of things, yes.
19  Q  And essentially it asks you to bring
20  everything regarding the fire that you had and
21  everything that you were going to rely on for your
22  testimony; is that right?
23  A  Yup.
24  Q  And have you done that?
25  A  Yeah.

### Page 9

1  Q  Okay. What are the things that you've
2  brought with you today?
3  A  The photos and my fire report.
4  Q  And those are the only things you have
5  regarding this fire; is that correct?
6  A  The only physical thing besides me being
7  there and recognizing some things from two years
8  ago, yeah, that's it.
9  Q  Okay. Have you had any conversations with
10 the attorneys or adjustors for Safeco Insurance
11 Company?
12 A  No, not that I'm aware of. I did -- no.
13 Q  After you finished your report for this fire
14 and submitted it, was the next time that you heard
15 anything about this fire when someone from my
16 office called you about coming in for your
17 deposition?
18 A  I think so. I would -- I don't recall any
19 other time and I don't know who even called me to
20 be here for a deposition. It was either from this
21 side or that side. Someone called.
22 Q  All right. The first time you heard about
23 the fire after you finished with your report was
24 when someone called you to come in here for a
25 deposition?

### Page 10

1  A  Yeah.
2  Q  Okay. And when you do a fire investigation,
3  do you take any notes?
4  A  Sometimes.
5  Q  Do you recall taking any notes in this case?
6  A  No, I don't recall. That was two years ago.
7  I don't recall.
8  Q  If you had taken any notes, where would they
9  be now?
10 A  Notes-wise, they would only -- my notes are
11 my report. If there's anything that I may have
12 scribbled down as an address, the incident number,
13 the time I was there, and engine company that was
14 there, like on an NFIRS report, that would be it.
15 If I had those -- if I did, it would just be a
16 scrap piece of paper that I would throw out once I
17 made my report.
18 Q  So the notes wouldn't exist today, even if
19 you had taken them?
20 A  Yeah, if -- yeah, they wouldn't. If it was a
21 big fire and if it was an arson, then I would have
22 kept them, but in this situation, no.
23 Q  Did you grow up in Waterbury?
24 A  Yup.
25 Q  What's your date of birth?

### Page 11

1  A  8-19-65.
2  Q  And did you go to public schools in
3  Waterbury?
4  A  Yup.
5  Q  High school?
6  A  Yup, public school.
7  Q  Where did you go to high school?
8  A  In Waterbury.
9  Q  So Waterbury High? What's it called?
10 A  J.F. Kennedy.
11 Q  What year did you get out of high school?
12 A  '83.
13 Q  And just so you know, the reason I'm asking
14 these background questions is you've been
15 identified by Safeco as an expert, so I need to go
16 into your qualifications as an expert.
17 A  Uh-hum.
18 Q  Okay. After you got out of JFK High School,
19 what did you do?
20 A  I started back in college a couple years
21 after that.
22 Q  What did you do for a living between JFK High
23 School and college?
24 A  I was at home and I worked in the park
25 department, I believe. That was so long ago.

### Page 12

1  Q  You worked in the park department?
2  A  Park and rec department, yeah.
3  Q  What were you doing at the park and rec
4  department?
5  A  Park supervisor.
6  Q  For the city of Waterbury?
7  A  Yeah.
8  Q  And when did you start college?
9  A  Not sure. It was about two years after.
10 Maybe '85.
11 Q  Approximately '85?
12 A  Uh-hum.
13 Q  And what college did you go to?
14 A  It was Mattatuck Community College at the
15 time.
16 Q  Does it have a different name now?
17 A  Yeah. It's Waterbury Regional State
18 Technical something. They combined the state tech
19 and Mattatuck together to get a different name.
20 Q  And did you go to school full time?
21 A  I think so. Yeah, I did. Yup.
22 Q  What was your major?
23 A  It was liberal arts back then.
24 Q  And did you graduate?
25 A  Yup.

Page 13

1  Q   What year did you graduate?
2  A   I finished about three years, I think, it
3  took me to get that, but I never put the paperwork
4  in for my diploma, so my diploma says a lot later.
5  Q   Okay. So you finished classes about '88 or
6  '89?
7  A   Yeah. Somewhere around '88, yeah. It took
8  me about three years, something like that.
9  Q   When did you actually get your diploma?
10 A   Oh, it might have -- probably eight years
11 later or something. I didn't even realize I should
12 get it until I needed it.
13 Q   Okay. While you were going to Mattatuck
14 Community College, did you work anywhere?
15 A   I worked also in a shop, a die shop,
16 die-cutting shop.
17 Q   What did you do there?
18 A   I would do whatever they asked me, really.
19 Q   What kinds of things did you do generally?
20 A   Mostly I was doing the shipping and receiving
21 stuff.
22 Q   How long did you work there?
23 A   A couple years, I think.
24 Q   So you worked at the park and rec department
25 a couple years, until about '85, when you started

Page 14

1  community college?
2  A   Yeah. I was going -- yeah. That was a long
3  time ago. Something like that.
4  Q   You might have overlapped --
5  A   Yeah, uh-hum.
6  Q   -- to some degree?
7  After the park department, you worked at
8  a die-cutting shop?
9  A   Yeah. It was back then. It was while I was
10 going to school, yeah.
11 Q   After the die-cutting shop, where did you
12 work?
13 A   Then I was back in school again full time. I
14 went -- started going to Southern Connecticut.
15 Q   Southern Connecticut Community College?
16 A   No. It's a state school. It's not a
17 community college. Southern Connecticut State
18 University.
19 Q   Southern Connecticut State University?
20 A   Yeah, that's what it is.
21 Q   SCSU, right?
22 A   Yeah, and then I got hired in the fire
23 department like two semesters into going back to
24 school full time.
25 Q   When did you start at Southern Connecticut

