### Page 57

1  marshal's office. We followed those and decided to
2  do our reports that way instead of the way they
3  used to do them.
4    Q   Okay. And these Waterbury fire marshal's
5  fire investigation reports, do they go to any other
6  entities or people besides Edward Case or the
7  Waterbury fire marshal's office?
8    A   They just stay with us.
9    Q   So they are there for you or Mr. Case to
10 review?
11   A   Yup. They get filed.
12   Q   I think before we got side-tracked by the
13 different reports, I was asking you about what you
14 did at the scene and how you went about
15 investigating the fire. You mentioned that you
16 recall speaking to Noberto and a female resident of
17 the home. Do you recall any other residents of the
18 home being present at the scene?
19   A   I don't recall.
20   Q   Okay. And you mentioned that you would have
21 reported to the scene commander.
22   A   Yup.
23   Q   Do you know Gary Gray?
24   A   Yeah. I know him from work, yeah.
25   Q   Okay.

### Page 58

1    A   He retired, though.
2    Q   Do you recall talking to him?
3    A   No. We talk to each person each call we go
4  to.
5    Q   So sitting here today, do you recall any
6  conversations that you had with any of the
7  firefighters on the scene?
8    A   No.
9    Q   Do you recall any conversations that you had
10 with anyone at the scene besides Noberto and the
11 female that we spoke about?
12   A   I don't recall, but I do know that with the
13 firefighters, I always ask them questions, and I
14 remember a feeling of -- I know that some of the --
15 I asked the first arriving officer and the guys
16 that were working on that crew what they had when
17 they got there and they told me, but who they were
18 and what we exactly said, I don't recall.
19   Q   Okay. That would be your routine, to do
20 that?
21   A   Yup.
22   Q   Okay. And do you recall what they told you?
23   A   Yeah. The refrigerator was stuck in the
24 doorway, which is strange, you know. This was a
25 strange fire. This was something that doesn't

### Page 59

1  normally happen or we have ever come across is a
2  refrigerator stuck in the door, and they are
3  pulling up with it on fire and causing, you know,
4  extension outside.
5    Q   I'm sorry. Causing what?
6    A   The fire to extend outside, to the outside of
7  the building.
8    Q   Do you recall them saying anything other than
9  the refrigerator being stuck in the doorway?
10   A   The guy was burned. That's the first thing
11 we check for, anybody ever being hurt.
12   Q   Anything else?
13   A   No, not that I can recall, I don't think, at
14 this point.
15   Q   What was unusual about this is that the
16 refrigerator was stuck in the doorway?
17   A   Unusual for them when they responded to the
18 fire, but for me investigating it was that the
19 inside of the refrigerator was totally burned. It
20 was beyond recognition.
21   Q   Okay. It was unusual for them because the
22 refrigerator was stuck in the doorway. That's what
23 they relayed to you?
24   A   Yes.
25   Q   "They" meaning the first responding

### Page 60

1  firefighters?
2    A   Correct.
3    Q   For you what was unusual was the inside of
4  the refrigerator being burned to the extent that it
5  was?
6    A   Yes.
7    Q   Prior to going to this fire investigation,
8  had you investigated any fires allegedly caused by
9  a refrigerator?
10   A   No, not at all.
11   Q   After this fire, have you investigated any
12 fires allegedly caused by a refrigerator?
13   A   I don't recall. I don't believe so.
14   Q   Okay. In your career as a firefighter, do
15 you remember -- can you recall any fires allegedly
16 being started by a refrigerator?
17   A   Never seen one like that, no. Not -- no, not
18 on the inside.
19   Q   When you say, "Not on the inside," what do
20 you mean?
21   A   There was never -- you can have a whole
22 kitchen burned. You open the refrigerator, there's
23 nothing burned on the inside.
24   Q   You've never seen the inside of a
25 refrigerator burned?

Page 61

1   A   Never, until this one.
2   Q   And never since?
3   A   Never since, no.
4   Q   In your training, had you had any training or
5   information about fires allegedly caused by
6   refrigerators?
7   A   No. Not by a refrigerator, no.
8   Q   And you've never worked in the area of
9   refrigerator repair or construction, correct?
10  A   Correct.
11  Q   You've never had any engineering courses?
12  A   No, I don't believe so.
13  Q   You've never worked as an electrician?
14  A   As an apprentice-type one, yes, for a week or
15  two.
16  Q   But you never had any extensive training in
17  electrical repair or –
18  A   No.
19  Q   – electrical appliances of any kind?
20  A   No.
21  Q   Do you know how refrigerators work?
22  A   That's kind of a big question. I guess it
23  could be as simple an answer as by plugging it in
24  or it could go on, I mean, to the ideas of the way
25  refrigeration and the motors and everything else

Page 62

1   worked about them.
2   Q   Do you know anything about how the
3   refrigeration and the motors on refrigerators work?
4   A   I do know electricity goes through them and
5   they do need electricity, and anything that needs
6   electricity to run can always be a source of – any
7   type of ignition source for a fire occurring, or,
8   if a malfunction occurred or anything like that,
9   through our training, those are always sources,
10  electrical sources that you look to for where
11  causes happen.
12  Q   Okay. Aside from understanding that
13  refrigerators are electric and appliances that have
14  electric power can be sources of ignition, do you
15  have any understanding about how refrigerators
16  work?
17  A   See, that's a broad question. I mean, sure,
18  I think I do a little bit.
19  Q   Explain to me what you understand about how
20  refrigerators work.
21  A   I don't understand that question. That's too
22  broad for me to understand.
23  Q   Okay. What is it that – I'm just trying to
24  get an understanding of what you know about
25  refrigerators. That's all. What is it that you

Page 63

1   are having a hard time with the question about?
2   I'll try and narrow it down for you.
3   A   I don't know what you're looking for. I
4   mean, really.
5   Q   You mentioned that refrigerators have motors.
6   Do you know anything about the motors on
7   refrigerators?
8   A   About the way the motors are, the way that
9   they are built and stuff, just very slightly.
10  Slightly. I would understand a little bit about
11  them, but, like I say, I never took any course or
12  anything in knowing how to design them or build
13  them or anything like that.
14  Q   Have you ever looked inside the machinery
15  cabinet of a refrigerator?
16  A   Yeah, I have.
17  Q   Under what circumstances?
18  A   Under what circumstances? I look at them
19  just – I mean, I've looked at them in my own house
20  even sometimes, or any other old one that I might
21  have been tossing out, if I took the back off it
22  and whatever and I looked at it, or underneath,
23  whatever, where all the parts are, the mechanical
24  parts. I've seen them before.
25  Q   Can you identify any of the components in the

Page 64

1   machinery cabinet of this particular refrigerator?
2   A   I took photos of what I seen; and what I had
3   and what those photos were back then, I don't
4   remember.
5   Q   Okay. Just generally, can you identify any
6   of the components in a refrigerator's machinery
7   cabinet?
8   A   I know where the motor is, where it's running
9   to, where the electrical wires that go into the
10  wall and into the circuit and comes out, which
11  generates the heat.
12  Q   Can you tell me anything else about the
13  components in the machinery cabinet of a
14  refrigerator? That's okay if you can't.
15  A   No. I don't know. I don't think I can.
16  Q   Okay. I'm just trying to get at what you
17  know and what you don't know. That's all.
18  A   I don't know. I never took courses in
19  refrigeration or building the motors or fixing them
20  or anything like that.
21  Q   And you took – on the day of the fire, you
22  took – I think it looks like one photo of the
23  machinery cabinet. Let me pull it out for you.
24  Let me ask you this: Do you know what that's a
25  photo of?

### Page 65

1  A   That's a circuit, and I believe it's the one
2  in the wall. Let me see. Yup, that's the
3  electrical outlet showing that there was no damage
4  to the inside of the circuit behind the
5  refrigerator where it was plugged in.
6  Q   So we're referring to a photograph that's
7  been identified as J?
8  A   Yup.
9  Q   And that is what?
10 A   I believe it's the outlet right behind the
11 refrigerator where it was plugged in and it's
12 showing that there was no arcing inside the
13 electrical outlet.
14 Q   Okay. Let me just identify it first.
15 Photograph I. What is that?
16 A   These are the circuit breakers of the house.
17 Q   What's that particular photograph show?
18 A   Which one was tripped and which one wasn't.
19 Q   Were any of them tripped?
20 A   Yes, there was.
21 Q   Which one was tripped?
22 A   That one right there. (Indicating.)
23 Q   The one on the upper left corner?
24 A   Yup. And I wrote that in the report, too.
25 Q   Okay. Can you tell me where that is?

### Page 66

1  A   "Kitchen breakers tripped and range. There
2  was no sign of arcing in the outlets."
3  Q   "Kitchen breakers tripped and range." What
4  does that mean?
5  A   That the breakers that were running
6  electricity to the stove, or the range, and to the
7  kitchen, they were tripped.
8  Q   Okay. And do you know what caused that?
9  A   No.
10 Q   All right. Photograph N. Do you know what
11 that is?
12 A   That is another outlet.
13 Q   Do you know which one that is?
14 A   No. It wasn't the one that was near the
15 fire. That one was. (Indicating.)
16 Q   J was the one that was near the fire?
17 A   Uh-hum.
18 Q   Because you can see some remnants around the
19 outlet?
20 A   Yup.
21 Q   All right. Photograph O, is that correct?
22 A   Uh-hum.
23 Q   What's depicted in photograph O?
24 A   That's another circuit panel for the house.
25 Q   Do you know what that shows?

### Page 67

1  A   Yup. All the breakers. There was one that
2  was tripped down at the bottom. It looks like from
3  the photo that there was no damage – no external
4  damage or anything to the circuit panel causing any
5  type of a problem or causing that fire.
6  Q   Okay. And which one looked like it was
7  tripped?
8  A   It looks like the one down at the bottom.
9  Q   On the right-hand side?
10 A   Uh-hum.
11 Q   The last one on the bottom?
12 A   Yeah.
13 Q   Okay.
14 A   It looks like that's the open one, uh-hum.
15 Q   All right. When we started – when I came
16 over here I was going to ask you about the
17 machinery cabinet. Let me just – that's
18 photograph D?
19 A   Uh-hum.
20 Q   That the machinery cabinet?
21 A   Yes.
22 Q   What did you observe by looking in the
23 machinery cabinet of this refrigerator?
24 A   What I observed?
25 Q   Yes.

### Page 68

1  A   What I observed was there was another photo
2  of a piece that came out that I believe was part
3  of – that was energized at one point, or would
4  have been because it had the cord going right to
5  it. It was melted. It was melted and damaged.
6  And besides that, there was really no other damage.
7  It seemed not to be broken or smashed or anything
8  like that. Everything seemed to have been in
9  order, and, you know, not broken when I got there.
10 Q   Okay. Could you find the photo that you
11 mentioned of the cord?
12 A   This one might have been it. (Indicating.)
13 Yup, that would have had to have been it. Yeah,
14 this one. If that's all the pictures, then this
15 one was the one that I had.
16 Q   Okay. If you want to, feel free to check the
17 negatives to make sure they are all here.
18 A   These are difficult to tell. Fifteen. Let's
19 see. They are all here. That was it, then. That
20 was the picture I took. I was thinking back to the
21 scene of the fire and that's what it was, then.
22 That's the picture I took.
23 Q   Okay. And you mentioned that there was some
24 wire – the wire going to – that the wire going
25 from the plug to the refrigerator –

### Page 69

1  A  Yes. That's all, yeah.
2  Q  – you saw some melting on that?
3  A  Yeah, because the fire was all around this
4  area, anyways. You could see from the other photos
5  that it was right alongside of the refrigerator.
6  Q  So it wasn't that you observed any problem
7  with the cord, it was that it was attacked from
8  external fire?
9  A  I wouldn't be able to determine that, but
10 there was a lot of damage to the refrigerator
11 itself. You can see it, I mean, just by the
12 photos. There was a lot of damage to it, and to
13 determine what actually electrical-wise caused that
14 problem, I didn't make a determination. That's not
15 my expert field, the electrical area.
16 Q  Okay. So the extent of your determination
17 was to determine that it was this refrigerator –
18 the refrigerator was the cause of the fire, but you
19 don't know why the refrigerator caused the fire?
20 A  Correct.
21 Q  And again looking at photograph D, you didn't
22 see any problems in the machinery cabinet of the
23 refrigerator?
24 A  I didn't see anything that was broken or
25 anything that seemed to be smashed as if somebody

### Page 70

1  was – well, you know, like really damage that
2  could have caused – that I would have seen that.
3  Okay? This thing's been smashed up and beat up
4  enough to where maybe something like that had
5  caused it. It seemed – everything seemed to be in
6  order by looking at it, to me, as much as I know
7  about refrigerators and stuff. There didn't appear
8  to be any damage to any parts, physical damage
9  caused to them.
10 Q  Okay. And did you see any evidence that the
11 fire started in the refrigerator's machinery
12 cabinet?
13 A  I wasn't – no, I didn't determine that
14 exactly. It could have and then extended up into
15 the refrigerator, depending on how the motor was
16 working and whatever electrical parts down there
17 were working. I wouldn't rule it out.
18 Q  All right. So, again, all you know is that
19 it was your determination that the refrigerator –
20 the refrigerator was the cause and origin of the
21 fire. You don't know where in the refrigerator it
22 started?
23 A  Correct.
24 Q  And you base your conclusion that the
25 refrigerator was the cause of the fire on what?

