UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA as subrogee of NOBERTO AND MARIA CLARO,<br><br>Plaintiff,<br><br>vs.<br><br>MAYTAG CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 3:02CV-1916 JBA<br><br>January 30, 2004 |

## MAYTAG CORPORATION'S LIST OF EXHIBITS
## IN SUPPORT OF ITS' MOTION FOR SUMMARY JUDGMENT

|   |   | **EXHIBIT** |
|---|---|---|
| 1. | Complaint | A |
| 2. | Plaintiff's Answers to Interrogatories | B |
| 3. | Plaintiff's Rule 26(a)(2) Expert Disclosures | C |
| 4. | Deposition of Patrick Ariola | D |
| 5. | Waterbury Fire Marshal's Report | E |
| 6. | Peter S. Vallas' January 10, 2000 Report | F |
| 7. | Deposition of Peter S. Vallas | G |
| 8. | Deposition of Frank Watkinson | H |

1

MAYTAG CORPORATION
By Its Attorneys

**CAMPBELL CAMPBELL
EDWARDS & CONROY
PROFESSIONAL CORPORATION**

_____
Holly M. Polglase (ct 09276)
Timothy M. Roche (ct 24373)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, via first class mail, on January 30, 2004 to:

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, Connecticut 06096

_____
Timothy M. Roche

2