Page 15

1  State University?
2  A   It was right after graduating from -- or
3  finishing my course at Mattatuck, so around '88 or
4  '89, something like that, I believe it was.
5  Q   Okay. So you finished your courses at
6  Mattatuck. Was that an Associate's degree?
7  A   Uh-hum.
8  Q   But before you got your diploma from
9  Mattatuck, you went to Southern Connecticut State
10 University?
11 A   Yup.
12 Q   What was your major there?
13 A   Elementary ed.
14 Q   And when did you graduate from Southern?
15 A   I didn't. I left when I got hired here. I
16 only spent a semester and a half there and got
17 hired on the fire department.
18 Q   All right. Had you taken the test previously
19 to get into the fire department?
20 A   Yes.
21 Q   When did you do that?
22 A   Maybe a year before I left. I was on the
23 list for about a year, year and a half.
24 Q   What was your start date with the fire
25 department?

Page 16

1  A   It was in '90. February of '90.
2  Q   And did you have to go to some kind of
3  training or academy?
4  A   Uh-hum.
5  Q   Where did you go?
6  A   We went to Fairfield. They had the fire
7  academy in Fairfield that year.
8  Q   What's it called? The State of Connecticut
9  Fire Academy?
10 A   Not down there, I don't think. I don't
11 remember. The fire academy is up by the airport,
12 so that one -- it was some -- I don't know what it
13 was called, actually.
14 Q   How long a course was that?
15 A   Six, seven weeks.
16 Q   What was covered in that six to seven weeks?
17 A   It's just basic fire training to get on as a
18 firefighter.
19 Q   Okay. And you passed your basic firefighter
20 course --
21 A   Uh-hum. Yes.
22 Q   -- the first time around?
23 A   Yes.
24 Q   And where did you -- what did you do after
25 you passed your training course?

Page 17

1  A   I was assigned to an engine company.
2  Q   What engine company was that?
3  A   Engine 8.
4  Q   In Waterbury?
5  A   Yup.
6  Q   And what was your status when you were
7  assigned to Engine 8?
8  A   Just what I was assigned?
9  Q   Yes.
10 A   When I first got there, I was actually on
11 the -- they call it the nozzle man. I had that
12 position.
13 Q   What was your title? Were you a firefighter?
14 A   Firefighter.
15 Q   Was there some kind of --
16 A   I was also, you know, at the beginning, yes.
17 Q   Were you called a probationary firefighter?
18 A   There's different steps. There's four steps,
19 but civil service may call it that according to pay
20 and stuff, but we were firefighters as far as I
21 ever --
22 Q   Can you tell me what the four steps are that
23 civil service calls you?
24 A   There might have been probationary for six
25 months, then there's A, B, C and D.

Page 18

1  Q   Okay. What are these A, B, C and D levels?
2  A   It's just a matter of time that you're on
3  when you get a raise.
4  Q   And how long were you assigned to Engine 8?
5  A   Eight years.
6  Q   And you were firefighter all those eight
7  years?
8  A   Yes, then I became the acting officer after
9  four or five.
10 Q   What does that mean, the acting officer?
11 A   I filled in when the lieutenant wasn't there,
12 which he was never there, and I was the officer in
13 charge of the engine company.
14 Q   Did you have a rank at that point?
15 A   Still firefighter.
16 Q   During the eight years you were at Engine 8
17 in Waterbury, your title was firefighter; however,
18 you had risen to the rank of acting officer; is
19 that correct?
20 A   Correct.
21 Q   And acting officer means you've still got the
22 title of firefighter, but when there is no officer
23 on duty, you are the officer on duty?
24 A   Correct.
25 Q   And during that eight years, did you have

Page 19

1  additional training?
2  A   We have continual training on our job.
3  Q   What types of training did you have during
4  the eight years?
5  A   I couldn't even -- couldn't even think about
6  it. We had training once a month in all types of
7  areas on whatever. I mean, there's tons of
8  training.
9  Q   Did you have any training during that eight
10 years in fire investigation?
11 A   Not until I got into the office.
12 Q   So from 1990 until 1998, you were at
13 Engine 8?
14 A   Uh-hum.
15 Q   Where did you go after Engine 8?
16 A   To the bureau of fire prevention in the
17 marshal's office.
18 Q   So it's called the bureau of fire prevention?
19 A   Yes.
20 Q   In Waterbury?
21 A   Uh-hum.
22 Q   Okay. And it's the fire marshal for the city
23 of Waterbury?
24 A   Correct.
25 Q   Okay. How many people are employed in the

Page 20

1  fire marshal's office in the city of Waterbury?
2  A   I think there's 15 of us. Fourteen or 15. I
3  think 15.
4  Q   How did you get transferred to the fire
5  marshal's office?
6  A   I put in for the assignment.
7  Q   Okay. And did you get an increase in pay
8  going to the fire marshal's office?
9  A   Yeah, there is an increase.
10 Q   Did you get an increase in rank of any kind?
11 A   Since I've been in there or once just
12 starting in there?
13 Q   When you made the move to the --
14 A   It's not really --
15 Q   Let me just finish the question.
16 When you made the move to the fire
17 marshal's office, was that an increase in rank?
18 A   There's different ranks. There's a line
19 officer and then there's the officer -- whatever we
20 were called. I forget the word for that. But then
21 there's the office personnel and then there's the
22 line personnel, so it's not a promotion by going
23 into the office even though it's an increase in
24 pay.
25 Q   Now, when you went to the fire marshal's