### Page 71

1  A  Even the fire patterns alongside of the
2  refrigerator right here and the inside – the most
3  extensive damage by the fire was inside the
4  refrigerator, and from the firefighter's report and
5  any physical damage left at the scene of that fire,
6  and even the witnesses of the fire, also, the
7  tenants.
8  Q  Let me make sure I cover each of those.
9  So, it was the fire patterns on the side
10 of the refrigerator?
11 A  Yup, throughout; on the floors, the walls,
12 the ceiling. Smoke and fire patterns throughout
13 the whole building, the whole occupancy, led me to
14 that.
15 Q  Okay. Now, I understand that the smoke and
16 fire patterns throughout the building led you into
17 the kitchen, right?
18 A  Uh-hum.
19 Q  Okay. So I'm trying to narrow down exactly
20 each piece of evidence that leads you to believe
21 the refrigerator caused the fire, and I understand
22 from your investigation of the building it would
23 tell you the fire started in the kitchen, correct?
24 A  Yup.
25 Q  And that's what you mean when you say the

### Page 72

1  fire patterns throughout the building?
2  A  Yup, but they also could pinpoint you to
3  where the – the location, also.
4  Q  What fire patterns pinpoint you to the
5  location of the refrigerator?
6  A  The V pattern on the side of the refrigerator
7  and the –
8  Q  Let me stop you there. There's fire – there
9  was multiple fire patterns. I'm trying to get at
10 what fire patterns. So, the first thing that you
11 said was the fire patterns were in the building.
12 Were there any fire patterns in the building that
13 led you to the cause and origin of the fire other
14 than they tell you that it started in the kitchen?
15 A  That's a confusing – I'm confused now.
16 Q  Well, I'm confused a little bit, too, because
17 I'm trying to nail down what the evidence is that
18 you base your conclusion that the fire started with
19 the refrigerator, and one of the things you said
20 was the fire patterns were in the whole building.
21 A  Fire, and I said smoke, also.
22 Q  Okay. So, I'm trying to nail down what today
23 you can recall about the fire patterns.
24 A  For fire investigations you start from the
25 outside and work in, and then you look for smoke

Page 73

1  damage, at least to the house, and the same thing
2  with any fire patterns. You go to the house and
3  look in that area as to what burned the longest and
4  what caused the most smoke damage. That's where it
5  will lead you to, where the fire was started, the
6  seed of the fire.
7     Q    And explain to me what you recall about the
8  fire patterns and the smoke patterns in this
9  building that led you to determine that the cause
10 and origin was the refrigerator.
11    A    The most smoke and most fire damage was in
12 the kitchen, and they are also – the heaviest
13 char, the heaviest burn, the heaviest smoke, the
14 patterns that were involved to where a fire can
15 start and work out and up was right there at the
16 refrigerator. All the physical evidence of the
17 fire patterns and smoke patterns and damage –
18 physical damage that was the most severe was the
19 refrigerator and inside the refrigerator.
20    Q    Okay. So, from your review of the fire and
21 smoke patterns outside of the kitchen, they led you
22 into the kitchen as the origin of the fire, right?
23 Is that right?
24    A    That was the area of origin, the kitchen.
25    Q    And then once you get into the kitchen, you

Page 74

1  look at the fire patterns and the area of the
2  heaviest damage to determine where the fire started
3  in the kitchen, right?
4     A    Uh-hum.
5     Q    Okay. And in this particular case, you
6  determined that it was the refrigerator because the
7  refrigerator had the most extensive damage in the
8  kitchen?
9     A    Yes.
10    Q    Okay.
11    A    And there was fire patterns on it. There was
12 a V pattern right on the side of it.
13    Q    And we are talking about photograph 4C,
14 correct?
15    A    Correct.
16    Q    Okay. And you are looking at the left side
17 of the refrigerator as you face it; is that right?
18    A    I believe so. That's what it is.
19    Q    Now, when these photos were taken, the
20 refrigerator had been pulled out of the door
21 already, right?
22    A    Correct.
23    Q    Do you know who pulled the refrigerator out
24 of the door, or pushed it out?
25    A    Yeah, me.

Page 75

1     Q    So when you got there, the refrigerator was
2  in the doorway, correct?
3     A    Yup.
4     Q    Okay. And how was the refrigerator
5  positioned in the doorway?
6     A    It was jammed. It was stuck.
7     Q    It was stuck. Was it too tall or too wide or
8  both?
9     A    Both. He would have had to get it exactly
10 perfect to get it out.
11    Q    As you're looking out the back door, was the
12 front of the refrigerator facing you?
13    A    I can't remember.
14    Q    You don't recall if it was the side of the
15 refrigerator –
16    A    No, I don't recall.
17    Q    – or the back of the refrigerator facing
18 you?
19    A    I don't recall.
20    Q    But you pulled it out of the doorway?
21    A    Yup.
22    Q    And where did you move it when you pulled it
23 out of the doorway?
24    A    Put it back to the original spot where it
25 was.

Page 76

1     Q    And the V patterns that you're talking about
2  on the refrigerator are depicted in photograph C,
3  correct?
4     A    Yup.
5     Q    And that's on the left-hand side of the
6  refrigerator?
7     A    Yup.
8     Q    And that tells you what?
9     A    It's a possibility that that's where – well,
10 it doesn't mean that that's exactly where, if there
11 was multiple points of origin, which I didn't find,
12 that will lead me to a source or to a spot that was
13 the lowest burn, so it could have started there and
14 it could have started in that area. More likely
15 than not, it was in this area, the lowest burn, and
16 the way it shoots and works up and out can lead you
17 to where the possibility – the most likely
18 possibility where that fire started.
19    Q    So, typically, the area of the lowest burn is
20 where the fire started?
21    A    Correct; depending. If there was any
22 accelerants or anything like that that could have
23 thrown off the way the fire would work out on its
24 own, burn on its own, without anything to pull it
25 in a certain direction or anything, no accelerants

Page 77

1  or anything like that that could lead to other than
2  the way it should burn.
3    Q   You didn't see any evidence of accelerants
4  here?
5    A   No, there was none.
6    Q   As a fire inspector, you look for the area of
7  the lowest burn, correct?
8    A   We look for patterns, and that's one of them.
9    Q   Okay. And the area of lowest burn is
10 indicative to you of a possible point of origin;
11 isn't that right?
12   A   Correct.
13   Q   And did you determine where the lowest point
14 of burn was in this fire?
15   A   No.
16   Q   Now, you mentioned that you did a lot of
17 shoveling. Can you tell me what you meant.
18   A   All the stuff that's on the floor, I cleaned
19 out onto the floor. All this stuff that had to be
20 pulled down and charred ceilings or whatever else
21 was burned, and whatever was in the kitchen had to
22 be tossed out.
23   Q   Okay. And did you ever get down to the bare
24 floor?
25   A   Yes. There's some pictures of it, yeah.

Page 78

1    Q   Can you pull out the photographs of the bare
2  floor.
3    A   I believe that this is part of the floor
4  right here. I believe I – here's a lot of the
5  stuff that had to go out, but that was part of the
6  floor, I believe. (Indicating.)
7    Q   Is this the inside or the outside of the
8  house?
9    A   Unless this is different. If I didn't take a
10 picture of it, I know I shoveled it all out. Let's
11 put it that way.
12   Q   Well, here's the bottom of the photo, unless
13 you're holding the camera this way. (Indicating.)
14 Let's identify that one for the record. That would
15 be photograph B, correct?
16   A   Yup.
17   Q   Okay. And photograph B is a photograph of
18 what area of the house?
19   A   I can't remember. It's hard to tell by this
20 shot.
21   Q   Okay. So you don't know whether this is the
22 outside floor or the inside floor? Outside meaning
23 the porch floor.
24   A   Correct.
25   Q   Can you point to any other photographs that

Page 79

1  depict fire damage that indicate to you that the
2  fire occurred in the – started with the
3  refrigerator?
4    A   Well, I know the refrigerator was on fire
5  because it was stuck in the doorway, and that's
6  what was on fire that caused all the extension out
7  into the front porch, or the back porch there and
8  up.
9    Q   And you're referring to – let me just make
10 sure for the record. You're referring to
11 photograph G; is that correct?
12   A   Yes.
13   Q   What?
14   A   Yeah.
15   Q   What does photograph F depict?
16   A   That's the side of the house that would run
17 right alongside G. It's like that. (Indicating.)
18   Q   Okay. And there's fire damage coming out the
19 windows on the side of the kitchen, correct?
20   A   Yeah. There's some heat and – yup, that
21 refrigerator would have been right in that area.
22   Q   Did you take any photographs of the
23 refrigerator stuck in the doorway?
24   A   I guess I didn't.
25   Q   All right.

Page 80

1    A   They are not here.
2    Q   Photograph P is this one. That depicts the
3  refrigerator in what position?
4    A   You know what? That might be it. That might
5  be in the door. Where is it? Still in the
6  kitchen? I see appliances in the back and it looks
7  like it's pushed back away from the doorway. It
8  looks like it could be just pushed back into the
9  kitchen.
10   Q   And it looks like the –
11   A   It is.
12   Q   – front of the refrigerator is facing
13 towards the back door; is that correct?
14   A   Yes, it looks – yeah, that's the way it is,
15 yeah.
16   Q   Do you recall – does that help you recall
17 what the position of the refrigerator was when you
18 found it?
19   A   No, but it's right near those windows, too,
20 that were – you seen the extension coming out.
21   Q   But the refrigerator was in the doorway when
22 you got there?
23   A   Yeah, I believe it was, unless the guys had
24 moved it before I got there, but it was stuck in
25 the door, from what I recall.

### Page 81

1  Q   Sitting here today, you recall pulling it out
2  of the doorway?
3  A   Helping, yeah. I remember moving it around
4  quite a -- getting it -- moving that thing. I
5  remember all the work I did at that fire.
6  Q   All right. Can you describe for me all the
7  work you did at the fire.
8  A   I did a lot of the -- I shoveled out because
9  this was a confusing fire for me. I never seen a
10 refrigerator burned totally inside like that, ever,
11 and I thought that I wanted to really check the
12 best I could. I stayed there for quite a while and
13 cleaned out that whole -- got down to the bare
14 floor and shoveled out a lot and spent some time
15 there, checked the electrical, checked different
16 things, left the appliances and made sure I didn't
17 disturb anything as to where I figured that this
18 might be looked into in this type of situation. I
19 never seen anything like it, so I made sure I
20 worked very hard there and took my -- and took as
21 much time as I needed before coming to any type of
22 determination on this.
23 Q   You'd never seen anything like this fire
24 before?
25 A   Nope.

### Page 82

1  Q   Have you seen anything like it since?
2  A   No.
3  Q   You also took some pictures of the stove
4  area; is that correct?
5  A   Yup.
6  Q   Why did you take those pictures?
7  A   I'm not sure why I did. I do normally take
8  them of the entire room.
9  Q   Photographs K and M are of the stove area; is
10 that correct?
11 A   Yes.
12 Q   And photograph L is of the sink area; is that
13 correct?
14 A   Yeah.
15 Q   Why did you take the photograph of the sink
16 area?
17 A   Just showing damage in the room, I assume. I
18 can't remember exactly why. There was nothing
19 noted in my report of why there was any
20 significance of taking that, but it does show burn
21 patterns and any smoke and any other type damage
22 where it could lead me to believe where the source
23 might have been, the point of origin or area of
24 origin narrowed down.
25 Q   What do those photographs tell you about the

### Page 83

1  point of origin?
2  A   About the point of origin from just this
3  photograph?
4  Q   Yes.
5  A   That's not why I took them. They don't
6  really tell me a point by taking those pictures.
7  They show me which way the damage headed and it's
8  going away from where the refrigerator was.
9  Q   Okay. What about those photographs tells you
10 that the damage is going away from where the
11 refrigerator was?
12 A   What about them?
13 Q   You mentioned the photographs you took of the
14 kitchen.
15 A   There's more damage closer to the kitchen and
16 heavier char and more damage in the area of the
17 refrigerator than there is away from this.
18 Q   Okay. And are there -- did you take any
19 photographs of the char in the area of the
20 refrigerator?
21 A   I'm not sure what this is. You can see a lot
22 of it above it, right here in the rafters, above
23 where the refrigerator would be. That's where the
24 heaviest char on the rafters are, on the ceiling.
25 And there's probably also -- I don't know if there

### Page 84

1  was one where the refrigerator actually was.
2  Q   Let me just identify that photograph you were
3  just talking about, photograph A.
4  A   Yes.
5  Q   Okay. Where would the refrigerator be in
6  that photograph?
7  A   In this -- in the -- I believe in the bottom
8  left area.
9  Q   Bottom left of photograph A?
10 A   Yup. It was -- I believe it was. It's hard
11 to tell by that picture. I guess I didn't take
12 good pictures. It's been three years so it's hard
13 for me to even remember exactly. I did take one.
14 I'm pretty sure I would have taken one where the
15 refrigerator was without it there. This one was
16 when I put it back.
17 Q   Now, you mentioned that you cleaned out a lot
18 of the debris because it was confusing when you
19 first got there.
20 A   It wasn't so confusing. I was just amazed
21 that the inside of the refrigerator would burn like
22 that.
23 Q   Why were you amazed?
24 A   I never seen one in the 13 years or whatever
25 amount of time I worked, that many years on the job

Page 85

1  of seeing anything like that. What? Ten years on
2  the job, all the fires I've been to, working or
3  investigating, never seen anything like it before.
4  And there's always a type of -- you want to see if
5  there is any suspicion of anything going on, and
6  that was something I wanted to look into deeper.
7    Q   Why is that?
8    A   Because I never seen nothing like it.
9    Q   So, again, the cause and origin of this fire
10 is the refrigerator, but you don't know what the
11 ignition source was?
12   A   Well, yeah. Even the cause and origin, as
13 you say -- let's see what I even put. The area of
14 origin was the kitchen. The point of origin, I
15 believe, was the refrigerator, appliance.
16   Q   That area?
17   A   Yeah.
18   Q   Now, is it that you believe the fire started
19 in the refrigerator or is it that you believe the
20 fire started in the area of the
21 refrigerator/freezer?
22   A   I didn't -- I don't believe it was the area
23 because I've never seen the inside of a
24 refrigerator burned. As I said before, when an
25 entire house is on fire, you can open the