Page 21

1  office, did you get some additional training?
2  A  Yes.
3  Q  In what?
4  A  Continually. It's every month we get
5  training. We have to to stay certified.
6  Q  Going into the fire marshal's office, did you
7  take some courses in fire investigation?
8  A  Yup.
9  Q  What courses did you take?
10 A  We get trained through the state as part of
11 our certification.
12 Q  What's the certification that you're talking
13 about?
14 A  There's three areas. There's fire
15 investigation area, there's a hazardous material
16 area, and then there's a code area. We have to be
17 certified in all three to be certified through the
18 state and work in our offices. All three areas you
19 need to be certified in.
20 Q  Okay. So you have to be certified in those
21 three areas to be called a fire marshal?
22 A  Well, the state calls us deputy fire marshals
23 once you do all three. If you do one, the state
24 considers you an inspector, but at the city of
25 Waterbury, you are an inspector when you finish all

Page 22

1  three, as we go by our things.
2  Q  So you don't have the title of deputy fire
3  marshal?
4  A  Yes, I do.
5  Q  Now you do?
6  A  Yup, because I got promoted afterwards in
7  there. There was an exam and I got promoted from
8  inspector to deputy marshal.
9  Q  What were the three areas again? Fire
10 investigation, hazardous materials, and what was
11 the third one?
12 A  Code compliance.
13 Q  So you had to take state training in fire
14 investigation, correct?
15 A  Yes.
16 Q  When did you do that?
17 A  Oh, that was back in the first -- when I left
18 at eight years to come into the office, it was
19 within that first eight months that we do that, so
20 it had to be what? '89 or '90. Something like
21 that. It's more than '90. '89 or '89 when I first
22 applied to go into the office. We all go into
23 training through the state.
24 Q  You started with the fire department in 1990?
25 A  Uh-hum.

Page 23

1  Q  Okay. So eight years --
2  A  Yeah.
3  Q  -- plus would be about 1998, '99?
4  A  Uh-hum.
5
6  (Off-the-record discussion.)
7
8  BY MS. POLGLASE:
9  Q  All right. So, in the 1998-1999 time frame,
10 you took your state training in fire investigation,
11 hazardous materials and code compliance?
12 A  Uh-hum.
13 Q  And there's a test to pass each of those?
14 A  Yeah.
15 Q  Okay. And when did you finish your training
16 in all three?
17 A  That takes about -- depending on their
18 schedule, around seven months. Somewhere around
19 there.
20 Q  So somewhere around 1999-2000 is when you
21 finished your training?
22 A  Yeah.
23 Q  And then you were called an investigator?
24 A  The city of Waterbury would call us
25 inspectors.

Page 24

1  Q  What were your duties as an inspector for the
2  city of Waterbury back in the 1999-2000 time frame?
3  A  Wherever they need you. It could be
4  inspecting buildings, it could be investigating a
5  fire, or it could be a hazardous material incident,
6  because you're certified for all three of them.
7  Q  That's my question. I'm just kind of curious
8  as to what all constitutes the job of an inspector.
9  In other words, you do fire investigations,
10 hazardous material and code compliance. Let me
11 find out what all that means. What does it mean to
12 do fire investigation?
13 A  It's origin and cause, try and figure out how
14 it started and what started it.
15 Q  And are people divided up into these three
16 areas within the fire marshal's office or are you
17 responsible to do all three?
18 A  No, we have three different divisions, but if
19 someone's out, you fill in for the people that are
20 out.
21 Q  Okay. So, once you finished your training,
22 what division did you go to?
23 A  I went to the code division.
24 Q  Okay. And how long were you in the code
25 compliance division?

Page 25

1   A   It wasn't long. About a year. And I did
2   fire investigations and hazardous materials stuff
3   while I was in that, depending on the people we had
4   available that day in the office.
5   Q   Sure. You might fill in and do hazardous --
6   A   Uh-hum.
7   Q   Let me finish the question.
8   You might -- while you were in code
9   compliance for about a year, you might do a fire
10   investigation or a hazardous materials situation
11   filling in for someone else, correct?
12   A   Correct.
13   Q   But, primarily, what were your duties in the
14   code compliance division?
15   A   I don't understand.
16   Q   What did you do in the code compliance
17   division?
18   A   We inspected occupancies and answered
19   complaints.
20   Q   These may seem like basic questions to you,
21   but I don't know what you did day to day, so that's
22   what I'm trying to find out.
23   Would it be fair to say in code
24   compliance you inspected buildings for compliance
25   with the fire code?

Page 26

1   A   Yup.
2   Q   And you could hand out -- what would be the
3   title of something you would hand to somebody if
4   they weren't in compliance?
5   A   We don't hand anything if they are in
6   compliance.
7   Q   If they were not in compliance.
8   A   If they are not, then we would violate them
9   according to the code.
10   Q   You would write up a violation?
11   A   A letter.
12   Q   Okay. And send it to them?
13   A   Yup.
14   Q   So you had to have familiarity with the fire
15   code?
16   A   Yup.
17   Q   And as part of your job in the code
18   compliance division, you would also answer
19   complaints?
20   A   Yup.
21   Q   When you say, "Answer complaints," can you
22   tell me what you mean.
23   A   When anybody would have a problem with their
24   landlord or the building they are living in or
25   renting and they felt there was any conditions that

Page 27

1   weren't up to the code or were unsafe, they would
2   come in and put in a complaint and we would respond
3   to it.
4   Q   Okay. So you went to the fire marshal's
5   office in -- sometime in '98, did your seven months
6   of training, spent a year in code compliance, and
7   then where did you go?
8   A   To the fire investigation division.
9   Q   Do you recall the date you went to fire
10   investigation?
11   A   No, I don't.
12   Q   This fire happened on November 13, 2000.
13   Were you in fire investigation when this fire
14   occurred?
15   A   It was -- what was the date again?
16   Q   November 13, 2000.
17   A   2001 or 2000?
18   Q   2000. I'm looking at your report. It says
19   2000. I'm looking at the Waterbury Fire Incident
20   report. It says 2000.
21   A   Yes, it was. And on my envelope it has 2001.
22   Q   Do you recall the date of this fire?
23   A   The date?
24   Q   Yes, whether it was 2000 or 2001.
25   A   2000.