Page 86

1  refrigerator and there's still contents inside of
2  it that ain't even burned. This was totally
3  charred. You can see in the picture down at the
4  bottom there was nothing left to it, and that I've
5  never seen, so somehow there was an awful lot of
6  heat and fire inside that refrigerator.
7    Q   And so for that reason you believe the fire
8  started with the refrigerator?
9    A   There was no -- not just for that reason.
10 That was one of the many. With the other fire
11 patterns and smoke damage and responses from the
12 firefighters first on scene, from the owner and
13 from burning himself, that that was -- there was
14 fire in that refrigerator by the physical results
15 of what happened. Even with them photos, there's
16 not a shelf left, there's not an interior left to
17 it, and that I've never seen before.
18   Q   All right. You mentioned a couple times the
19 statements of the firefighters. Again, as I recall
20 your testimony, all you can -- let me finish -- all
21 you recall the firefighters saying to you is that
22 they saw the refrigerator in the door?
23   A   I asked them what they had when I got on
24 scene and they told me.
25   Q   Sitting here today, you recall them telling

Page 87

1  you that they saw the refrigerator in the door,
2  correct?
3    A   Uh-hum.
4    Q   Is there anything else that you can recall
5  them telling you, sitting here today --
6    A   No.
7    Q   -- besides that the guy got burned?
8  Then at some point you spoke with
9  Noberto and you spoke with a female from the house.
10   A   I believe there was a female that I spoke to,
11 yeah.
12   Q   We have gone into that in detail already.
13 You've described the fire patterns, I believe, the
14 fire patterns on the refrigerator and in the home.
15   A   Uh-hum.
16   Q   Now, in your report you mentioned fire damage
17 to the C/D corner of the structure.
18   A   Yup.
19   Q   What do you mean by the C/D corner?
20   A   Right there, the back porch. When you look
21 at the house, you pull up, that's the A side. You
22 go to the left. A, B. C is the rear and D is to
23 your right.
24   Q   Okay. That's pretty standard in fire
25 investigation?

Page 88

1    A   Different people may use different things.
2  It may be 1, 2, 3, 4 or something, but that's the
3  way I've always done it.
4    Q   Now, there under your description of exterior
5  damage, you say there was fire damage to the second
6  floor directly above the rear entrance, and then
7  you state, "No other fire damage." Can you tell me
8  what that statement means, "No other fire damage."
9    A   Throughout the other rooms, the living room
10 and upstairs in the building, there was no
11 extension inside or any other fire damage in any of
12 the rooms. The only damage to the outside of the
13 building was right there in that corner above the
14 porch, and the porch.
15   Q   Now, in your conclusion paragraph you state
16 that, "Based on the physical evidence at the scene
17 and witness interviews, I believe this fire was
18 caused by a malfunction of the
19 refrigerator/freezer." Can you tell me what you
20 mean by "malfunction."
21   A   Something didn't operate right. That's what
22 I mean. I don't know how the motor actually works.
23 If something malfunctioned, I'm not going to take
24 it apart and figure out exactly what caused it, but
25 I believe something went wrong because if it was

### Page 89

1  operating properly, the insides and everything else
2  would not be burned and look beyond recognition
3  like that.
4  Q   Your understanding is that -- or your opinion
5  as a cause and origin expert is that the fire
6  started inside the refrigerator, correct?
7  A   I'm not sure if it started inside the
8  refrigerator, but it's quite likely that it could
9  have. Something caused -- I don't know how it
10  burned like that. I never -- I don't know how
11  there was that extensive damage inside that
12  refrigerator like that.
13  Q   All right. So your opinion is that the fire
14  started with the refrigerator, correct?
15  A   Yeah.
16  Q   And you don't know what caused the fire with
17  the refrigerator, correct?
18  A   Correct.
19  Q   You don't know what's been done to this
20  refrigerator over its life, correct?
21  A   Correct.
22  Q   And you're assuming that it's a malfunction
23  of the refrigerator, correct?
24  A   To the best of my knowledge, with everything
25  that I looked at and all the work that I did there,

### Page 90

1  I tell you that everything pointed to the
2  refrigerator.
3  Q   Okay. Again, I understand what you're
4  saying, everything points to the refrigerator, but
5  in terms of a malfunction, you're assuming it was a
6  malfunction of the refrigerator because it started
7  with the refrigerator?
8  A   Correct.
9  Q   Not because of any understanding you have as
10  to what actually caused the fire in the
11  refrigerator, correct?
12  A   Correct.
13  Q   Okay. And on Exhibit 3 -- I'll hand that to
14  you -- it states in the third block down, "Area of
15  fire origin." It says, "Kitchen, cooking area."
16  Do you see that?
17  A   Okay. Area of origin. Yup.
18  Q   It says, "Kitchen, cooking area." Do you see
19  that?
20  A   Uh-hum.
21  Q   Do you know what is meant by that statement?
22  A   This is Gary -- I assume Gary Gray's report,
23  but these NFIRS reports are all number coded to the
24  right. It's 24. And they don't let you put your
25  own words in. You have to pick.

### Page 91

1  Q   Okay. And then it says -- right next to that
2  it says, "Undetermined equipment." Do you see
3  that?
4  A   Yeah.
5  Q   Do you know why it says that?
6  A   Because he don't determine anything. We do.
7  The fire marshal's office does. That's one thing
8  that we have a problem -- well, the guys have a
9  problem with. They shouldn't, and they are told --
10  whatever. I don't know if they are told when it
11  comes to -- see, I've done it. I've been in that
12  position and filling these out as the acting
13  officer that's involved with making determinations
14  and that's not what we do on the fire engine.
15  Q   Okay. Well, down below it says, "Member
16  making report." It says, "Edward Case." He's the
17  fire marshal, isn't he?
18  A   Yes.
19  Q   And so this is his report?
20  A   I wouldn't say that.
21  Q   Okay. Sitting here today, do you know whose
22  report this is?
23  A   It's not a report. It's just a document
24  that's filled out. It's not -- mine is the report.
25  This is something for statistics, I believe, as far

### Page 92

1  as what I've ever known being in the firehouse.
2  Q   Okay. It says, "Incident Report," at the top
3  of it, does it not?
4  A   Yup, just to say we went to an incident to
5  keep statistics.
6  Q   And then it says, "Form: Heat Ignition.
7  Form: Undetermined."
8  A   He doesn't determine anything, yeah,
9  Q   Who is he?
10  A   The officer that filled this out. This is
11  Gary Gray's report. It's exactly the same thing as
12  the other one, but this one has Ed Case's name at
13  the bottom. That's usually after -- I'm right.
14  The first one here comes into our office
15  handwritten. The secretary types it up, and before
16  it's sent up to the state, the fire marshal signs
17  it and that's it.
18  Q   Who is Fisher?
19  A   He's a detective that's assigned to the
20  office.
21  Q   All right. And you've determined there are
22  15 photographs? I just want to make sure.
23  A   That's what the negatives show, yeah.
24  Q   And I've marked the 15 photographs A through
25  P, so that's right. A through P is 15 photographs.

### Page 93

1  Is there anything you can recall about
2  this fire that you haven't told us about?
3     A    I don't know. They asked me a little – I
4  mean, not that I – I mean, no. You did a pretty
5  good job of asking me about what happened and
6  stuff, questions.
7     MS. POLGLASE:    Are you going to have
8  any questions?
9     MR. LOFTUS:    No, I don't think so.
10    MS. POLGLASE:    Thank you.
11 I want the works: Full size,
12 condensed and an ASCII.
13    MR. LOFTUS:    He is going to read and
14 sign it, and I'll take a condensed.
15    MS. POLGLASE:    You don't need to go
16 find a notary public to get it signed. Just go
17 ahead and sign it.
18
19        (Concluded at 1:04 p.m.)
20
21
22
23
24
25

### Page 95

1  STATE OF CONNECTICUT :
2                       : ss: Bristol
3  COUNTY OF HARTFORD :
4     I, Karen L. Vibert, LSR No. 00064, a
5  Notary Public for the State of Connecticut, do
6  hereby certify that the deposition of DEPUTY FIRE
7  MARSHAL PATRICK ARIOLA, a witness, was taken before
8  me pursuant to Notice, at the Courtyard by
9  Marriott, 63 Grand Street, Waterbury, Connecticut,
10 commencing at 11:02 a.m., on November 24, 2003.
11    I further certify that the witness was
12 first sworn by me to tell the truth, the whole
13 truth, and nothing but the truth, and was examined
14 by counsel, and his testimony stenographically
15 recorded by me and subsequently transcribed, to the
16 best of my ability, as here before appears.
17    I further certify that I am not related
18 to the parties hereto or their counsel, and that I
19 am not in any way interested in the event of said
20 cause.
21    Dated at Bristol, Connecticut, this
22        day of             , 2003.
23
24    Karen L. Vibert, Notary Public
25    My commission expires: 08/31/2004.

### Page 94

1  CERTIFICATE OF DEPONENT
2     I, DEPUTY FIRE MARSHAL PATRICK ARIOLA,
3  have read the foregoing transcript of the testimony
4  given at the deposition on November 24, 2003, and
5  it is true and accurate to the best of my knowledge
6  as originally transcribed and/or with the changes
7  as noted on the attached Errata Sheet.
8
9  DEPUTY FIRE MARSHAL PATRICK ARIOLA
10 Subscribed and sworn to before me this
11        day of              , 2003.
12
13 Notary Public
14 My commission expires:
15 3:02CV-1916J
16    A    Safeco Insurance Company of America and subrogee of
17 Noberto and Maria Claro vs. Maytag Corporation
18 Deputy Fire Marshal Patrick Ariola - 11-24-2003
19        (klv)
20
21
22
23
24
25

### Page 96

1
2
3  3 Incident report ............ 3
4  4 Copies of photographs, ...... 35
5  eight pages
6     2A Basic Incident report ....... 51
7  from Exhibit 2
8  Exhibits held by Ms. Polglase
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Look-See Concordance Report**

---

UNIQUE WORDS: **1,049**
TOTAL OCCURRENCES: **4,601**
NOISE WORDS: **384**
TOTAL WORDS IN FILE: **15,901**

---

SINGLE FILE CONCORDANCE

---

CASE INSENSITIVE

---

NOISE WORD LIST(S):
**NOISE.NOI**

---

COVER PAGES = 1

---

INCLUDES ALL TEXT OCCURRENCES

---

DATES **ON**

---

INCLUDES PURE NUMBERS

---

POSSESSIVE FORMS **ON**

**– DATES –**

8-19-65 [1]
　*11:1*
08/31/2004 [1]
　*95:25*
11-24-2003 [1]
　*94:18*

**– 0 –**

00064 [1]
　*95:4*
06708 [1]
　*5:3*
08/31/2004 [1]
　*95:25*

**– 1 –**

1 [4]
　*3:7; 6:17; 8:10; 88:2*
11-13 [1]
　*51:16*
11-24-2003 [1]
　*94:18*
11:02 [2]
　*2:7; 95:10*
12 [1]
　*54:12*
12-12 [1]
　*52:14*
13 [5]
　*27:12, 16; 30:25; 31:12; 84:24*
14 [2]
　*36:8, 9*
15 [8]
　*20:2, 3; 36:8, 9; 92:22, 24, 25*
1990 [2]
　*19:12; 22:24*
1998 [3]
　*19:12; 23:3; 29:13*
1998-1999 [1]
　*23:9*
1999 [1]
　*30:21*
1999-2000 [2]
　*23:20; 24:2*
1:04 [1]
　*93:19*

**– 2 –**

2 [6]
　*3:11; 44:1; 49:6; 51:11; 88:2; 96:7*
2000 [14]
　*27:12, 16, 17, 18, 19, 20, 24, 25; 28:1; 30:21, 25; 31:13; 36:5; 54:12*
2001 [3]
　*27:17, 21, 24*
2003 [6]
　*2:8; 32:4; 94:4, 11; 95:10, 22*
203-755-8790 [1]
　*5:5*
213 [1]
　*4:24*
235 [1]
　*4:3*
24 [4]
　*2:8; 90:24; 94:4; 95:10*
2a [7]
　*51:7, 10, 15; 52:5, 8, 18; 96:6*

**– 3 –**

3 [13]
　*3:16; 49:8; 50:14, 21, 25; 51:19; 52:8, 21; 56:19; 88:2; 90:13; 96:3*
35 [1]
　*96:4*
35-millimeter [1]
　*43:9*
3:02cv-1916j [1]
　*94:15*

**– 4 –**

4 [4]
　*35:14; 42:12; 88:2; 96:4*
4c [1]
　*74:13*

**– 5 –**

51 [1]
　*96:6*

**– 6 –**

63 [2]
　*2:6; 95:9*

**– 7 –**

76 [1]
　*32:23*

**– 8 –**

8 [6]
　*17:3, 7; 18:4, 16; 19:13, 15*
8-19-65 [1]
　*11:1*
83 [1]
　*11:12*
85 [3]
　*12:10, 11; 13:25*
88 [3]
　*13:5, 7; 15:3*
89 [5]
　*13:6; 15:4; 22:20, 21*