Page 28

1   Q   Okay. In November of 2000, do you recall
2   whether you were in code compliance still or in
3   fire investigation?
4   A   I was the supervisor in fire investigation at
5   the time. Whenever I was in fire, I was the
6   supervisor and the arson supervisor. Also, anytime
7   I was in that division, that's what I did. That
8   was my job.
9   Q   Okay. But I understand that while you were
10   working in the code compliance division, you also
11   filled in doing fire investigations.
12   A   Yes.
13   Q   Do you recall --
14   A   I was assigned in the fire -- as a supervisor
15   in the fire division when I was there.
16   Q   Okay. How do you know that?
17   A   Because I remember, and I'm the one doing the
18   report and I was the one who signed it, and I was a
19   deputy fire marshal at that point in time.
20   Q   Is there some significance to being a deputy
21   fire marshal?
22   A   Yes, it's a promotion in there. An inspector
23   is just a lower rank. Deputy fire marshal is
24   mid-management.
25   Q   Now, prior to going to the fire marshal's

## Page 29

1  office, had you done any fire investigation?
2     A   Yeah, I have. When I was just -- as soon as
3  you started working in there, in the fire marshal's
4  office, you can be called, and you are usually
5  called to do fire investigations when you're
6  needed.
7     Q   I'm talking about before you went to the fire
8  marshal's office, I take it you didn't do any fire
9  investigations.
10     A   No, our job does not -- Waterbury Fire
11  Department couldn't do that.
12     Q   And so your first real training in fire
13  investigation occurred in about 1998; is that
14  right?
15     A   Correct. Well, it does start when you're
16  also in the fire company and assisting them with --
17  with the fire inspector when you're at a scene, and
18  also especially when you're the officer on the
19  engine company and the first one arriving. You are
20  participating, also, through knowledge and stuff
21  like that of the investigation.
22     Q   I understand that. That's pretty typical of
23  fire departments. What I'm talking about is as a
24  fire inspector -- well, I'll move on.
25  You don't recall the date that you

## Page 30

1  were -- strike that.
2  Do you recall the date that you got
3  promoted to deputy fire marshal?
4     A   No, I don't.
5     Q   Was that around the same time you were
6  transferred to the fire investigation unit?
7     A   It was before that. It was -- it was before
8  that because I was a deputy fire marshal in charge
9  of the code division first before I switched to
10  that, to the fire division.
11     Q   Okay. Prior to going to the fire
12  investigation unit, how many fires had you
13  investigated while you were at code compliance?
14     A   I wouldn't have no idea.
15     Q   Do you recall how often you would get called
16  in to do a fire investigation?
17     A   No, I don't recall.
18     Q   But your primary responsibilities in code
19  compliance were code compliance, right?
20     A   Right.
21     Q   And it's approximately 1999, 2000, that you
22  switched to the fire investigation unit, correct?
23     A   Correct.
24     Q   Sitting here today, you do not recall how
25  long before November 13, 2000, that was, right?

## Page 31

1     A   No. I'd have to look at the exact dates in
2  the office of when I was transferred and things
3  like that.
4     Q   Okay. Where would we be able to find that
5  out, if we wanted to?
6     A   My supervisor must have it somewhere
7  documented.
8     Q   Okay.
9     A   May even be in civil service. No, I don't
10  know. Somewhere in the department.
11     Q   Sitting here today, do you recall how many
12  fires you had investigated before November 13,
13  2000?
14     A   No, I don't know. I know there's -- I was
15  only in that division a little over a year and I
16  know the time I was there -- in just a year, I've
17  investigated over a hundred fires.
18     Q   Okay. You were in the fire investigation
19  division for a little over a year total?
20     A   Yes.
21     Q   Okay.
22     A   The supervisor in that position, yes.
23     Q   The whole time you were in the fire
24  investigation division, you were a supervisor,
25  correct?

## Page 32

1     A   Yes.
2     Q   And do you recall how long after this fire
3  you were in the fire investigation division?
4     A   It is 2003, right?
5     Q   Today.
6     A   Yeah, now it is.
7     Q   It's approximately two years after -- sitting
8  here today, are we three years after this fire,
9  approximately?
10     A   I don't know. I'm not sure when it was. I'm
11  really not sure.
12     Q   But your entire time in the fire
13  investigation unit, you investigated a hundred
14  fires, approximately?
15     A   Yeah, and this wasn't my first one.
16     Q   Understood. Do you recall where, in the
17  range of the number of the hundred fires
18  approximately that you investigated, this one fell?
19     A   No, because if I say something it might end
20  up being wrong. If it is, it is. I really don't
21  know.
22     Q   I'm not trying to pin you down to, like,
23  No. 76. I'm just trying to get an approximation.
24     A   But if I thought it was -- I have a feeling
25  it was towards the end of me being there, up

Page 33

1  towards the upper end of – towards a hundred, more
2  than it was at the beginning. I know it wasn't at
3  the beginning.
4  Q   Okay. Where did you go after the fire
5  investigation unit?
6  A   I'm in the hazardous materials division now.
7  Q   Are you a supervisor there as well?
8  A   Yup.
9  Q   And you've been there since you left fire
10 investigation?
11 A   Yes.
12 Q   Do you recall how long you've been assigned
13 to the hazardous materials unit?
14 A   I may have gone back to the code division for
15 a while first. I think I did. Yes, I did. And
16 then to the hazardous materials division. That's
17 how it worked. I've been in the hazardous
18 materials division for – I'm not sure. Time goes
19 by quick now. I wouldn't know.
20 Q   Okay.
21 A   Two years, maybe.
22 Q   All right. Now, you also mentioned you're
23 currently going to school. Is that Southern
24 Connecticut State University still?
25 A   No. University of Bridgeport.