**– 9 –**

90 [4]
　*16:1; 22:20, 21*
98 [1]
　*27:5*
99 [1]
　*23:3*

**– A –**

a-y-o-t-t-e [1]
　*37:9*
a.m. [2]
　*2:7; 95:10*
ability [1]
　*95:16*
able [2]
　*31:4; 69:9*
academy [7]
　*16:3, 7, 9, 11; 34:13, 14, 17*
accelerants [3]
　*76:22, 25; 77:3*
according [2]
　*17:19; 26:9*
accurate [1]
　*94:5*
acting [5]
　*18:8, 10, 18, 21; 91:12*
action [1]
　*2:3*
activities [1]
　*40:12*
addition [1]
　*36:25*
additional [2]
　*19:1; 21:1*
address [3]
　*4:2, 23; 10:12*
adjustors [1]
　*9:10*
afterwards [1]
　*22:6*
agree [2]
　*46:15, 16*
agreed [3]
　*2:10, 16, 19*
ain't [1]
　*86:2*
airport [1]
　*16:11*
allegedly [4]
　*60:8, 12, 15; 61:5*
alongside [3]
　*69:5; 71:1; 79:17*
amazed [2]
　*84:20, 23*
america [1]
　*94:16*
amount [2]
　*54:6; 84:25*
angelo [1]
　*3:24*
angle [1]
　*42:20*
answer [7]
　*7:7, 8; 8:13; 26:18, 21; 38:2; 61:23*
answered [1]
　*25:18*
anybody [8]
　*26:23; 43:15; 44:16; 45:6, 13; 46:18, 24; 59:11*
anytime [1]
　*28:6*
anyways [1]
　*69:4*
anywhere [1]
　*13:14*
apart [1]
　*88:24*
appear [1]
　*70:7*
appears [1]
　*95:16*
appliance [1]
　*85:15*
appliances [4]
　*61:19; 62:13; 80:6; 81:16*
applied [1]
　*22:22*
apprentice-type [1]
　*61:14*
approximately [6]
　*12:11; 30:21; 32:7, 9, 14, 18*
approximation [1]
　*32:23*
arcing [2]
　*65:12; 66:2*
area [33]
　*5:8; 21:15, 16; 61:8; 69:4, 15; 73:3, 24; 74:1; 76:14, 15, 19; 77:6, 9; 78:18; 79:21; 82:4, 9, 12, 16, 23; 83:16, 19; 84:8; 85:13, 16, 20, 22; 90:14, 15, 17, 18*
areas [7]
　*19:7; 21:14, 18, 21; 22:9; 24:16; 41:13*
aren't [1]
　*44:13*
ariola [7]
　*2:2; 3:1, 22; 94:2, 9, 18; 95:7*
arrangements [1]
　*5:14*
arrived [7]
　*38:16, 17; 39:6, 10; 40:16, 18; 49:21*
arriving [7]
　*29:19; 40:6; 50:7, 9, 10, 19; 58:15*
arson [2]
　*10:21; 28:6*
arts [1]
　*12:23*
ascii [1]
　*93:12*
aside [2]
　*6:10; 62:12*
asking [5]
　*11:13; 39:12; 48:10; 57:13; 93:5*
asks [1]
　*8:19*
assigned [8]
　*17:1, 7, 8; 18:4; 28:14; 33:12; 36:17; 92:19*

**assignment** [1]
20:6
**assisting** [1]
29:16
**associate's** [1]
15:6
**assume** [2]
82:17; 90:22
**assumed** [1]
6:4
**assuming** [2]
89:22; 90:5
**attached** [1]
94:7
**attacked** [1]
69:7
**attorneys** [1]
9:10
**authority** [1]
2:14
**available** [1]
25:4
**avenue** [1]
4:24
**aware** [5]
5:20; 6:1, 2, 12; 9:12
**awful** [1]
86:5
**ayotte** [1]
37:7

**— B —**

**background** [2]
5:19; 11:14
**bare** [3]
77:23; 78:1; 81:13
**base** [2]
70:24; 72:18
**based** [1]
88:16
**basic** [5]
16:17, 19; 25:20; 51:10; 96:6
**beat** [1]
70:3
**behalf** [2]
2:2; 5:22
**behind** [2]
65:4, 10
**believe** [35]
11:25; 15:4; 45:17; 46:3;
47:1, 2, 18; 52:9, 12; 54:22;
55:20; 60:13; 61:12; 65:1, 10;
68:2; 71:20; 74:18; 78:3, 4, 6;
80:23; 82:22; 84:7, 10; 85:15,
18, 19, 22; 86:7; 87:10, 13;
88:17, 25; 91:25
**besides** [6]
9:6; 46:24; 57:6; 58:10; 68:6;
87:7
**birth** [1]
10:25
**bit** [4]
40:24; 62:18; 63:10; 72:16
**blanket** [1]
39:8
**blanks** [1]
56:22
**block** [1]
90:14
**breakers** [5]

65:16; 66:1, 3, 5; 67:1
**bridgeport** [2]
33:25; 34:2
**bristol** [2]
95:2, 21
**broad** [2]
62:17, 22
**broken** [3]
68:7, 9; 69:24
**build** [1]
63:12
**building** [15]
26:24; 41:12; 44:5; 59:7;
64:19; 71:13, 16, 22; 72:1,
11, 12, 20; 73:9; 88:10, 13
**buildings** [2]
24:4; 25:24
**built** [1]
63:9
**bureau** [2]
19:16, 18
**burn** [11]
73:13; 76:13, 15, 19, 24;
77:2, 7, 9, 14; 82:20; 84:21
**burned** [20]
41:3, 6; 44:11, 15, 18; 48:19;
59:10, 19; 60:4, 22, 23, 25;
73:3; 77:21; 81:10; 85:24;
86:2; 87:7; 89:2, 10
**burning** [2]
39:14; 86:13
**busy** [1]
37:21

**— C —**

**c-h-e-s-n-u-t-i-s** [1]
37:19
**cabinet** [10]
63:15; 64:1, 7, 13, 23; 67:17,
20, 23; 69:22; 70:12
**call** [8]
5:6; 6:11; 17:11, 19; 23:24;
38:3, 12; 58:3
**calls** [2]
17:23; 21:22
**camera** [1]
78:13
**card** [1]
5:11
**career** [1]
60:14
**case** [21]
4:13, 20; 5:22; 6:14; 8:4;
10:5; 43:6; 53:4, 5, 20; 54:10;
55:2, 4, 12, 19; 57:6, 9; 74:5;
91:16
**case's** [1]
92:12
**caused** [17]
60:8, 12; 61:5; 66:8; 69:13,
19; 70:2, 5, 9; 71:21; 73:4;
79:6; 88:18, 24; 89:9, 16;
90:10
**ceiling** [2]
71:12; 83:24
**ceilings** [2]
39:22; 77:20
**certificate** [1]
94:1
**certification** [2]

21:11, 12
**certified** [7]
4:10; 21:5, 17, 19, 20; 24:6
**certify** [3]
95:6, 11, 17
**chance** [1]
54:8
**changes** [1]
94:6
**char** [4]
73:13; 83:16, 19, 24
**charge** [2]
18:13; 30:8
**charred** [2]
77:20; 86:3
**check** [4]
39:18; 59:11; 68:16; 81:11
**checked** [3]
45:22; 81:15
**checking** [1]
39:23
**chesnutis** [3]
37:13, 16, 17
**chief** [5]
49:13, 15; 50:20; 51:16;
52:18
**circuit** [6]
64:10; 65:1, 4, 16; 66:24;
67:4
**circumstances** [4]
7:24; 8:2; 63:17, 18
**city** [6]
12:6; 19:22; 20:1; 21:24;
23:24; 24:2
**civil** [3]
17:19, 23; 31:9
**claro** [6]
38:15; 43:21; 46:25; 49:22;
56:9; 94:17
**classes** [1]
13:5
**cleaned** [3]
77:18; 81:13; 84:17
**clearer** [1]
42:13
**closer** [1]
83:15
**code** [23]
21:16; 22:12; 23:11; 24:10,
23, 24; 25:8, 14, 16, 23, 25;
26:9, 15, 17; 27:1, 6; 28:2,
10; 30:9, 13, 18, 19; 33:14
**coded** [1]
90:23
**college** [9]
11:20, 23; 12:8, 13, 14;
13:14; 14:1, 15, 17
**combined** [1]
12:18
**coming** [8]
6:2; 9:16; 44:20; 45:23;
48:14; 79:18; 80:20; 81:21
**commander** [6]
38:9, 10; 49:17; 50:6; 54:6;
57:21
**commencing** [2]
2:7; 95:10
**commission** [2]
94:14; 95:25
**community** [5]
12:14; 13:14; 14:1, 15, 17

**companies** [1]
50:7
**company** [15]
5:21; 6:13, 22; 9:11; 10:13;
17:1, 2; 18:13; 29:16, 19;
38:7; 50:9, 10, 19; 94:16
**complaint** [1]
27:2
**complaints** [3]
25:19; 26:19, 21
**compliance** [19]
22:12; 23:11; 24:10, 25; 25:9,
14, 16, 24; 26:4, 6, 7, 18;
27:6; 28:2, 10; 30:13, 19
**components** [3]
63:25; 64:6, 13
**computer** [1]
56:21
**computers** [1]
56:24
**concluded** [1]
93:19
**conclusion** [3]
70:24; 72:18; 88:15
**condensed** [2]
93:12, 14
**conditions** [1]
26:25
**confused** [2]
72:15, 16
**confusing** [4]
72:15; 81:9; 84:18, 20
**congratulations** [1]
4:12
**connecticut** [16]
2:5, 7; 3:3; 5:12; 14:14, 15,
17, 19, 25; 15:9; 16:8; 33:24;
95:1, 5, 9, 21
**connection** [1]
2:12
**considered** [1]
36:22
**considers** [1]
21:24
**constitutes** [1]
24:8
**construction** [1]
61:9
**contents** [1]
86:1
**continual** [1]
19:2
**continually** [1]
21:4
**continuing** [1]
7:6
**conversation** [1]
48:11
**conversations** [5]
9:9; 45:6, 15; 58:6, 9
**cooking** [2]
90:15, 18
**copies** [4]
35:14; 42:19; 43:1; 96:4
**copy** [3]
6:17; 44:2; 52:13
**cord** [3]
68:4, 11; 69:7
**corner** [4]
65:23; 87:17, 19; 88:13
**corporation** [1]

**94:17**
**counsel** [3]
  2:11; 95:14, 18
**counting** [3]
  36:14, 18
**county** [1]
  95:3
**couple** [6]
  11:20; 13:23, 25; 53:24; 54:18; 86:18
**course** [7]
  15:3; 16:14, 20, 25; 34:21, 24; 63:11
**courses** [5]
  15:5; 21:7, 9; 61:11; 64:18
**court** [1]
  7:18
**courtyard** [2]
  2:6; 95:8
**cover** [1]
  71:8
**covered** [1]
  16:16
**crew** [1]
  58:16
**criminal** [1]
  8:4
**curious** [1]
  24:7
**current** [1]
  4:4
**currently** [1]
  33:23
**cut** [2]
  7:10, 11

**— D —**

**damage** [35]
  65:3; 67:3, 4; 68:6; 69:10, 12; 70:1, 8; 71:3, 5; 73:1, 4, 11, 17, 18; 74:2, 7; 79:1, 18; 82:17, 21; 83:7, 10, 15, 16; 86:11; 87:16; 88:5, 7, 8, 11, 12; 89:11
**damaged** [2]
  41:13; 68:5
**date** [9]
  4:16; 10:25; 15:24; 27:9, 15, 22, 23; 29:25; 30:2
**dated** [2]
  51:16; 95:21
**dates** [1]
  31:1
**day** [11]
  25:4, 21; 36:6; 37:22; 53:12; 56:3, 5; 64:21; 94:11; 95:22
**days** [2]
  53:25; 54:18
**dc** [2]
  49:14, 18
**deal** [1]
  54:23
**debris** [2]
  41:25; 84:18
**december** [1]
  54:12
**decided** [1]
  57:1
**decides** [1]
  37:20

**decision** [1]
  37:25
**deeper** [1]
  85:6
**defendant** [1]
  2:2
**defendant's** [5]
  3:7, 11, 16; 35:14; 51:10
**definitely** [1]
  55:6
**degree** [2]
  14:6; 15:6
**department** [21]
  3:2; 4:1, 5; 11:25; 12:1, 2, 4; 13:24; 14:7, 23; 15:17, 19, 25; 22:24; 29:11; 31:10; 40:13; 41:4; 50:14; 51:20; 54:3
**departments** [1]
  29:23
**depending** [5]
  23:17; 25:3; 37:23; 70:15; 76:21
**depends** [3]
  36:16, 21; 37:21
**depict** [2]
  79:1, 15
**depicted** [2]
  66:23; 76:2
**depicts** [1]
  80:2
**deponent** [1]
  94:1
**deposed** [3]
  3:4; 7:15, 16
**deposition** [12]
  2:1, 13, 20, 24; 5:14, 18; 7:13; 9:17, 20, 25; 94:4; 95:6
**deputy** [19]
  2:1; 3:1; 21:22; 22:2, 8; 28:19, 20, 23; 30:3, 8; 49:13, 15; 50:20; 51:16; 52:18; 94:2, 9, 18; 95:6
**describe** [1]
  81:6
**described** [1]
  87:13
**description** [1]
  88:4
**design** [1]
  63:12
**designated** [3]
  5:21; 6:3, 13
**detail** [1]
  87:12
**detective** [1]
  92:19
**detector** [1]
  56:18
**detectors** [1]
  56:8
**determination** [4]
  69:14, 16; 70:19; 81:22
**determinations** [1]
  91:13
**determine** [10]
  35:25; 69:9, 13, 17; 70:13; 73:9; 74:2; 77:13; 91:6; 92:8
**determined** [2]
  74:6; 92:21
**die** [1]