Page 34

1  Q   When did you start going back to the
2  University of Bridgeport?
3  A   In the summer of this year.
4  Q   And you're working on your Master's in
5  elementary ed?
6  A   Education, yes.
7  Q   Have you been to any other states to go to
8  any kind of training?
9  A   Yup. I've been to Maryland.
10 Q   What did you go to Maryland for?
11 A   Fire Investigations.
12 Q   What was in Maryland?
13 A   National academy.
14 Q   National Academy of Fire Marshals?
15 A   Fire – I'm not sure exactly if it Firemen's
16 National – I'm not sure.
17 Q   Some national academy?
18 A   Yes.
19 Q   Okay.
20 A   The exact wording, I'm not sure.
21 Q   What was the course that you took?
22 A   It was for a supervisor of fire
23 investigations.
24 Q   How long of a course was that?
25 A   Two weeks.

Page 35

1  Q   Do you recall when that was?
2  A   No. It was during the time that I was in
3  fire investigation when I first started.
4  Q   Okay. Was it before or after this fire?
5  A   Not sure.
6  Q   That would also be something that we could
7  find out from the Waterbury –
8  A   Yes, uh-hum.
9  MS. POLGLASE:   Off the record.
10
11     (Off-the-record discussion.)
12
13     (Marked for identification,
14 Defendant's Exhibit No. 4, copies
15 of photographs, eight pages.)
16
17 MS. POLGLASE:   I'm just going to go
18 through and write "A," "B," "C," next to these so
19 we have something to refer to.
20
21     (Off-the-record discussion.)
22
23 BY MS. POLGLASE:
24 Q   While you were in the fire investigation
25 unit, what would determine whether someone from the

Page 36

1  fire marshal's office would go to a fire scene?
2  A   We were required to go to every fire scene.
3  Q   How many people were in the fire marshal's
4  office at the time of this fire in November of
5  2000?
6  A   Working that day or staffed?
7  Q   Staffed.
8  A   It's always 14 or 15.
9  Q   And how many of those 14 or 15 were in the
10 fire investigation unit at that time?
11 A   At that time I think I was short a person and
12 there was three of us.
13 Q   So there should have been four?
14 A   Counting me. Counting me, there might only
15 have been two, but – well, let me think again now.
16 Sometimes it depends on who was the marshal, at the
17 time, and if they assigned four people or three
18 people. I had three. Counting me, I had two other
19 people.
20 Q   And were you short a person?
21 A   It all depends on the marshal's staffing, if
22 he considered it short at three or that was fully
23 staffed.
24 Q   So there's two people including you? Two
25 people in addition to you?

### Page 37

1  A  Yup.
2  Q  And do you supervise those two people?
3  A  Yes.
4  Q  Okay. Do you recall who those two people
5  were at the time?
6  A  I know one of them had to be Inspector
7  Ayotte.
8  Q  Inspector --
9  A  A-Y-O-T-T-E.
10  Q  Okay.
11  A  And the other one at the time may have been
12  Inspector -- Inspector Yepes or Inspector
13  Chesnutis.
14  Q  Yepes?
15  A  Y-E-P-E-S.
16  Q  Or Chesnutis?
17  A  Or Chesnutis.
18  Q  How do you spell that?
19  A  C-H-E-S-N-U-T-I-S.
20  Q  Okay. Who decides who goes to what fires?
21  A  It depends on who's busy and who isn't or
22  what time it was of the day. Who's in, who's not
23  in. Depending on the size of it, if we need help.
24  Things like that.
25  Q  All right. And when is the decision made to

### Page 38

1  go to the scene? Do you go after the fire is out?
2  Do you go while it's going? Do you answer the
3  call?
4  A  You can go -- we are not dispatched
5  specifically from the radio room. We can hear a
6  fire come in and respond, or, when the engine
7  company pulls up and says there's fire or smoke
8  showing, we can respond or wait until the incident
9  commander requests our presence there.
10  Q  But the incident commander is under orders or
11  its policy is that if they see fire or smoke, you
12  call a fire investigator?
13  A  Every fire is investigated in Waterbury.
14  Q  Do you recall the fire that we are here for
15  today at the Claro home? Do you recall when you
16  arrived at the scene of that fire?
17  A  When I arrived?
18  Q  Yes.
19  A  I don't understand what you mean. When I
20  pulled up to the house?
21  Q  Yes.
22  A  I don't really remember too much of what I
23  was even -- I mean, to pull up to the house? No.
24  Q  Okay.
25  A  No.