  13:15
**die-cutting** [3]
  13:16; 14:8, 11
**difference** [1]
  52:7
**difficult** [1]
  68:18
**diploma** [4]
  13:4, 9; 15:8
**direct** [1]
  3:19
**direction** [1]
  76:25
**discuss** [3]
  55:14, 24; 56:6
**discussed** [2]
  53:22; 56:2
**discussing** [2]
  55:3, 11
**discussion** [4]
  23:6; 35:11, 21; 52:1
**dispatched** [2]
  38:4; 50:12
**disturb** [1]
  81:17
**divided** [1]
  24:15
**division** [20]
  24:22, 23, 25; 25:14, 17; 26:18; 27:8; 28:7, 10, 15; 30:9, 10; 31:15, 19, 24; 32:3; 33:6, 14, 16, 18
**divisions** [1]
  24:18
**document** [3]
  45:1; 51:15; 91:23
**documented** [1]
  31:7
**doesn't** [5]
  45:7; 54:5; 58:25; 76:10; 92:8
**door** [10]
  48:2; 59:2; 74:20, 24; 75:11; 80:5, 13, 25; 86:22; 87:1
**doorway** [14]
  48:21; 58:24; 59:9, 16, 22; 75:2, 5, 20, 23; 79:5, 23; 80:7, 21; 81:2
**draft** [1]
  53:10
**duly** [2]
  2:4; 3:4
**duties** [2]
  24:1; 25:13
**duty** [2]
  18:23

**— E —**

**ed** [3]
  15:13; 34:5; 92:12
**education** [1]
  34:6
**edward** [9]
  53:3, 5, 20; 54:10; 55:2, 4, 12; 57:6; 91:16
**eight** [12]
  13:10; 18:5, 6, 16, 25; 19:4, 9; 22:18, 19; 23:1; 35:15; 96:5
**electric** [2]
  62:13, 14

**electrical** [9]
  61:17, 19; 62:10; 64:9; 65:3, 13; 69:15; 70:16; 81:15
**electrical-wise** [1]
  69:13
**electrician** [1]
  61:13
**electricity** [4]
  62:4, 5, 6; 66:6
**elementary** [3]
  4:11; 15:13; 34:5
**employed** [2]
  3:25; 19:25
**end** [3]
  32:19, 25; 33:1
**energized** [1]
  68:3
**engine** [14]
  10:13; 17:1, 2, 3, 7; 18:4, 13, 16; 19:13, 15; 29:19; 38:6; 50:19; 91:14
**engineering** [1]
  61:11
**entities** [1]
  57:6
**entitled** [1]
  2:3
**entrance** [1]
  88:6
**envelope** [1]
  27:21
**equipment** [1]
  91:2
**errata** [1]
  94:7
**essentially** [1]
  8:19
**event** [1]
  95:19
**evidence** [7]
  45:10; 70:10; 71:20; 72:17; 73:16; 77:3; 88:16
**exact** [3]
  31:1; 34:20; 54:23
**exactly** [12]
  34:15; 45:8; 46:13; 58:18; 70:14; 71:19; 75:9; 76:10; 82:18; 84:13; 88:24; 92:11
**exam** [1]
  22:7
**examination** [1]
  3:19
**examined** [1]
  95:13
**except** [1]
  44:17
**exhibit** [20]
  3:7, 11, 16; 6:17; 8:10; 35:14; 42:12; 43:25; 50:14, 21, 25; 51:1, 10, 11, 19; 52:5; 56:19; 90:13; 96:7
**exhibits** [1]
  96:8
**exist** [1]
  10:18
**expert** [7]
  5:21; 6:5, 13; 11:15, 16; 69:15; 89:5
**expires** [2]
  94:14; 95:25
**explain** [2]

62:19; 73:7
**extend** [1]
 59:6
**extended** [1]
 70:14
**extension** [6]
 39:19, 23; 59:4; 79:6; 80:20;
 88:11
**extensive** [4]
 61:16; 71:3; 74:7; 89:11
**extent** [2]
 60:4; 69:16
**exterior** [1]
 88:4
**external** [2]
 67:3; 69:8
**extinguished** [1]
 39:18

— F —

**face** [1]
 74:17
**facing** [3]
 75:12, 17; 80:12
**fair** [1]
 25:23
**fairfield** [2]
 16:6, 7
**familiarity** [1]
 26:14
**faxed** [1]
 49:8
**february** [1]
 16:1
**feel** [1]
 68:16
**feeling** [2]
 32:24; 58:14
**fell** [1]
 32:18
**felt** [1]
 26:25
**female** [10]
 47:14, 17, 19; 48:11, 24;
 49:23; 57:16; 58:11; 87:9, 10
**field** [1]
 69:15
**fifteen** [1]
 68:18
**figure** [3]
 24:13; 41:14; 88:24
**figured** [2]
 52:4; 81:17
**filed** [1]
 57:11
**fill** [3]
 24:19; 25:5; 56:21
**filled** [6]
 18:11; 28:11; 49:12, 19;
 91:24; 92:10
**filling** [2]
 25:11; 91:12
**find** [11]
 5:11; 24:11; 25:22; 31:4;
 35:7; 39:13; 40:3; 46:18;
 68:10; 76:11; 93:16
**fine** [3]
 40:1; 45:3; 47:4
**finish** [10]
 4:9; 7:4; 20:15; 21:25; 23:15;

25:7; 39:4; 46:8, 22; 86:20
**finished** [7]
 9:13, 23; 13:2, 5; 15:5; 23:21;
 24:21
**finishing** [1]
 15:3
**fire** [265]
 2:1; 3:1, 2, 12; 4:1, 5; 7:22;
 8:20; 9:3, 5, 13, 15, 23; 10:2,
 21; 14:22; 15:17, 19, 24;
 16:6, 9, 11, 17; 19:10, 16, 18,
 22; 20:1, 4, 8, 16, 25; 21:6, 7,
 14, 21, 22; 22:2, 9, 13, 24;
 23:10; 24:5, 9, 12, 16; 25:2,
 9, 25; 26:14; 27:4, 8, 9, 12,
 13, 19, 22; 28:3, 4, 5, 11, 14,
 15, 19, 21, 23, 25; 29:1, 3, 5,
 7, 8, 10, 12, 16, 17, 23, 24;
 30:3, 6, 8, 10, 11, 16, 22;
 31:18, 23; 32:2, 3, 8, 12;
 33:4, 9; 34:11, 14, 15, 22;
 35:3, 4, 24; 36:1, 2, 3, 4, 10;
 38:1, 6, 7, 11, 12, 13, 14, 16;
 39:2, 15, 20, 21, 25; 40:7, 9,
 11, 12, 19, 21, 23; 41:1, 4, 9,
 10, 11, 13, 18; 43:12; 45:8;
 47:11, 12; 48:1, 3, 5, 7, 9, 12,
 14; 49:9, 10; 50:14; 51:19;
 52:25; 53:7, 8, 25; 54:2, 11,
 24; 55:1, 3, 11; 56:2, 3, 25;
 57:4, 5, 7, 15; 58:25; 59:3, 6,
 18; 60:7, 11; 62:7; 64:21;
 66:15, 16; 67:5; 68:21; 69:3,
 8, 18, 19; 70:11, 21, 25; 71:1,
 3, 5, 6, 9, 12, 16, 21, 23;
 72:1, 4, 8, 9, 10, 11, 12, 13,
 18, 20, 21, 23, 24; 73:2, 5, 6,
 8, 11, 14, 17, 20, 22; 74:1, 2,
 11; 76:18, 20, 23; 77:6, 14;
 79:1, 2, 4, 6, 18; 81:5, 7, 9,
 23; 85:9, 18, 20, 25; 86:6, 7,
 10, 14; 87:13, 14, 16, 24;
 88:5, 7, 8, 11, 17; 89:5, 13,
 16; 90:10, 15; 91:7, 14, 17;
 92:16; 93:2; 94:2, 9, 18; 95:6
**firefighter** [10]
 16:18, 19; 17:13, 14, 17;
 18:6, 15, 17, 22; 60:14
**firefighter's** [1]
 71:4
**firefighters** [10]
 17:20; 49:16; 50:2, 7; 58:7,
 13; 60:1; 86:12, 19, 21
**firehouse** [1]
 92:1
**firemen's** [1]
 34:15
**fires** [16]
 30:12; 31:12, 17; 32:14, 17;
 37:20; 41:4; 55:8, 15, 25;
 56:6; 60:8, 12, 15; 61:5; 85:2
**first** [30]
 7:20; 9:22; 16:22; 17:10;
 22:17, 19, 21; 29:12, 19;
 30:9; 32:15; 33:15; 35:3;
 49:24; 50:4, 5, 7, 9, 10, 19;
 58:15; 59:10, 25; 65:14;
 72:10; 84:19; 86:12; 92:14;
 95:12
**fisher** [1]
 92:18

**five** [2]
 18:9; 55:25
**fixing** [1]
 64:19
**floor** [11]
 77:18, 19, 24; 78:2, 3, 6, 22,
 23; 81:14; 88:6
**floors** [1]
 71:11
**follow** [1]
 56:4
**followed** [2]
 56:25; 57:1
**following** [1]
 53:13
**foregoing** [1]
 94:3
**forget** [1]
 20:20
**form** [4]
 2:17; 56:20; 92:6, 7
**formalities** [1]
 2:12
**format** [1]
 56:25
**found** [2]
 6:25; 80:18
**four** [5]
 17:18, 22; 18:9; 36:13, 17
**fourteen** [1]
 20:2
**frame** [2]
 23:9; 24:2
**free** [1]
 68:16
**freezer** [2]
 85:21; 88:19
**fresh** [1]
 53:14
**front** [4]
 49:17; 75:12; 79:7; 80:12
**full** [5]
 3:21; 12:20; 14:13, 24; 93:11
**fully** [1]
 36:22

— G —

**gary** [5]
 49:18; 57:23; 90:22; 92:11
**gave** [1]
 51:2
**generates** [1]
 64:11
**gets** [1]
 54:8
**gist** [1]
 47:7
**give** [2]
 5:10; 7:2
**given** [1]
 94:4
**goes** [3]
 33:18; 37:20; 62:4
**graduate** [3]
 12:24; 13:1; 15:14
**graduating** [1]
 15:2
**grand** [3]
 2:6; 4:3; 95:9
**grant** [1]

43:1
**gray** [2]
 49:18; 57:23
**gray's** [2]
 90:22; 92:11
**great** [1]
 43:1
**grow** [1]
 10:23
**guess** [4]
 4:14; 61:22; 79:24; 84:11
**guessing** [2]
 46:10, 11
**guy** [7]
 41:6, 23; 44:10, 15, 17;
 59:10; 87:7
**guys** [4]
 39:21; 58:15; 80:23; 91:8

— H —

**half** [2]
 15:16, 23
**hand** [6]
 26:2, 3, 5; 51:3; 53:16; 90:13
**handed** [1]
 52:10
**hands** [1]
 48:19
**handwritten** [3]
 49:9; 51:15; 92:15
**happens** [1]
 7:13
**hard** [6]
 42:19; 63:1; 78:19; 81:20;
 84:10, 12
**hartford** [1]
 95:3
**haven** [1]
 4:24
**haven't** [1]
 93:2
**hazardous** [12]
 21:15; 22:10; 23:11; 24:5, 10;
 25:2, 5, 10; 33:6, 13, 16, 17
**he's** [2]
 91:16; 92:19
**head** [2]
 8:14; 53:15
**headed** [1]
 83:7
**hear** [1]
 38:5
**heard** [2]
 9:14, 22
**heat** [4]
 64:11; 79:20; 86:6; 92:6
**heavier** [1]
 83:16
**heaviest** [5]
 73:12, 13; 74:2; 83:24
**held** [2]
 2:6; 96:8
**help** [4]
 37:23; 42:15; 50:13; 80:16
**helpful** [1]
 8:15
**helping** [1]
 81:3
**here's** [2]
 78:4, 12

**hereby** [3]
  2:10, 24; 95:6
**hereinbefore** [1]
  2:3
**hereto** [1]
  95:18
**high** [6]
  11:5, 7, 9, 11, 18, 22
**hired** [3]
  14:22; 15:15, 17
**holding** [1]
  78:13
**home** [13]
  4:23; 11:24; 38:15; 44:17; 45:16, 21; 46:2, 24; 49:23; 56:9; 57:17, 18; 87:14
**homeowner** [2]
  43:18, 20
**house** [19]
  38:20, 23; 39:19; 40:8; 41:7; 42:5; 43:13, 23; 63:19; 65:16; 66:24; 73:1, 2; 78:8, 18; 79:16; 85:25; 87:9, 21
**hundred** [4]
  31:17; 32:13, 17; 33:1
**hunting** [1]
  39:21
**hurt** [1]
  59:11

— I —

**i'd** [2]
  31:1; 46:21
**i've** [16]
  20:11; 31:16; 33:17; 34:9; 42:12; 63:19, 24; 85:2, 23; 86:4, 17; 88:3; 91:11; 92:1, 24
**idea** [2]
  30:14; 50:5
**ideas** [1]
  61:24
**identification** [5]
  3:6, 10, 15; 35:13; 51:9
**identified** [2]
  11:15; 65:7
**identify** [7]
  43:24; 44:1; 63:25; 64:5; 65:14; 78:14; 84:2
**ignition** [4]
  62:7, 14; 85:11; 92:6
**important** [1]
  44:13
**incident** [21]
  3:17; 10:12; 24:5; 27:19; 38:8, 10; 39:6; 49:17; 50:6, 15; 51:11, 20; 52:17, 19; 54:3, 6, 11; 92:2, 4; 96:3, 6
**increase** [5]
  20:7, 9, 10, 17, 23
**indicate** [1]
  79:1
**indicates** [1]
  49:4
**indicating** [8]
  51:5; 53:2; 65:22; 66:15; 68:12; 78:6, 13; 79:17
**indicative** [1]
  77:10
**individual** [1]