### Page 39

1  Q  You don't recall whether you got there when
2  the -- while the fire --
3  A  I know that, yeah.
4  Q  Let me finish the question.
5  Tell me what you can recall about when
6  during the incident you arrived.
7  A  That's been so long ago. That's such a
8  blanket statement that I don't know what you're --
9  what you're getting at. I don't understand. When
10  I arrived? I could talk for I don't know how long
11  about it or whatever. I don't know what you're
12  asking about.
13  Q  I'm trying to find out when you got there.
14  Did you get there while it was still burning? Did
15  you get there after the fire was out? I'm just
16  trying to --
17  A  I'm not sure if they actually had it totally
18  extinguished when I got there. They still check
19  for extension throughout the house. That's their
20  job, to do that part of the fire. My job is to
21  investigate. These guys are hunting down the fire,
22  maybe pulling walls, doing whatever, ceilings, and
23  checking for extension.
24  Q  Okay. I'm trying to get at what you can
25  recall about this fire, and, if you can't, that's

### Page 40

1  fine. I'm just trying to take you from the moment
2  you started investigating, and I'm going to take
3  you all the way through and just find out what you
4  can recall and what you can't recall, what you're
5  relying on for your report.
6  Do you recall arriving at the scene of
7  this fire?
8  A  No, I don't remember pulling up to the house
9  with this fire, no.
10  Q  And so sitting here today, you don't recall
11  where -- at what point in fire suppression
12  activities the members of the Waterbury Fire
13  Department were when you got there?
14  A  I don't.
15  Q  Do you recall who you spoke to when you
16  arrived?
17  A  No.
18  Q  Do you recall what you did when you arrived?
19  A  I started investigating the fire.
20  Q  Okay. Well, sitting here today, you know you
21  started investigating the fire, but sitting here
22  today, do you have a memory of investigating the
23  fire?
24  A  Yeah, a little bit I do.
25  Q  Tell me what you can remember about

### Page 41

1  investigating the fire.
2     A    That I never seen one where the inside of a
3  refrigerator burned like that. Ever in my entire
4  time on the Waterbury Fire Department, any fires I
5  went to or investigated, I never seen anything like
6  that. And the people there, the guy burned himself
7  trying to get the thing out of the house.
8     Q    Do you recall what you did to investigate the
9  fire?
10    A    I investigated it like any other fire, like
11  every fire that we are trained to do. We start
12  from outside the building and work our way in
13  towards the most damaged areas of the fire and try
14  to figure out what the cause and origin probably
15  was.
16    Q    Sitting here today, do you have a memory of
17  doing that or do you just know that you did that
18  because that's what you do at every fire?
19    A    I remember doing that. I remember we spent a
20  lot of time there and I shoveled a lot of stuff
21  out. I spent time in that kitchen. I spent a lot
22  of time in that kitchen because I never seen
23  anything like it before, and the guy was injured so
24  I spent a lot of time there shoveling through all
25  the debris and trying to narrow down -- and

### Page 42

1  narrowing down the best that I could the cause and
2  origin.
3     Q    You mentioned that you started on the
4  outside. Do you have a recollection of starting on
5  the outside of this house?
6     A    Yeah. I took pictures of it.
7     Q    Okay. Here are your notes if you want to
8  refer to them. There's some that are on the
9  outside. Maybe it will be better if I can swing
10  around.
11  For the record, I just want to refer to
12  Exhibit 4, and I've marked each of the photos A
13  through P. The prints are a little clearer, so we
14  may need to look at the prints. Okay? If that
15  will help you.
16  The photographs A through P, those are
17  the photographs you took?
18    A    These? I don't know. They are upside down.
19  When she made copies of these, it's hard to tell
20  which angle they are actually at.
21    Q    Well, we have got the prints right here in
22  the room. Let me just ask you: The prints of the
23  photos -- let me ask it this way. For the record,
24  do you recognize these photos as the photos that --
25    A    Those are them, yeah.

### Page 43

1     Q    The copies are not great, I grant you that.
2  That's why we may need to refer to the originals.
3     A    Uh-hum.
4     Q    This one is upside down?
5     A    Yes, that's what I mean.
6     Q    But, in any case, who took the photos? Did
7  you take the photos?
8     A    Yes.
9     Q    Do you have like a 35-millimeter that you
10  took to the scene with you?
11    A    Correct.
12    Q    When you got to the scene of this fire,
13  before you started to do your walk around the house
14  to nail down the point of origin, did you speak
15  with anybody?
16    A    I don't recall.
17    Q    Now, your report mentions that -- mentions
18  something stated by the homeowner.
19    A    Uh-hum.
20    Q    Was the homeowner there when you got there?
21  Mr. Claro?
22    A    Yeah, they were still there. There was more
23  than one person there living in the house.
24    Q    Why don't we go ahead and identify this for
25  the record. I'll show you what's marked as Exhibit

### Page 44

1  No. 2. I'll just ask if you can identify that as a
2  copy of your report.
3     A    Yeah, it looks like it.
4     Q    Did you actually speak to any of the
5  residents of the building?
6     A    Yup.
7     Q    Who did you speak to?
8     A    If it's not in my report, I wouldn't even
9  know their names. I always -- as part of the
10  investigation, they were there. The guy was
11  burned.
12    Q    Let me ask you this way: Without looking at
13  your report, and the names aren't as important
14  right now, do you recall speaking to an individual?
15    A    Yeah. The guy that was burned.
16    Q    Okay. Did you speak to anybody else, any
17  other residents of the home, except the guy that
18  was burned?
19    A    I think I did.
20    Q    Did you review your report before coming in
21  here today?
22    A    No.
23    Q    Do you want to take a minute and read through
24  your report?
25