  44:14
**information** [2]
  5:19; 61:5
**initial** [1]
  5:20
**injured** [1]
  41:23
**inside** [25]
  41:2; 47:12; 59:19; 60:3, 18, 19, 23, 24; 63:14; 65:4, 12; 71:2, 3; 73:19; 78:7, 22; 81:10; 84:21; 85:23; 86:1, 6; 88:11; 89:6, 7, 11
**insides** [1]
  89:1
**inspected** [2]
  25:18, 24
**inspecting** [1]
  24:4
**inspector** [14]
  21:24, 25; 22:8; 24:1, 8; 28:22; 29:17, 24; 37:6, 8, 12; 77:6
**inspectors** [1]
  23:25
**instructions** [1]
  7:2
**insurance** [5]
  5:21; 6:12, 22; 9:10; 94:16
**interested** [1]
  95:19
**interior** [1]
  86:16
**interviews** [1]
  88:17
**investigate** [3]
  39:21; 41:8; 47:10
**investigated** [11]
  6:24; 30:13; 31:12, 17; 32:13, 18; 38:13; 41:5, 10; 60:8, 11
**investigating** [9]
  24:4; 40:2, 19, 21, 22; 41:1; 57:15; 59:18; 85:3
**investigation** [39]
  3:13; 7:22; 10:2; 19:10; 21:7, 15; 22:10, 14; 23:10; 24:12; 25:10; 27:8, 10, 13; 28:3, 4; 29:1, 13, 21; 30:6, 12, 16, 22; 31:18, 24; 32:3, 13; 33:5, 10; 35:3, 24; 36:10; 44:10; 54:25; 55:1; 57:5; 60:7; 71:22; 87:25
**investigations** [8]
  24:9; 25:2; 28:11; 29:5, 9; 34:11, 23; 72:24
**investigator** [3]
  23:23; 38:12; 55:10
**involved** [2]
  73:14; 91:13

— J —

**j.f.** [1]
  11:10
**jammed** [1]
  75:6
**jfk** [2]
  11:18, 22
**job** [10]
  19:2; 24:8; 26:17; 28:8; 29:10; 39:20; 84:25; 85:2; 93:5

— K —

**karen** [3]
  2:4; 95:4, 24
**keep** [1]
  92:5
**kennedy** [1]
  11:10
**kept** [1]
  10:22
**kid** [1]
  8:6
**kinds** [1]
  13:19
**kitchen** [29]
  41:21, 22; 45:23; 47:10, 24; 48:20; 60:22; 66:1, 3, 7; 71:17, 23; 72:14; 73:12, 21, 22, 24, 25; 74:3, 8; 77:21; 79:19; 80:6, 9; 83:14, 15; 85:14; 90:15, 18
**klv** [1]
  94:19
**knowing** [1]
  63:12
**knowledge** [4]
  29:20; 55:17; 89:24; 94:5

— L —

**lack** [1]
  56:24
**landlord** [1]
  26:24
**last** [1]
  67:11
**lead** [5]
  73:5; 76:12, 16; 77:1; 82:22
**leads** [1]
  71:20
**leave** [4]
  4:4; 5:8, 11, 12
**left-hand** [1]
  76:5
**let's** [5]
  51:23; 68:18; 78:10, 14; 85:13
**letter** [1]
  26:11
**levels** [1]
  18:1
**liberal** [1]
  12:23
**lieutenant** [1]
  18:11
**life** [1]
  89:20
**line** [2]
  20:18, 22
**list** [2]
  8:18; 15:23
**lived** [2]
  46:1, 24
**living** [7]
  11:22; 26:24; 43:23; 45:22; 47:9, 20; 88:9
**local** [1]
  49:9
**location** [2]
  72:3, 5
**lock** [1]
  46:20

**loftus** [3]
  4:17; 93:9, 13
**longest** [1]
  73:3
**looks** [11]
  44:3; 49:7; 55:8; 64:22; 67:2, 8, 14; 80:6, 8, 10, 14
**lot** [15]
  13:4; 41:20, 21, 24; 50:3; 69:10, 12; 77:16; 78:4; 81:8, 14; 83:21; 84:17; 86:5
**loud** [1]
  8:13
**lower** [1]
  28:23
**lowest** [6]
  76:13, 15, 19; 77:7, 9, 13
**lsr** [1]
  95:4

— M —

**machinery** [10]
  63:14; 64:1, 6, 13, 23; 67:17, 20, 23; 69:22; 70:11
**major** [2]
  12:22; 15:12
**malfunction** [6]
  62:8; 88:18, 20; 89:22; 90:5, 6
**malfunctioned** [1]
  88:23
**man** [1]
  17:11
**maria** [1]
  94:17
**mark** [1]
  51:7
**marked** [11]
  3:6, 10, 15; 6:17; 35:13; 42:12; 43:25; 51:9, 15; 56:19; 92:24
**marriott** [2]
  2:6; 95:9
**marshal** [28]
  2:1; 3:1; 19:22; 21:21; 22:3, 8; 28:19, 21, 23; 30:3, 8; 36:16; 49:10; 50:18; 52:14, 25; 53:6, 7, 17; 55:7, 23; 56:7; 91:17; 92:16; 94:2, 9, 18; 95:7
**marshal's** [20]
  3:12; 19:17; 20:1, 5, 8, 17, 25; 21:6; 24:16; 27:4; 28:25; 29:3, 8; 36:1, 3, 21; 57:1, 4, 7; 91:7
**marshals** [2]
  21:22; 34:14
**maryland** [3]
  34:9, 10, 12
**master's** [2]
  4:10; 34:4
**material** [3]
  21:15; 24:5, 10
**materials** [8]
  22:10; 23:11; 25:2, 10; 33:6, 13, 16, 18
**mattatuck** [6]
  12:14, 19; 13:13; 15:3, 6, 9
**matter** [2]
  5:20; 18:2

**maytag** [2]
6:23; 94:17
**mean** [23]
7:1; 18:10; 19:7; 24:11; 26:22; 38:19, 23; 43:5; 48:15; 60:20; 61:24; 62:17; 63:4, 19; 66:4; 69:11; 71:25; 76:10; 87:19; 88:20, 22; 93:4
**meaning** [2]
59:25; 78:22
**means** [3]
18:21; 24:11; 88:8
**meant** [2]
77:17; 90:21
**mechanical** [1]
63:23
**meet** [2]
55:16, 21
**melted** [2]
68:5
**melting** [1]
69:2
**member** [1]
91:15
**members** [1]
40:12
**memory** [4]
40:22; 41:16; 45:14; 46:23
**mentioned** [15]
33:22; 42:3; 49:2; 52:25; 55:21; 57:15, 20; 63:5; 68:11, 23; 77:16; 83:13; 84:17; 86:18; 87:16
**mentions** [2]
43:17
**mid-management** [1]
28:24
**middle** [1]
3:23
**mind** [1]
5:24
**mine** [1]
91:24
**minute** [1]
44:23
**mistaken** [2]
46:14, 15
**moment** [1]
40:1
**monday** [1]
53:13
**month** [6]
19:6; 21:4; 52:14, 21; 54:2, 5
**months** [4]
17:25; 22:19; 23:18; 27:5
**morning** [3]
55:16, 21, 23
**mostly** [1]
13:20
**motor** [3]
64:8; 70:15; 88:22
**motors** [6]
61:25; 62:3; 63:5, 6, 8; 64:19
**move** [4]
20:13, 16; 29:24; 75:22
**moved** [1]
80:24
**moving** [2]
81:3, 4
**mr** [5]
4:17; 43:21; 57:9; 93:9, 13

**ms** [14]
3:19; 4:15, 19; 23:8; 35:9, 17, 23; 45:4; 51:13; 52:3; 93:7, 10, 15; 96:8
**multiple** [2]
72:9; 76:11
**myself** [1]
56:23

— N —

**nail** [3]
43:14; 72:17, 22
**name** [5]
3:21, 23; 12:16, 19; 92:12
**names** [2]
44:9, 13
**narrow** [3]
41:25; 63:2; 71:19
**narrowed** [1]
82:24
**narrowing** [1]
42:1
**national** [4]
34:13, 14, 16, 17
**nature** [1]
5:16
**needs** [1]
62:5
**negatives** [2]
68:17; 92:23
**nfirs** [4]
10:14; 54:19, 24; 90:23
**night** [1]
55:24
**noberto** [10]
46:25; 47:14, 19; 48:11, 23; 49:22; 57:16; 58:10; 87:9; 94:17
**nodding** [1]
8:14
**nope** [1]
81:25
**normally** [2]
59:1; 82:7
**notary** [6]
2:5, 23; 93:16; 94:13; 95:5, 24
**note** [2]
56:10, 12
**noted** [2]
82:19; 94:7
**notes** [6]
10:3, 5, 8, 10, 18; 42:7
**notes-wise** [1]
10:10
**notice** [3]
2:4, 14; 95:8
**november** [9]
2:8; 27:12, 16; 28:1; 30:25; 31:12; 36:4; 94:4; 95:10
**nozzle** [1]
17:11
**number** [4]
5:4; 10:12; 32:17; 90:23

— O —

**o'clock** [1]
55:25
**objections** [1]
2:17

**observe** [1]
67:22
**observed** [3]
67:24; 68:1; 69:6
**occupancies** [1]
25:18
**occupancy** [1]
71:13
**occurred** [4]
27:14; 29:13; 62:8; 79:2
**occurring** [1]
62:7
**off-the-record** [4]
23:6; 35:11, 21; 52:1
**office** [31]
6:11; 9:16; 19:11, 17; 20:1, 5, 8, 17, 21, 23; 21:1, 6; 22:18, 22; 24:16; 25:4; 27:5; 29:1, 4, 8; 31:2; 36:1, 4; 52:10, 15; 56:7; 57:1, 7; 91:7; 92:14, 20
**officer** [14]
2:14; 18:8, 10, 12, 18, 21, 22, 23; 20:19; 29:18; 58:15; 91:13; 92:10
**offices** [1]
21:18
**oh** [6]
4:7; 8:4; 13:10; 22:17; 50:3, 17
**okay** [106]
4:4, 7; 5:8, 16; 6:16; 7:9, 23; 9:1, 9; 10:2; 11:18; 13:5, 13; 15:5; 16:19; 18:1; 19:22, 25; 20:7; 21:20; 23:1, 15; 24:21, 24; 26:12; 27:4; 28:1, 9, 16; 30:11; 31:4, 8, 18, 21; 33:4, 20; 34:19; 35:4; 37:4, 10, 20; 38:24; 39:24; 40:20; 42:7, 14; 44:16; 45:25; 47:17; 48:7, 17, 22; 51:22; 52:21; 53:10, 20; 54:14; 55:11; 56:14; 57:4, 20, 25; 58:19, 22; 59:21; 60:14; 62:12, 23; 64:5, 14, 16; 65:14, 25; 66:8; 67:6, 13; 68:10, 16, 23; 69:16; 70:3, 10; 71:15, 19; 72:22; 73:20; 74:5, 10, 16; 75:4; 77:9, 23; 78:17, 21; 79:18; 83:9, 18; 84:5; 87:24; 90:3, 13, 17; 91:1, 15, 21; 92:2
**old** [1]
63:20
**open** [3]
60:22; 67:14; 85:25
**opened** [5]
47:11; 48:2, 5, 13, 15
**operate** [1]
88:21
**operating** [1]
89:1
**opinion** [2]
89:4, 13
**order** [2]
68:9; 70:6
**orders** [1]
38:10
**origin** [22]
24:13; 41:14; 42:2; 43:14; 70:20; 72:13; 73:10, 22, 24; 76:11; 77:10; 82:23, 24; 83:1, 2; 85:9, 12, 14; 89:5; 90:15, 17

**original** [1]
75:24
**originally** [1]
94:6
**originals** [1]
43:2
**outlet** [5]
65:3, 10, 13; 66:12, 19
**outlets** [1]
66:2
**outside** [13]
41:12; 42:4, 5, 9; 59:4, 6; 72:25; 73:21; 78:7, 22; 88:12
**overlapped** [1]
14:4
**owner** [1]
86:12