### Page 45

```
1       (Witness reviews document.)
2
3    A    I'm fine with it.
4    BY MS. POLGLASE:
5    Q    I don't see any reference in the record to
6  conversations with anybody else in the residence.
7    A    I wouldn't put it in there because it doesn't
8  tell me exactly what started that fire. I don't go
9  by what someone's telling me. I go by the physical
10 evidence at the scene.
11   Q    I'm just trying to get at what you can recall
12 as to what happened. I don't see any reference in
13 the report to you speaking to anybody else.
14 Sitting here today, do you have a memory of any
15 conversations you had with any of the other
16 residents in the home?
17   A    I believe I remember a woman there and I
18 spoke to her.
19   Q    Do you recall anything that she said to you?
20   A    I just remember they were in their – the
21 people that were home at that time were in their
22 living room and they smelled smoke and they checked
23 the kitchen and it was coming from the
24 refrigerator.
25   Q    Okay. So, sitting here today, you do have a
```

### Page 46

```
1  recollection of speaking with the woman who lived
2  in the home?
3    A    I believe I do. If someone told me that I –
4  that it didn't happen, then that was three years
5  ago.
6    Q    Well, I'm trying to get at what you –
7    A    Yeah.
8    Q    Let me finish the question.
9  I'm trying to get at what you remember,
10 not what you're guessing may have happened.
11   A    I'm not guessing. I'm telling you some
12 things that I do remember, but I'm also telling you
13 that I can't swear to it, that that's exactly what
14 happened. If someone tells me I'm mistaken, then I
15 was mistaken. I could agree with them. Maybe I
16 do, maybe I don't agree with them, but –
17   Q    Well, I don't know whether you spoke to
18 anybody or not. I'm just trying to find out one
19 way or the other.
20   A    To lock me down to it? I could say – well,
21 then I'd say no.
22   Q    Let me finish the question. Sitting here
23 today, do you have a memory of speaking with
24 anybody else who lived in that home besides
25 Noberto Claro?
```

### Page 47

```
1    A    I believe I did.
2    Q    You believe you spoke with the woman?
3    A    Uh-hum.
4    Q    That's fine. Do you recall what she told
5  you?
6    A    Do I recall word for word? No.
7    Q    Do you recall the gist of what she told you?
8    A    And like I said earlier, they were sitting in
9  the living room and they smelled smoke. They went
10 into the kitchen to investigate and the
11 refrigerator was on fire. They opened it up and
12 there was fire inside of it.
13   Q    So, sitting here today, you recall that
14 Noberto and the female – do you recall that she
15 was his wife?
16   A    No.
17   Q    Okay. You just remember there was a female?
18   A    I believe so.
19   Q    Noberto and the female that you spoke to were
20 in the living room, correct?
21   A    Yup.
22   Q    They smelled smoke?
23   A    Yup.
24   Q    They went into the kitchen?
25   A    Yup.
```

### Page 48

```
1    Q    And they saw the refrigerator on fire?
2    A    When they opened the door, they seen it on
3  fire, yeah.
4    Q    Do you recall which part of the refrigerator
5  they opened to see the fire?
6    A    No, I don't.
7    Q    Okay. Do you recall where the fire was in
8  the refrigerator?
9    A    The fire was out before I got there.
10   Q    Understood. I'm asking you now about the
11 conversation you had with Noberto and the female.
12 Do you recall where they said the fire was when
13 they went in and opened it up?
14   A    There was fire coming out of it when they
15 opened it and – I mean the refrigerator. It was
16 in the refrigerator. That was it.
17   Q    Okay. Do you remember anything else they
18 told you?
19   A    That he burned his hands trying to get the
20 thing out of the kitchen and it got stuck in the
21 doorway.
22   Q    Okay. Do you recall anything else that he –
23 that either of these people told you, Noberto or
24 the female?
25   A    No, I don't recall too much more at this
```

### Page 49

1  point.
2  Q   All right. Now, you mentioned in your
3  report – you state that – well, your report
4  indicates some things that you did.
5  By the way, before I get to that, that's
6  your signature on page 2 of the report?
7  A   It looks like it, yeah.
8  Q   On page 3, what was faxed to us is a
9  handwritten page. It says, "Local fire report to
10 the state fire marshal." Do you see that?
11 A   Yup.
12 Q   Who filled that report out; do you know?
13 A   Deputy chief. At the bottom, it's signed,
14 "DC."
15 Q   Who would be the deputy chief? That would be
16 one of the firefighters at the scene?
17 A   The incident commander I have on the front
18 page is DC Gary Gray, it could have been.
19 Q   So this is not a report that you filled out?
20 A   No.
21 Q   All right. Do you recall when you arrived at
22 the scene, when you spoke with Noberto Claro and
23 the female that resided in the home?
24 A   No, I don't recall. It's not the first step
25 that I ever do.

### Page 50

1  Q   And you don't recall whether you spoke with
2  any of the other firefighters at the scene?
3  A   Oh, yeah, I talked to a lot of them, but when
4  I first got there, what you asked me, I have no
5  idea when I first got there. I always report to
6  the incident commander and I also talk with all the
7  first arriving companies and any firefighters that
8  worked it, and I talk to them.
9  Q   Who was the first arriving company?
10 A   First arriving company would be on the first
11 page and it would have been – they are all
12 dispatched at the same time.
13 Q   Let me show you this. This might help you
14 out. Exhibit 3 is the Waterbury Fire Department
15 incident report.
16 A   I don't see why it would be a different one
17 than what I have right here. Oh, it's after the
18 marshal signed it at the time. And it's typed up.
19 The first arriving engine company –
20 this is from the deputy chief.
21 Q   Exhibit No. 3?
22 A   Uh-hum.
23 Q   Yes?
24 A   Yes. And, yeah, this is different, so
25 Exhibit 3 is different than this exhibit here, or