— P —

**p.m.** [1]
93:19
**page** [6]
49:6, 8, 9, 18; 50:11; 51:7
**pages** [2]
35:15; 96:5
**panel** [2]
66:24; 67:4
**paper** [1]
10:16
**paperwork** [1]
13:3
**paragraph** [1]
88:15
**park** [7]
11:24; 12:1, 2, 3, 5; 13:24; 14:7
**part** [9]
5:18; 21:10; 26:17; 39:20; 44:9; 48:4; 68:2; 78:3, 5
**participating** [1]
29:20
**parties** [2]
2:11; 95:18
**parts** [4]
63:23, 24; 70:8, 16
**pass** [1]
23:13
**passed** [2]
16:19, 25
**patrick** [7]
2:2; 3:1, 22; 94:2, 9, 18; 95:7
**pattern** [2]
72:6; 74:12
**patterns** [27]
71:1, 9, 12, 16; 72:1, 4, 9, 10, 11, 12, 20, 23; 73:2, 8, 14, 17, 21; 74:1, 11; 76:1; 77:8; 82:21; 86:11; 87:13, 14
**pay** [4]
7:1; 17:19; 20:7, 24
**people** [17]
19:25; 24:15, 19; 25:3; 36:3, 17, 18, 19, 24, 25; 37:2, 4; 41:6; 45:21; 48:23; 57:6; 88:1
**perfect** [1]
75:10
**person** [4]
36:11, 20; 43:23; 58:3
**personnel** [2]

maytag to personnel                    NIZIANKIEWICZ & MILLER REPORTING

20:21, 22
**phone** [1]
  5:4
**photo** [6]
  64:22, 25; 67:3; 68:1, 10;
  78:12
**photograph** [23]
  65:6, 15, 17; 66:10, 21, 23;
  67:18; 69:21; 74:13; 76:2;
  78:15, 17; 79:11, 15; 80:2;
  82:12, 15; 83:3; 84:2, 3, 6, 9
**photographs** [15]
  35:15; 42:16, 17; 78:1, 25;
  79:22; 82:9, 25; 83:9, 13, 19;
  92:22, 24, 25; 96:4
**photos** [13]
  9:3; 42:12, 23, 24; 43:6, 7;
  64:2, 3; 69:4, 12; 74:19;
  86:15
**physical** [8]
  9:6; 45:9; 70:8; 71:5; 73:16,
  18; 86:14; 88:16
**pick** [1]
  90:25
**picture** [5]
  68:20, 22; 78:10; 84:11; 86:3
**pictures** [7]
  42:6; 68:14; 77:25; 82:3, 6;
  83:6; 84:12
**piece** [3]
  10:16; 68:2; 71:20
**pile** [1]
  54:7
**pin** [1]
  32:22
**pinpoint** [2]
  72:2, 4
**place** [1]
  2:13
**plan** [1]
  5:12
**plans** [2]
  4:4; 5:8
**please** [1]
  3:21
**plug** [1]
  68:25
**plugged** [2]
  65:5, 11
**plugging** [1]
  61:23
**plus** [1]
  23:3
**point** [16]
  18:14; 28:19; 40:11; 43:14;
  49:1; 59:14; 68:3; 77:10, 13;
  78:25; 82:23; 83:1, 2, 6;
  85:14; 87:8
**pointed** [1]
  90:1
**points** [2]
  76:11; 90:4
**polglase** [14]
  3:19; 4:15, 19; 23:8; 35:9, 17,
  23; 45:4; 51:13; 52:3; 93:7,
  10, 15; 96:8
**policy** [1]
  38:11
**porch** [6]
  78:23; 79:7; 87:20; 88:14
**position** [5]

17:12; 31:22; 80:3, 17; 91:12
**positioned** [1]
  75:5
**possibility** [3]
  76:9, 17, 18
**power** [1]
  62:14
**preliminaries** [1]
  7:3
**presence** [2]
  8:9; 38:9
**present** [1]
  57:18
**pretty** [4]
  29:22; 84:14; 87:24; 93:4
**prevention** [2]
  19:16, 18
**previously** [1]
  15:18
**primarily** [1]
  25:13
**primary** [1]
  30:18
**prints** [4]
  42:13, 14, 21, 22
**prior** [3]
  28:25; 30:11; 60:7
**probationary** [2]
  17:17, 24
**problem** [6]
  26:23; 67:5; 69:6, 14; 91:8, 9
**problems** [1]
  69:22
**procedure** [1]
  56:4
**promoted** [3]
  22:6, 7; 30:3
**promotion** [2]
  20:22; 28:22
**proof** [1]
  2:22
**properly** [1]
  89:1
**public** [8]
  2:5, 23; 11:2, 6; 93:16; 94:13;
  95:5, 24
**pull** [5]
  38:23; 64:23; 76:24; 78:1;
  87:21
**pulled** [6]
  38:20; 74:20, 23; 75:20, 22;
  77:20
**pulling** [4]
  39:22; 40:8; 59:3; 81:1
**pulls** [1]
  38:7
**purpose** [1]
  54:23
**pursuant** [2]
  2:3; 95:8
**pushed** [4]
  4:18; 74:24; 80:7, 8

— Q —

**qualifications** [2]
  2:23; 11:16
**qualified** [1]
  2:4
**question** [11]
  7:5; 20:15; 24:7; 25:7; 39:4;

46:8, 22; 61:22; 62:17, 21;
63:1
**questions** [5]
  11:14; 25:20; 58:13; 93:6, 8
**quick** [1]
  33:19
**quickly** [1]
  53:14

— R —

**radio** [1]
  38:5
**rafters** [2]
  83:22, 24
**raise** [1]
  18:3
**range** [4]
  32:17; 66:1, 3, 6
**rank** [5]
  18:14, 18; 20:10, 17; 28:23
**ranks** [1]
  20:18
**read** [4]
  44:23; 51:22; 93:13; 94:3
**reading** [1]
  2:20
**real** [1]
  29:12
**realize** [1]
  13:11
**rear** [2]
  87:22; 88:6
**reason** [5]
  11:13; 55:18, 20; 86:7, 9
**reasons** [1]
  54:22
**rec** [3]
  12:2, 3; 13:24
**recall** [82]
  8:6; 9:18; 10:5, 6, 7; 27:9, 22;
  28:1, 13; 29:25; 30:2, 15, 17,
  24; 31:11; 32:2, 16; 33:12;
  35:1; 37:4; 38:14, 15; 39:1, 5,
  25; 40:4, 6, 10, 15, 18; 41:8;
  43:16; 44:14; 45:11, 19; 47:4,
  6, 7, 13, 14; 48:4, 7, 12, 22,
  25; 49:21, 24; 50:1; 55:2, 11;
  56:8, 13, 17; 57:16, 17, 19;
  58:2, 5, 9, 12, 18, 22; 59:8,
  13; 60:13, 15; 72:23; 73:7;
  75:14, 16, 19; 80:16, 25;
  81:1; 86:19, 21, 25; 87:4;
  93:1
**receiving** [1]
  13:20
**recognition** [2]
  59:20; 89:2
**recognize** [1]
  42:24
**recognizing** [1]
  9:7
**recollection** [2]
  42:4; 46:1
**record** [8]
  35:9; 42:11, 23; 43:25; 45:5;
  51:23; 78:14; 79:10
**recorded** [1]
  95:15
**refer** [4]
  35:19; 42:8, 11; 43:2

**reference** [2]
  45:5, 12
**referring** [3]
  65:6; 79:9, 10
**refrigeration** [3]
  61:25; 62:3; 64:19
**refrigerator** [106]
  41:3; 45:24; 47:11; 48:1, 4, 8,
  15, 16; 58:23; 59:2, 9, 16, 19,
  22; 60:4, 9, 12, 16, 22, 25;
  61:7, 9; 63:15; 64:1, 14; 65:5,
  11; 67:23; 68:25; 69:5, 10,
  17, 18, 19, 23; 70:15, 19, 20,
  21, 25; 71:2, 4, 10, 21; 72:5,
  6, 19; 73:10, 16, 19; 74:6, 7,
  17, 20, 23; 75:1, 4, 12, 15,
  17; 76:2, 6; 79:3, 4, 21, 23;
  80:3, 12, 17, 21; 81:10; 83:8,
  11, 17, 20, 23; 84:1, 5, 15,
  21; 85:10, 15, 19, 21, 24;
  86:1, 6, 8, 14, 22; 87:1, 14;
  88:19; 89:6, 8, 12, 14, 17, 20,
  23; 90:2, 4, 6, 7, 11
**refrigerator's** [2]
  64:6; 70:11
**refrigerators** [10]
  61:6, 21; 62:3, 13, 15, 20, 25;
  63:5, 7; 70:7
**regarding** [2]
  8:20; 9:5
**regional** [1]
  12:17
**related** [1]
  95:17
**relayed** [1]
  59:23
**rely** [1]
  8:21
**relying** [1]
  40:5
**remember** [23]
  8:13; 16:11; 28:17; 38:22;
  40:8, 25; 41:19; 45:17, 20;
  46:9, 12; 47:17; 48:17; 58:14;
  60:15; 64:4; 75:13; 78:19;
  81:3, 5; 82:18; 84:13
**remnants** [1]
  66:18
**renting** [1]
  26:25
**repair** [2]
  61:9, 17
**repeating** [1]
  7:7
**report** [59]
  3:13, 17; 9:3, 13, 23; 10:11,
  14, 17; 27:18, 20; 28:18;
  40:5; 43:17; 44:2, 8, 13, 20,
  24; 45:13; 49:3, 6, 9, 12, 19;
  50:5, 15; 51:3, 11, 20; 53:10,
  16, 17, 20, 24; 54:3, 11, 17;
  55:1, 3, 18; 56:15, 19, 20;
  65:24; 71:4; 82:19; 87:16;
  90:22; 91:16, 19, 22, 23, 24;
  92:2, 11; 96:3, 6
**reported** [1]
  57:21
**reports** [7]
  54:24, 25; 55:8; 57:2, 5, 13;
  90:23
**requests** [1]

38:9
**required** [1]
  36:2
**reserved** [1]
  2:17
**resided** [1]
  49:23
**residence** [1]
  45:6
**resident** [1]
  57:16
**residents** [4]
  44:5, 17; 45:16; 57:17
**respective** [1]
  2:11
**respond** [3]
  27:2; 38:6, 8
**responded** [1]
  59:17
**responding** [1]
  59:25
**responses** [1]
  86:11
**responsibilities** [1]
  30:18
**responsible** [1]
  24:17
**rest** [1]
  54:8
**results** [1]
  86:14
**retired** [2]
  53:6; 58:1
**return** [1]
  6:18
**review** [6]
  44:20; 55:6, 7, 10; 57:10; 73:20
**reviewed** [1]
  55:18
**reviews** [2]
  45:1; 55:9
**right** [68]
  5:10, 18; 8:8, 9, 17, 22; 9:22; 14:21; 15:2, 18; 23:9; 29:14; 30:19, 20, 25; 32:4; 33:22; 37:25; 42:21; 44:14; 49:2, 21; 50:17; 51:4, 14; 52:4, 16, 18, 22; 53:15; 55:22; 65:10, 22; 66:10, 21; 67:15; 68:4; 69:5; 70:18; 71:2, 17; 73:15, 22, 23; 74:3, 12, 17, 21; 77:11; 78:4; 79:17, 21, 25; 80:19; 81:6; 83:22; 86:18; 87:20, 23; 88:13, 21; 89:13; 90:24; 91:1; 92:13, 21, 25
**right-hand** [1]
  67:9
**risen** [1]
  18:18
**road** [1]
  4:21
**room** [8]
  38:5; 42:22; 45:22; 47:9, 20; 82:8, 17; 88:9
**rooms** [2]
  88:9, 12
**rounds** [1]
  55:24
**routine** [2]
  55:14; 58:19

**rule** [1]
  70:17
**run** [2]
  62:6; 79:16
**running** [2]
  64:8; 66:5

— S —

**safeco** [6]
  5:20; 6:3, 12; 9:10; 11:15; 94:16
**saying** [3]
  59:8; 86:21; 90:4
**scene** [23]
  29:17; 36:1, 2; 38:1, 16; 40:6; 43:10, 12; 45:10; 49:16, 22; 50:2; 52:16; 57:14, 18, 21; 58:7, 10; 68:21; 71:5; 86:12, 24; 88:16
**schedule** [1]
  23:18
**scheduled** [1]
  4:22
**scheduling** [1]
  4:18
**school** [14]
  4:9, 11; 11:5, 6, 7, 11, 18, 23; 12:20; 14:10, 13, 16, 24; 33:23
**schools** [1]
  11:2
**scrap** [1]
  10:16
**scribbled** [1]
  10:12
**scsu** [1]
  14:21
**second** [2]
  51:24; 88:5
**secretary** [4]
  52:11; 54:8, 21; 92:15
**seed** [1]
  73:6
**semester** [2]
  4:10; 15:16
**semesters** [1]
  14:23
**send** [1]
  26:12
**sends** [1]
  52:11
**service** [4]
  6:18; 17:19, 23; 31:9
**seven** [4]
  16:15, 16; 23:18; 27:5
**severe** [1]
  73:18
**sheet** [1]
  94:7
**shelf** [1]
  86:16
**shipping** [1]
  13:20
**shoots** [1]
  76:16
**shop** [5]
  13:15, 16; 14:8, 11
**shot** [1]
  78:20
**shoveled** [4]

41:20; 78:10; 81:6, 14
**shoveling** [2]
  41:24; 77:17
**show** [8]
  6:16; 43:25; 50:13; 51:14; 65:17; 82:20; 83:7; 92:23
**showing** [4]
  38:8; 65:3, 12; 82:17
**shows** [1]
  66:25
**side-tracked** [1]
  57:12
**sign** [3]
  66:2; 93:14, 17
**signature** [1]
  49:6
**signed** [9]
  28:18; 49:13; 50:18; 51:16; 52:14; 53:1, 23; 54:11; 93:16
**significance** [2]
  28:20; 82:20
**signing** [1]
  2:20
**signs** [1]
  92:16
**simple** [1]
  61:23
**sink** [2]
  82:12, 15
**sits** [1]
  55:9
**sitting** [18]
  30:24; 31:11; 32:7; 40:10, 20, 21; 41:16; 45:14, 25; 46:22; 47:8, 13; 56:15; 58:5; 81:1; 86:25; 87:5; 91:21
**situation** [3]
  10:22; 25:10; 81:18
**situations** [1]
  56:6
**six** [3]
  16:15, 16; 17:24
**size** [2]
  37:23; 93:11
**slightly** [2]
  63:9, 10
**slipped** [1]
  5:24
**smashed** [3]
  68:7; 69:25; 70:3
**smelled** [3]
  45:22; 47:9, 22
**smoke** [19]
  38:7, 11; 45:22; 47:9, 22; 56:8, 17; 71:12, 15; 72:21, 25; 73:4, 8, 11, 13, 17, 21; 82:21; 86:11
**somebody** [2]
  26:3; 69:25
**somehow** [1]
  86:5
**someone** [7]
  9:15, 21, 24; 25:11; 35:25; 46:3, 14
**someone's** [2]
  24:19; 45:9
**somewhere** [6]
  4:21; 13:7; 23:18, 20; 31:6, 10
**sorry** [1]
  59:5