### Page 51

1  whatever, if that's an exhibit or not, that I
2  gave –
3  Q   Why don't you hand me back your report there.
4  A   It's the same thing as this one right there.
5  (Indicating.)
6  Q   Don't say anything. I'm going to have her
7  mark this page 2A.
8
9  (Marked for identification,
10 Defendant's Exhibit No. 2A, basic
11 incident report from Exhibit 2.)
12
13 BY MS. POLGLASE:
14 Q   All right. I'm going to show you what's been
15 marked as 2A. That's the handwritten document that
16 was dated 11-13, signed by the deputy chief; is
17 that correct?
18 A   Correct.
19 Q   And Exhibit 3 is a typed-up Waterbury Fire
20 Department incident report; is that correct?
21 A   Correct.
22 Q   Okay. Why don't you read through both of
23 those, and let's go off the record for just a
24 second.
25

### Page 52

1  (Off-the-record discussion.)
2
3  BY MS. POLGLASE:
4  Q   All right. Have you figured out what
5  Exhibit 2A is?
6  A   Yeah.
7  Q   Can you tell me what the difference is
8  between 2A and 3?
9  A   This is one that I believe is typed up in our
10 office. Once these are handed in, they get to the
11 secretary, who does some typing and sends them up
12 to the state. And this is what I believe it is.
13 This copy that's typed is one that's – it's also
14 signed by the marshal on 12-12, a month later. So,
15 yeah, that came through our office. This was one
16 that they do right after the scene. Right after
17 the incident.
18 Q   So 2A is done by the deputy chief right after
19 the incident?
20 A   Correct.
21 Q   Okay. And 3 is one that's done a month
22 later; is that right?
23 A   Well, whatever time it takes. That's how
24 long it took for this one, uh-hum.
25 Q   And you mentioned that the fire marshal

Page 53

1  signed off on this.
2  A  Down at the bottom. (Indicating.)
3  Q  Edward --
4  A  Case.
5  Q  -- Case. Who is Edward Case?
6  A  A retired marshal.
7  Q  He was the fire marshal at the time of this
8  fire?
9  A  Correct.
10 Q  Okay. Now, when did you draft your report?
11 A  I'm not sure, but I do it within the next
12 day, usually. There's -- usually if it's a
13 weekend, maybe not until the following Monday, but
14 I do them as quickly -- while they are fresh in my
15 head. I do them right away.
16 Q  So you do your report and hand it in to who?
17 A  I do -- I do my report and the marshal will
18 look it over. I'm the supervisor and he would be
19 my supervisor.
20 Q  Okay. So Edward Case looked at your report,
21 correct?
22 A  I discussed it with him and showed it to him,
23 and, yes, he signed it.
24 Q  And your report was done within a couple of
25 days of the fire; is that correct?

Page 54

1  A  Yes.
2  Q  And then a month later the Waterbury Fire
3  Department submitted their incident report to the
4  state?
5  A  It doesn't have to be a month. It's just the
6  amount of time it takes for the incident commander
7  to turn his in and then get them in a pile with all
8  the rest of them, then the secretary gets a chance
9  to type them up.
10 Q  But in this particular case, Edward Case
11 signed off on the fire incident report on
12 December 12, 2000, correct?
13 A  Correct.
14 Q  Okay.
15 A  That's what it says.
16 Q  That would be after you submitted your
17 report, correct? You submit your report within a
18 couple of days?
19 A  Yeah. I never seen those, the NFIRS. We
20 don't really have anything to do with them. They
21 come in to the secretary and they are just for
22 statistic reasons, I believe. I don't even know
23 the exact purpose of them. But we don't deal with
24 the NFIRS. We just do our reports, our fire
25 investigation reports.

Page 55

1  Q  When you do your fire investigation report,
2  you turn yours in to Edward Case. Do you recall
3  discussing the report for this fire with
4  Edward Case?
5  A  We don't turn them in to him. He could
6  review it and he definitely -- I would always
7  review the -- the marshal always wants to know all
8  the fires that happen and he looks at the reports
9  or reviews it and sits down and talks to the
10 investigator and that type of review.
11 Q  Okay. Do you recall discussing this fire
12 with Edward Case?
13 A  No.
14 Q  But it would be your routine to discuss your
15 fires with him?
16 A  Each morning we meet, yeah.
17 Q  And, to your knowledge, there would be no
18 reason why he would not have reviewed your report
19 in this case?
20 A  No reason not to believe he didn't.
21 Q  And you mentioned you meet every morning; is
22 that right?
23 A  Each morning the marshal would make the
24 rounds and discuss what happened at night after he
25 left at five o'clock, if there was any fires or

Page 56

1  over the weekend.
2  Q  So you would have discussed this fire with
3  him within a day or two of the fire?
4  A  That's the procedure we always follow, if he
5  was in, if he was in the next day or whatever, but
6  we discuss all fires and any situations that happen
7  in the office with the marshal.
8  Q  Do you recall any smoke detectors in the
9  Claro home?
10 A  If I didn't note them, then I didn't.
11 Q  So if --
12 A  I didn't -- I didn't note it. I wouldn't
13 recall if there was or wasn't. I wouldn't recall.
14 Q  Okay. So let me see what I understand. If
15 it's not in your report, sitting here today, you
16 don't know?
17 A  Yeah, I wouldn't recall if I seen a smoke
18 detector or not.
19 Q  Now, the report that's marked Exhibit 3, your
20 report, you typed that up. Is that a form that's
21 already on the computer and you just fill in the
22 blanks?
23 A  Kind of. I did this myself, and, with the
24 lack of any type of computers we have and had back
25 then, I followed a format from the state fire