**sort** [1]
  7:6
**source** [5]
  62:6, 7; 76:12; 82:22; 85:11
**sources** [3]
  62:9, 10, 14
**south** [1]
  5:9
**southern** [8]
  14:14, 15, 17, 19, 25; 15:9, 14; 33:23
**speak** [4]
  43:14; 44:4, 7, 16
**speaking** [5]
  44:14; 45:13; 46:1, 23; 57:16
**specifically** [1]
  38:5
**spell** [1]
  37:18
**spent** [7]
  15:16; 27:6; 41:19, 21, 24; 81:14
**spoke** [11]
  40:15; 45:18; 46:17; 47:2, 19; 49:22; 50:1; 58:11; 87:8, 9, 10
**spot** [2]
  75:24; 76:12
**spring** [1]
  4:14
**ss** [1]
  95:2
**staffed** [3]
  36:6, 7, 23
**staffing** [1]
  36:21
**standard** [1]
  87:24
**start** [9]
  7:3; 12:8; 14:25; 15:24; 29:15; 34:1; 41:11; 72:24; 73:15
**started** [35]
  11:20; 13:25; 14:14; 22:24; 24:14; 29:3; 35:3; 40:2, 19, 21; 42:3; 43:13; 45:8; 60:16; 67:15; 70:11, 22; 71:23; 72:14, 18; 73:5; 74:2; 76:13, 14, 18, 20; 79:2; 85:18, 20; 86:8; 89:6, 7, 14; 90:6
**starting** [2]
  20:12; 42:4
**state** [28]
  2:5; 3:21; 12:17, 18; 14:16, 17, 19; 15:1, 9; 16:8; 21:10, 18, 22, 23; 22:13, 23; 23:10; 33:24; 49:3, 10; 52:12; 54:4; 56:25; 88:7, 15; 92:16; 95:1, 5
**stated** [2]
  7:8; 43:18
**statement** [3]
  39:8; 88:8; 90:21
**statements** [1]
  86:19
**states** [2]
  34:7; 90:14
**statistic** [1]
  54:22
**statistics** [2]
  91:25; 92:5

Case 3:02-cv-01916-JBA   Document 24-4   Filed 02/02/2004   Page 19 of 20
BSA    SAFECO -V- M... G - DEPUTY FIRE MARSHAL PATRIC... RIOLA - 11/24/03    Look-See(33)

**status** [1]
  17:6
**stay** [2]
  21:5; 57:8
**stayed** [1]
  81:12
**stenographically** [1]
  95:14
**step** [1]
  49:24
**steps** [3]
  17:18, 22
**stipulated** [4]
  2:10, 16, 19, 22
**stop** [1]
  72:8
**stove** [3]
  66:6; 82:3, 9
**strange** [2]
  58:24, 25
**street** [3]
  2:6; 4:3; 95:9
**strike** [1]
  30:1
**structure** [1]
  87:17
**stuck** [11]
  48:20; 58:23; 59:2, 9, 16, 22; 75:6, 7; 79:5, 23; 80:24
**stuff** [13]
  6:21, 25; 13:21; 17:20; 25:2; 29:20; 41:20; 63:9; 70:7; 77:18, 19; 78:5; 93:6
**submit** [1]
  54:17
**submitted** [3]
  9:14; 54:3, 16
**subpoena** [5]
  3:8; 6:11, 18; 8:8, 16
**subpoenaed** [1]
  6:7
**subrogee** [1]
  94:16
**subscribed** [1]
  94:10
**subsequently** [1]
  95:15
**sufficiency** [1]
  2:13
**sufficient** [1]
  7:8
**summer** [1]
  34:3
**supervise** [1]
  37:2
**supervisor** [12]
  12:5; 28:4, 6, 14; 31:6, 22, 24; 33:7; 34:22; 53:18, 19
**suppression** [1]
  40:11
**suspicion** [1]
  85:5
**swear** [1]
  46:13
**swing** [1]
  42:9
**switched** [2]
  30:9, 22
**sworn** [3]
  3:4; 94:10; 95:12

**– T –**

**takes** [3]
  23:17; 52:23; 54:6
**talk** [4]
  39:10; 50:6, 8; 58:3
**talked** [1]
  50:3
**talking** [7]
  21:12; 29:7, 23; 58:2; 74:13; 76:1; 84:3
**talks** [1]
  55:9
**tall** [1]
  75:7
**teaching** [1]
  4:11
**tech** [1]
  12:18
**technical** [1]
  12:18
**telling** [5]
  45:9; 46:11, 12; 86:25; 87:5
**tells** [3]
  46:14; 76:8; 83:9
**ten** [1]
  85:1
**tenants** [1]
  71:7
**terms** [1]
  90:5
**test** [2]
  15:18; 23:13
**testified** [3]
  7:18, 23; 8:3
**testify** [4]
  5:22; 6:12, 13, 24
**testifying** [1]
  7:21
**testimony** [4]
  8:22; 86:20; 94:3; 95:14
**thank** [1]
  93:10
**there's** [32]
  10:11; 17:18, 25; 19:7; 20:2, 18, 19, 21; 21:14, 15, 16; 23:13; 31:14; 36:24; 38:7; 42:8; 53:12; 60:22; 72:8; 77:25; 79:18, 20; 83:15, 25; 85:4; 86:1, 15, 16
**thing's** [1]
  70:3
**thinking** [1]
  68:20
**third** [2]
  22:11; 90:14
**three** [21]
  13:2, 8; 21:14, 17, 18, 21, 23; 22:1, 9; 23:16; 24:6, 15, 17, 18; 32:8; 36:12, 17, 18, 22; 46:4; 84:12
**throw** [1]
  10:16
**thrown** [1]
  76:23
**times** [1]
  86:18
**title** [5]
  17:13; 18:17, 22; 22:2; 26:3
**tons** [1]
  19:7

**tossed** [1]
  77:22
**tossing** [1]
  63:21
**total** [1]
  31:19
**totally** [4]
  39:17; 59:19; 81:10; 86:2
**towards** [5]
  32:25; 33:1; 41:13; 80:13
**trained** [2]
  21:10; 41:11
**training** [24]
  16:3, 17, 25; 19:1, 2, 3, 6, 8, 9; 21:1, 5; 22:13, 23; 23:10, 15, 21; 24:21; 27:6; 29:12; 34:8; 61:4, 16; 62:9
**transcribed** [2]
  94:6; 95:15
**transcript** [1]
  94:3
**transferred** [3]
  20:4; 30:6; 31:2
**trial** [4]
  2:18; 4:13, 15, 20
**tripped** [8]
  65:18, 19, 21; 66:1, 3, 7; 67:2, 7
**true** [2]
  5:7; 94:5
**truth** [3]
  95:12, 13
**type** [9]
  54:9; 55:10; 56:24; 62:7; 67:5; 81:18, 21; 82:21; 85:4
**typed** [4]
  50:18; 52:9, 13; 56:20
**typed-up** [1]
  51:19
**types** [3]
  19:3, 6; 92:15
**typical** [1]
  29:22
**typically** [1]
  76:19
**typing** [1]
  52:11

**– U –**

**uh-hum** [32]
  4:6; 5:17; 7:12; 8:11; 11:17; 12:12; 14:5; 15:7; 16:4, 21; 19:14, 21; 22:25; 23:4, 12; 25:6; 35:8; 43:3, 19; 47:3; 50:22; 52:24; 66:17, 22; 67:10, 14, 19; 71:18; 74:4; 87:3, 15; 90:20
**uh-hums** [1]
  8:13
**underneath** [1]
  63:22
**understand** [13]
  25:15; 28:9; 29:22; 38:19; 39:9; 56:14; 62:19, 21, 22; 63:10; 71:15, 21; 90:3
**understanding** [5]
  62:12, 15, 24; 89:4; 90:9
**understood** [2]
  32:16; 48:10
**undetermined** [2]
  91:2; 92:7
**unit** [8]
  30:6, 12, 22; 32:13; 33:5, 13; 35:25; 36:10
**university** [7]
  14:18, 19; 15:1, 10; 33:24, 25; 34:2
**unsafe** [1]
  27:1
**unusual** [4]
  59:15, 17, 21; 60:3
**upper** [2]
  33:1; 65:23
**upside** [2]
  42:18; 43:4
**upstairs** [1]
  88:10

**– V –**

**vibert** [3]
  2:4; 95:4, 24
**video** [1]
  5:15
**violate** [1]
  26:8
**violation** [1]
  26:10
**vs** [1]
  94:17

**– W –**

**wait** [2]
  7:4; 38:8
**waived** [3]
  2:15, 21, 25
**walk** [1]
  43:13
**wall** [2]
  64:10; 65:2
**walls** [2]
  39:22; 71:11
**wanted** [3]
  31:5; 81:11; 85:6
**wants** [1]
  55:7
**warmer** [1]
  5:9
**waterbury** [35]
  2:7; 3:2, 3, 12; 4:1, 5, 25; 5:1, 8; 10:23; 11:3, 8, 9; 12:6, 17; 17:4; 18:17; 19:20, 23; 20:1; 21:25; 23:24; 24:2; 27:19; 29:10; 35:7; 38:13; 40:12; 41:4; 50:14; 51:19; 54:2; 57:4, 7; 95:9
**we're** [1]
  65:6
**week** [1]
  61:14
**weekend** [2]
  53:13; 56:1
**weeks** [3]
  16:15, 16; 34:25
**weren't** [3]
  6:2; 26:4; 27:1
**what's** [11]
  4:2; 6:16; 10:25; 11:9; 16:8; 21:12; 43:25; 51:14; 65:17; 66:23; 89:19
**whenever** [1]

28:5
**wherever** [1]
  24:3
**who's** [3]
  37:21, 22
**wide** [1]
  75:7
**wife** [1]
  47:15
**windows** [2]
  79:19; 80:19
**wire** [3]
  68:24
**wires** [1]
  64:9
**witness** [6]
  2:21; 8:5; 45:1; 88:17; 95:7, 11
**witnesses** [1]
  71:6
**woman** [3]
  45:17; 46:1; 47:2
**won't** [1]
  4:13
**word** [4]
  6:4; 20:20; 47:6
**wording** [1]
  34:20
**words** [2]
  24:9; 90:25
**work** [18]
  7:11; 8:14; 13:14, 22; 14:12; 21:18; 41:12; 57:24; 61:21; 62:3, 16, 20; 72:25; 73:15; 76:23; 81:5, 7; 89:25
**worked** [12]
  11:24; 12:1; 13:15, 24; 14:7; 33:17; 50:8; 61:8, 13; 62:1; 81:20; 84:25
**working** [8]
  28:10; 29:3; 34:4; 36:6; 58:16; 70:16, 17; 85:2
**works** [3]
  76:16; 88:22; 93:11
**worry** [1]
  7:14
**wouldn't** [12]
  10:18, 20; 30:14; 33:19; 44:8; 45:7; 56:12, 13, 17; 69:9; 70:17; 91:20
**write** [2]
  26:10; 35:18
**wrong** [2]
  32:20; 88:25
**wrote** [1]
  65:24

— Y —

**y-e-p-e-s** [1]
  37:15
**yeah** [68]
  5:9; 8:18, 25; 9:8; 10:1, 20; 12:2, 7, 17, 21; 13:7; 14:2, 5, 9, 10, 20, 22; 20:9; 23:2, 14, 22; 29:2; 32:6, 15; 39:3; 40:24; 42:6, 25; 43:22; 44:3, 15; 46:7; 48:3; 49:7; 50:3, 24; 52:6, 15; 54:19; 55:16; 56:17; 57:24; 58:23; 63:16; 67:12; 68:13; 69:1, 3; 74:25; 77:25;

79:14, 20; 80:14, 15, 23; 81:3; 82:14; 85:12, 17; 87:11; 89:15; 91:4; 92:8, 23
**year** [13]
  11:11; 13:1; 15:22, 23; 16:7; 25:1, 9; 27:6; 31:15, 16, 19; 34:3
**years** [25]
  9:7; 10:6; 11:20; 12:9; 13:2, 8, 10, 23, 25; 18:5, 7, 16, 25; 19:4, 10; 22:18; 23:1; 32:7, 8; 33:21; 46:4; 84:12, 24, 25; 85:1
**yepes** [2]
  37:12, 14
**you'd** [1]
  81:23
**you've** [12]
  7:7; 9:1; 11:14; 18:21; 33:9, 12; 60:24; 61:8, 11, 13; 87:13; 92:21
**yours** [1]
  55:2
**yourself** [2]
  5:6; 7:7
**yup** [45]
  8:23; 10:24; 11:4, 6; 12:21, 25; 15:11; 17:5; 21:8; 22:6; 26:1, 13, 16, 20; 33:8; 34:9; 37:1; 44:6; 47:21, 23, 25; 49:11; 57:11, 22; 58:21; 65:2, 8, 24; 66:20; 67:1; 68:13; 71:11, 24; 72:2; 75:3, 21; 76:4, 7; 78:16; 79:20; 82:5; 84:10; 87:18; 90:17; 92:4

— Z —

**zip** [1]
  5:2