# SAFECO -V- MAYTAG - DEPUTY FIRE MARSHAL PATRICK ARIOLA - 11/24/03

## Page 1 to Page 96

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT    06108-1533*
*Phone:    860-291-9191*
*FAX:    860-528-1972*

## Page 1

```
 1            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT
 2  NO. 3:02CV-1916JBA
    SAFECO INSURANCE COMPANY OF
 3  AMERICA as subrogee of NOBERTO
    and MARIA CLARO,
 4              Plaintiff.
 5  VS.                         November 24, 2003
 6  MAYTAG CORPORATION.
 7              Defendant.
 8  --------------------------------------------
 9  DEPOSITION OF: DEPUTY FIRE MARSHAL PATRICK ARIOLA
10  --------------------------------------------
11  APPEARANCES:
12  For the Plaintiff:
13      LAW OFFICES OF STUART G. BLACKBURN
14      Erik Loftus, Esquire
15      Two Concorde Way
16      Post Office Box 608
17      Windsor Locks, Connecticut  06096-3216
18      (860) 292-1116
19  For the Defendant:
20      CAMPBELL, CAMPBELL, EDWARDS & CONROY
21      Holly M. Polglase, Esquire
22      One Constitution Plaza
23      Boston, Massachusetts  02129
24      (617) 241-3000
25              Karen L. Vibert, LSR #00064
```

## Page 2

```
 1  Deposition of DEPUTY FIRE MARSHAL
 2  PATRICK ARIOLA, taken on behalf of the Defendant in
 3  the hereinbefore entitled action, pursuant to
 4  Notice, before Karen L. Vibert, a duly qualified
 5  Notary Public in and for the State of Connecticut,
 6  held at the Courtyard by Marriott, 63 Grand Street,
 7  Waterbury, Connecticut, commencing at 11:02 a.m.,
 8  on November 24, 2003.
 9  S T I P U L A T I O N S
10  It is hereby stipulated and agreed by and
11  among counsel for the respective parties that all
12  formalities in connection with the taking of this
13  deposition, including time, place, sufficiency of
14  notice and the authority of the officer before whom
15  it is taken may be and are waived.
16  It is further stipulated and agreed that
17  objections other than as to form are reserved to
18  the time of trial.
19  It is further stipulated and agreed that
20  the reading and signing of said deposition by the
21  witness are not waived.
22  It is further stipulated that the proof
23  of the qualifications of the Notary Public before
24  whom the deposition is being taken is hereby
25  waived.
```

## Page 3

```
 1  DEPUTY FIRE MARSHAL PATRICK ARIOLA,
 2  of the Waterbury Fire Department,
 3  Waterbury, Connecticut, having been
 4  duly sworn, deposed and said:
 5
 6      (Marked for identification,
 7  Defendant's Exhibit No. 1,
 8  subpoena.)
 9
10      (Marked for identification,
11  Defendant's Exhibit No. 2,
12  Waterbury fire marshal's fire
13  investigation report.)
14
15      (Marked for identification,
16  Defendant's Exhibit No. 3,
17  incident report.)
18
19  DIRECT EXAMINATION BY MS. POLGLASE
20
21  Q   Would you please state your full name.
22  A   Patrick Ariola.
23  Q   Do you have a middle name?
24  A   Angelo.
25  Q   And where are you employed?
```

## Page 4

```
 1  A   Waterbury Fire Department.
 2  Q   What's the address there?
 3  A   235 Grand Street.
 4  Q   Okay. Do you have any current plans to leave
 5  the Waterbury Fire Department?
 6  A   Uh-hum.
 7  Q   Oh, you do. Okay. Tell us what you're going
 8  to do.
 9  A   I'm in school now. I'm going to finish my
10  Master's next semester and I'm getting certified
11  for teaching elementary school.
12  Q   Good for you. Congratulations. Then since
13  this case probably won't go to trial until next
14  spring sometime, I would guess –
15  MS. POLGLASE:   Do we have a trial
16  date?
17  MR. LOFTUS:   We might, but it will
18  probably get pushed back with the scheduling.
19  BY MS. POLGLASE:
20  Q   In any case, the trial is going to be
21  somewhere down the road. We never know when these
22  things are going to be scheduled. Could I get a
23  home address?
24  A   213 New Haven Avenue.
25  Q   Where is that? Waterbury?
```

Page 5

1    A    Waterbury.
2    Q    The zip?
3    A    06708.
4    Q    And the phone number?
5    A    203-755-8790.
6    Q    You never call yourself.
7    A    No, that's true.
8    Q    Okay. Any plans to leave the Waterbury area?
9    A    Yeah. Maybe south, where it's warmer.
10    Q    All right. Well, I'm going to give you a
11    card, if I could find one, before you leave today,
12    and if you do plan to leave Connecticut, if you
13    could just let us know where you're going so that
14    we can make arrangements to either get a deposition
15    on video, if we need to, or something of that
16    nature. Okay?
17    A    Uh-hum.
18    Q    All right. As part of the deposition, I'm
19    going to go over some background information, but
20    as an initial matter, do you aware that Safeco
21    Insurance Company has designated you as an expert
22    to testify on its behalf in this case?
23    A    I really didn't know if I did, if I was told
24    that, then I just – you know, it slipped my mind
25    or whatever. You know, I didn't – I'm not really

Page 7

1    pay – you know what I mean? I didn't –
2    Q    I usually give some instructions. I didn't
3    start with the preliminaries here.
4    If you can just wait until I finish my
5    question and I'll try to do the same for you. If
6    you can – rather than sort of continuing on with
7    your answer and repeating yourself, once you've
8    stated your answer, that's sufficient.
9    A    Okay.
10    Q    And I'll try not to cut you off if you try
11    not to cut me off. That will work.
12    A    Uh-hum.
13    Q    It happens in every deposition, so don't
14    worry about it.
15    Have you been deposed before, like
16    you're being deposed today?
17    A    No, not that I can – no.
18    Q    Have you ever testified in court?
19    A    I don't think so, no.
20    Q    So this is the first time you're ever
21    testifying? Today?
22    A    In a fire investigation, yes.
23    Q    Okay. Have you testified under other
24    circumstances?
25    A    That's what I'm not sure of. I really don't

Page 6

1    aware of it.
2    Q    Coming in here today, you weren't aware that
3    Safeco has designated you –
4    A    I assumed something like that, but the word
5    "expert" –
6    Q    Let me try it this way. When you were
7    subpoenaed to come in here today, you knew
8    something was up?
9    A    Yes.
10    Q    But aside from that, before you got this
11    subpoena or a call from my office to come in to
12    testify, were you aware that Safeco Insurance
13    Company had designated you as an expert to testify
14    in this case?
15    A    No.
16    Q    Okay. I'm going to show you what's been
17    marked as Exhibit No. 1. It's just a copy with a
18    return of service of the subpoena.
19    A    You know, maybe they did tell me. I don't
20    know. You know, at the time, I knew what it was
21    about, what we got called for and stuff like that,
22    and it was something between the insurance company
23    and Maytag, looking at it, and I would be called
24    to, you know, testify on what I investigated and
25    what I found and stuff like that, so I didn't

Page 8

1    know.
2    Q    What other circumstances might you have
3    testified in?
4    A    Oh, maybe a criminal case or something, or a
5    witness or something like that for something past.
6    I can't recall since I was a kid. I don't think I
7    have, no.
8    Q    All right. And you got the subpoena that
9    asked for your presence here today; is that right?
10    Exhibit No. 1?
11    A    Uh-hum. Yes, I have.
12    Q    That's the other thing. You need to just
13    remember to answer out loud, so the uh-hums or
14    nodding of your head don't work. That will be
15    helpful.
16    The subpoena asked you to bring some
17    things with you here today; is that right?
18    A    Yeah. There was a big list of things, yes.
19    Q    And essentially it asks you to bring
20    everything regarding the fire that you had and
21    everything that you were going to rely on for your
22    testimony; is that right?
23    A    Yup.
24    Q    And have you done that?
25    A    Yeah.

**Page 9**

1    Q    Okay. What are the things that you've
2 brought with you today?
3    A    The photos and my fire report.
4    Q    And those are the only things you have
5 regarding this fire; is that correct?
6    A    The only physical thing besides me being
7 there and recognizing some things from two years
8 ago, yeah, that's it.
9    Q    Okay. Have you had any conversations with
10 the attorneys or adjustors for Safeco Insurance
11 Company?
12    A    After you finished your report for this fire
13    Q    After you finished your report for this fire
14 and submitted it, was the next time that you heard
15 anything about this fire when someone from my
16 office called you about coming in for your
17 deposition?
18    A    I think so. I would – I don't recall any
19 other time and I don't know who even called me to
20 be here for a deposition. It was either from this
21 side or that side. Someone called.
22    Q    All right. The first time you heard about
23 the fire after you finished with your report was
24 when someone called you to come in here for a
25 deposition?

**Page 10**

1    A    Yeah.
2    Q    Okay. And when you do a fire investigation,
3 do you take any notes?
4    A    Sometimes.
5    Q    Do you recall taking any notes in this case?
6    A    No, I don't recall. That was two years ago.
7 I don't recall.
8    Q    If you had taken any notes, where would they
9 be now?
10    A    Notes-wise, they would only – my notes are
11 my report. If there's anything that I may have
12 scribbled down as an address, the incident number,
13 the time I was there, and engine company that was
14 there, like on an NFIRS report, that would be it.
15 If I had those – if I did, it would just be a
16 scrap piece of paper that I would throw out once I
17 made my report.
18    Q    So the notes wouldn't exist today, even if
19 you had taken them?
20    A    Yeah, if – yeah, they wouldn't. If it was a
21 big fire and if it was an arson, then I would have
22 kept them, but in this situation, no.
23    Q    Did you grow up in Waterbury?
24    A    Yup.
25    Q    What's your date of birth?

**Page 11**

1    A    8-19-65.
2    Q    And did you go to public schools in
3 Waterbury?
4    A    Yup.
5    Q    High school?
6    A    Yup, public school.
7    Q    Where did you go to high school?
8    A    In Waterbury.
9    Q    So Waterbury High? What's it called?
10    A    J.F. Kennedy.
11    Q    What year did you get out of high school?
12    A    '83.
13    Q    And just so you know, the reason I'm asking
14 these background questions is you've been
15 identified by Safeco as an expert, so I need to go
16 into your qualifications as an expert.
17    A    Uh-hum.
18    Q    Okay. After you got out of JFK High School,
19 what did you do?
20    A    I started back in college a couple years
21 after that.
22    Q    What did you do for a living between JFK High
23 School and college?
24    A    I was at home and I worked in the park
25 department, I believe. That was so long ago.

**Page 12**

1    Q    You worked in the park department?
2    A    Park and rec department, yeah.
3    Q    What were you doing at the park and rec
4 department?
5    A    Park supervisor.
6    Q    For the city of Waterbury?
7    A    Yeah.
8    Q    And when did you start college?
9    A    Not sure. It was about two years after.
10 Maybe '85.
11    Q    Approximately '85?
12    A    Uh-hum.
13    Q    And what college did you go to?
14    A    It was Mattatuck Community College at the
15 time.
16    Q    Does it have a different name now?
17    A    Yeah. It's Waterbury Regional State
18 Technical something. They combined the state tech
19 and Mattatuck together to get a different name.
20    Q    And did you go to school full time?
21    A    I think so. Yeah, I did. Yup.
22    Q    What was your major?
23    A    It was liberal arts back then.
24    Q    And did you graduate?
25    A    Yup.

## Page 13

```
 1    Q   What year did you graduate?
 2    A   I finished about three years, I think, it
 3  took me to get that, but I never put the paperwork
 4  in for my diploma, so my diploma says a lot later.
 5    Q   Okay. So you finished classes about '88 or
 6  '89?
 7    A   Yeah. Somewhere around '88, yeah. It took
 8  me about three years, something like that.
 9    Q   When did you actually get your diploma?
10    A   Oh, it might have -- probably eight years
11  later or something. I didn't even realize I should
12  get it until I needed it.
13    Q   Okay. While you were going to Mattatuck
14  Community College, did you work anywhere?
15    A   I worked also in a shop, a die shop,
16  die-cutting shop.
17    Q   What did you do there?
18    A   I would do whatever they asked me, really.
19    Q   What kinds of things did you do generally?
20    A   Mostly I was doing the shipping and receiving
21  stuff.
22    Q   How long did you work there?
23    A   A couple years, I think.
24    Q   So you worked at the park and rec department
25  a couple years, until about '85, when you started
```

## Page 14

```
 1  community college?
 2    A   Yeah. I was going -- yeah. That was a long
 3  time ago. Something like that.
 4    Q   You might have overlapped --
 5    A   Yeah, uh-hum.
 6    Q   -- to some degree?
 7  After the park department, you worked at
 8  a die-cutting shop?
 9    A   Yeah. It was back then. It was while I was
10  going to school, yeah.
11    Q   After the die-cutting shop, where did you
12  work?
13    A   Then I was back in school again full time. I
14  went -- started going to Southern Connecticut.
15    Q   Southern Connecticut Community College?
16    A   No. It's a state school. It's not a
17  community college. Southern Connecticut State
18  University.
19    Q   Southern Connecticut State University?
20    A   Yeah, that's what it is.
21    Q   SCSU, right?
22    A   Yeah, and then I got hired in the fire
23  department like two semesters into going back to
24  school full time.
25    Q   When did you start at Southern Connecticut
```

## Page 15

```
 1  State University?
 2    A   It was right after graduating from -- or
 3  finishing my course at Mattatuck, so around '88 or
 4  '89, something like that, I believe it was.
 5    Q   Okay. So you finished your courses at
 6  Mattatuck. Was that an Associate's degree?
 7    A   Uh-hum.
 8    Q   But before you got your diploma from
 9  Mattatuck, you went to Southern Connecticut State
10  University?
11    A   Yup.
12    Q   What was your major there?
13    A   Elementary ed.
14    Q   And when did you graduate from Southern?
15    A   I didn't. I left when I got hired here. I
16  only spent a semester and a half there and got
17  hired on the fire department.
18    Q   All right. Had you taken the test previously
19  to get into the fire department?
20    A   Yes.
21    Q   When did you do that?
22    A   Maybe a year before I left. I was on the
23  list for about a year, year and a half.
24    Q   What was your start date with the fire
25  department?
```

## Page 16

```
 1    A   It was in '90. February of '90.
 2    Q   And did you have to go to some kind of
 3  training or academy?
 4    A   Uh-hum.
 5    Q   Where did you go?
 6    A   We went to Fairfield. They had the fire
 7  academy in Fairfield that year.
 8    Q   What's it called? The State of Connecticut
 9  Fire Academy?
10    A   Not down there, I don't think. I don't
11  remember. The fire academy is up by the airport,
12  so that one -- it was some -- I don't know what it
13  was called, actually.
14    Q   How long a course was that?
15    A   Six, seven weeks.
16    Q   What was covered in that six to seven weeks?
17    A   It's just basic fire training to get on as a
18  firefighter.
19    Q   Okay. And you passed your basic firefighter
20  course --
21    A   Uh-hum. Yes.
22    Q   -- the first time around?
23    A   Yes.
24    Q   And where did you -- what did you do after
25  you passed your training course?
```

## Page 17

1    A   I was assigned to an engine company.

2    Q   What engine company was that?

3    A   Engine 8.

4    Q   In Waterbury?

5    A   Yup.

6    Q   And what was your status when you were

7 assigned to Engine 8?

8    A   Just what I was assigned?

9    Q   Yes.

10    A   When I first got there, I was actually on

11 the – they call it the nozzle man. I had that

12 position.

13    Q   What was your title? Were you a firefighter?

14    A   Firefighter.

15    Q   Was there some kind of –

16    A   I was also, you know, at the beginning, yes.

17    Q   Were you called a probationary firefighter?

18    A   There's four steps. There's four steps,

19 but civil service may call it that according to pay

20 and stuff, but we were firefighters as far as I

21 ever –

22    Q   Can you tell me what the four steps are that

23 civil service calls you?

24    A   There might have been probationary for six

25 months, then there's A, B, C and D.

## Page 18

1    Q   Okay. What are these A, B, C and D levels?

2    A   It's just a matter of time that you're on

3 when you get a raise.

4    Q   And how long were you assigned to Engine 8?

5    A   Eight years.

6    Q   And you were firefighter all those eight

7 years?

8    A   Yes, then I became the acting officer after

9 four or five.

10    Q   What does that mean, the acting officer?

11    A   I filled in when the lieutenant wasn't there,

12 which he was never there, and I was the officer in

13 charge of the engine company.

14    Q   Did you have a rank at that point?

15    A   Still firefighter.

16    Q   During the eight years you were at Engine 8

17 in Waterbury, your title was firefighter; however,

18 you had risen to the rank of acting officer; is

19 that correct?

20    A   Correct.

21    Q   And acting officer means you've still got the

22 title of firefighter, but when there is no officer

23 on duty, you are the officer on duty?

24    A   Correct.

25    Q   And during that eight years, did you have

## Page 19

1 additional training?

2    A   We have continual training on our job.

3    Q   What types of training did you have during

4 the eight years?

5    A   I couldn't even – couldn't even think about

6 it. We had training once a month in all types of

7 areas on whatever. I mean, there's tons of

8 training.

9    Q   Did you have any training during that eight

10 years in fire investigation?

11    A   Not until I got into the office.

12    Q   So from 1990 until 1998, you were at

13 Engine 8?

14    A   Uh-hum.

15    Q   Where did you go after Engine 8?

16    A   To the bureau of fire prevention in the

17 marshal's office.

18    Q   So it's called the bureau of fire prevention?

19    A   Yes.

20    Q   In Waterbury?

21    A   Uh-hum.

22    Q   Okay. And it's the fire marshal for the city

23 of Waterbury?

24    A   Correct.

25    Q   Okay. How many people are employed in the

## Page 20

1 fire marshal's office in the city of Waterbury?

2    A   I think there's 15 of us. Fourteen or 15. I

3 think 15.

4    Q   How did you get transferred to the fire

5 marshal's office?

6    A   I put in for the assignment.

7    Q   Okay. And did you get an increase in pay

8 going to the fire marshal's office?

9    A   Yeah, there is an increase.

10    Q   Did you get an increase in rank of any kind?

11    A   Since I've been in there or once just

12 starting in there?

13    Q   When you made the move to the –

14    A   It's not really –

15    Q   Let me just finish the question.

16 When you made the move to the fire

17 marshal's office, was that an increase in rank?

18    A   There's different ranks. There's a line

19 officer and then there's the officer – whatever we

20 were called. I forget the word for that. But then

21 there's the office personnel and then there's the

22 line personnel, so it's not a promotion by going

23 into the office even though it's an increase in

24 pay.

25    Q   Now, when you went to the fire marshal's

## Page 21

1    office, did you get some additional training?
2    A    Yes.
3    Q    In what?
4    A    Continually. It's every month we get
5    training. We have to stay certified.
6    Q    Going into the fire marshal's office, did you
7    take some courses in fire investigation?
8    A    Yup.
9    Q    What courses did you take?
10   A    We get trained through the state as part of
11   our certification.
12   Q    What's the certification that you're talking
13   about?
14   A    There's three areas. There's fire
15   investigation area, there's a hazardous material
16   area, and then there's a code area. We have to be
17   certified in all three to be certified through the
18   state and work in our offices. All three areas you
19   need to be certified in.
20   Q    Okay. So you have to be certified in those
21   three areas to be called a fire marshal?
22   A    Well, the state calls us deputy fire marshals
23   once you do all three. If you do one, the state
24   considers you an inspector, but at the city of
25   Waterbury, you are an inspector when you finish all

## Page 22

1    three, as we go by our things.
2    Q    So you don't have the title of deputy fire
3    marshal?
4    A    Yes, I do.
5    Q    Now you do?
6    A    Yup, because I got promoted afterwards in
7    there. There was an exam and I got promoted from
8    inspector to deputy marshal.
9    Q    What were the three areas again? Fire
10   investigation, hazardous materials, and what was
11   the third one?
12   A    Code compliance.
13   Q    So you had to take state training in fire
14   investigation, correct?
15   A    Yes.
16   Q    When did you do that?
17   A    Oh, that was back in the first – when I left
18   at eight years to come into the office, it was
19   within that first eight months that we do that, so
20   it had to be what? '89 or '90. Something like
21   that. It's more than '90. '89 or '89 when I first
22   applied to go into the office. We all go into
23   training through the state.
24   Q    You started with the fire department in 1990?
25   A    Uh-hum.

## Page 23

1    Q    Okay. So eight years –
2    A    Yeah.
3    Q    – plus would be about 1998, '99?
4    A    Uh-hum.
5
6    (Off-the-record discussion.)
7
8    BY MS. POLGLASE:
9    Q    All right. So, in the 1998-1999 time frame,
10   you took your state training in fire investigation,
11   hazardous materials and code compliance?
12   A    Uh-hum.
13   Q    And there's a test to pass each of those?
14   A    Yeah.
15   Q    Okay. And when did you finish your training
16   in all three?
17   A    That takes about – depending on their
18   schedule, around seven months. Somewhere around
19   there.
20   Q    So somewhere around 1999-2000 is when you
21   finished your training?
22   A    Yeah.
23   Q    And then you were called an investigator?
24   A    The city of Waterbury would call us
25   inspectors.

## Page 24

1    Q    What were your duties as an inspector for the
2    city of Waterbury back in the 1999-2000 time frame?
3    A    Wherever they need you. It could be
4    inspecting buildings, it could be investigating a
5    fire, or it could be a hazardous material incident,
6    because you're certified for all three of them.
7    Q    That's my question. I'm just kind of curious
8    as to what all constitutes the job of an inspector.
9    In other words, you do fire investigations,
10   hazardous material and code compliance. Let me
11   find out what all that means. What does it mean to
12   do fire investigation?
13   A    It's origin and cause, try and figure out how
14   it started and what started it.
15   Q    And are people divided up into these three
16   areas within the fire marshal's office or are you
17   responsible to do all three?
18   A    No, we have three different divisions, but if
19   someone's out, you fill in for the people that are
20   out.
21   Q    Okay. So, once you finished your training,
22   what division did you go to?
23   A    I went to the code division.
24   Q    Okay. And how long were you in the code
25   compliance division?

## Page 25

1    A    It wasn't long. About a year. And I did
2    fire investigations and hazardous materials stuff
3    while I was in that, depending on the people we had
4    available that day in the office.
5    Q    Sure. You might fill in and do hazardous –
6    A    Uh-hum.
7    Q    Let me finish the question.
8    You might – while you were in code
9    compliance for about a year, you might do a fire
10   investigation or a hazardous materials situation
11   filling in for someone else, correct?
12   A    Correct.
13   Q    But, primarily, what were your duties in the
14   code compliance division?
15   A    I don't understand.
16   Q    What did you do in the code compliance
17   division?
18   A    We inspected occupancies and answered
19   complaints.
20   Q    These may seem like basic questions to you,
21   but I don't know what you did day to day, so that's
22   what I'm trying to find out.
23   Would it be fair to say in code
24   compliance you inspected buildings for compliance
25   with the fire code?

## Page 26

1    A    Yup.
2    Q    And you could hand out – what would be the
3    title of something you would hand to somebody if
4    they weren't in compliance?
5    A    We don't hand anything if they are in
6    compliance.
7    Q    If they were not in compliance.
8    A    If they are not, then we would violate them
9    according to the code.
10   Q    You would write up a violation?
11   A    A letter.
12   Q    Okay. And send it to them?
13   A    Yup.
14   Q    So you had to have familiarity with the fire
15   code?
16   A    Yup.
17   Q    And as part of your job in the code
18   compliance division, you would also answer
19   complaints?
20   A    Yup.
21   Q    When you say, "Answer complaints," can you
22   tell me what you mean.
23   A    When anybody would have a problem with their
24   landlord or the building they are living in or
25   renting and they felt there was any conditions that

## Page 27

1    weren't up to the code or were unsafe, they would
2    come in and put in a complaint and we would respond
3    to it.
4    Q    Okay. So you went to the fire marshal's
5    office in – sometime in '98, did your seven months
6    of training, spent a year in code compliance, and
7    then where did you go?
8    A    To the fire investigation division.
9    Q    Do you recall the date you went to fire
10   investigation?
11   A    No, I don't.
12   Q    This fire happened on November 13, 2000.
13   Were you in fire investigation when this fire
14   occurred?
15   A    It was – what was the date again?
16   Q    November 13, 2000.
17   A    2001 or 2000?
18   Q    2000. I'm looking at your report. It says
19   2000. I'm looking at the Waterbury Fire incident
20   report. It says 2000.
21   A    Yes, it was. And on my envelope it has 2001.
22   Q    Do you recall the date of this fire?
23   A    The date?
24   Q    Yes, whether it was 2000 or 2001.
25   A    2000.

## Page 28

1    Q    Okay. In November of 2000, do you recall
2    whether you were in code compliance still or in
3    fire investigation?
4    A    I was the supervisor in fire investigation at
5    the time. Whenever I was in fire, I was the
6    supervisor and the arson supervisor. Also, anytime
7    I was in that division, that's what I did. That
8    was my job.
9    Q    Okay. But I understand that while you were
10   working in the code compliance division, you also
11   filled in doing fire investigations.
12   A    Yes.
13   Q    Do you recall –
14   A    I was assigned in the fire – as a supervisor
15   in the fire division when I was there.
16   Q    Okay. How do you know that?
17   A    Because I remember, and I'm the one doing the
18   report and I was the one who signed it, and I was a
19   deputy fire marshal at that point in time.
20   Q    Is there some significance to being a deputy
21   fire marshal?
22   A    Yes, it's a promotion in there. An inspector
23   is just a lower rank. Deputy fire marshal is
24   mid-management.
25   Q    Now, prior to going to the fire marshal's

Page 29

1  office, had you done any fire investigation?
2     A   Yeah, I have. When I was just -- as soon as
3  you started working in there, in the fire marshal's
4  office, you can be called, and you are usually
5  called to do fire investigations when you're
6  needed.
7     Q   I'm talking about before you went to the fire
8  marshal's office, I take it you didn't do any fire
9  investigations.
10    A   No, our job does not -- Waterbury Fire
11 Department couldn't do that.
12    Q   And so your first real training in fire
13 investigation occurred in about 1998; is that
14 right?
15    A   Correct. Well, it does start when you're
16 also in the fire company and assisting them with --
17 with the fire inspector when you're at a scene, and
18 also especially when you're the officer on the
19 engine company and the first one arriving. You are
20 participating, also, through knowledge and stuff
21 like that of the investigation.
22    Q   I understand that. That's pretty typical of
23 fire departments. What I'm talking about is as a
24 fire inspector -- well, I'll move on.
25 You don't recall the date that you

Page 31

1     A   No. I'd have to look at the exact dates in
2  the office of when I was transferred and things
3  like that.
4     Q   Okay. Where would we be able to find that
5  out, if we wanted to?
6     A   My supervisor must have it somewhere
7  documented.
8     Q   Okay.
9     A   May even be in civil service. No, I don't
10 know. Somewhere in the department.
11    Q   Sitting here today, do you recall how many
12 fires you had investigated before November 13,
13 2000?
14    A   No, I don't know. I know there's -- I was
15 only in that division a little over a year and I
16 know the time I was there -- in just a year, I've
17 investigated over a hundred fires.
18    Q   Okay. You were in the fire investigation
19 division for a little over a year total?
20    A   Yes.
21    Q   Okay.
22    A   The supervisor in that position, yes.
23    Q   The whole time you were in the fire
24 investigation division, you were a supervisor,
25 correct?

Page 30

1  were -- strike that.
2  Do you recall the date that you got
3  promoted to deputy fire marshal?
4     A   No, I don't.
5     Q   Was that around the same time you were
6  transferred to the fire investigation unit?
7     A   It was before that. It was -- it was before
8  that because I was a deputy fire marshal in charge
9  of the code division first before I switched to
10 that, to the fire division.
11    Q   Okay. Prior to going to the fire
12 investigation unit, how many fires had you
13 investigated while you were at code compliance?
14    A   I wouldn't have no idea.
15    Q   Do you recall how often you would get called
16 in to do a fire investigation?
17    A   No, I don't recall.
18    Q   But your primary responsibilities in code
19 compliance were code compliance, right?
20    A   Right.
21    Q   And it's approximately 1998, 2000, that you
22 switched to the fire investigation unit, correct?
23    A   Correct.
24    Q   Sitting here today, you do not recall how
25 long before November 13, 2000, that was, right?

Page 32

1     A   Yes.
2     Q   And do you recall how long after this fire
3  you were in the fire investigation division?
4     A   It is 2003, right?
5     Q   Today.
6     A   Yeah, now it is.
7     Q   It's approximately two years after -- sitting
8  here today, are we three years after this fire,
9  approximately?
10    A   I don't know. I'm not sure when it was. I'm
11 really not sure.
12    Q   But your entire time in the fire
13 investigation unit, you investigated a hundred
14 fires, approximately?
15    A   Yeah, and this wasn't my first one.
16    Q   Understood. Do you recall where, in the
17 range of the number of the hundred fires
18 approximately that you investigated, this one fell?
19    A   No, because if I say something it might end
20 up being wrong. If it is, it is. I really don't
21 know.
22    Q   I'm not trying to pin you down to, like,
23 No. 76. I'm just trying to get an approximation.
24    A   But if I thought it was -- I have a feeling
25 it was towards the end of me being there, up

## Page 33

1  towards the upper end of -- towards a hundred, more
2  than it was at the beginning. I know it wasn't at
3  the beginning.
4      Q    Okay. Where did you go after the fire
5  investigation unit?
6      A    I'm in the hazardous materials division now.
7      Q    Are you a supervisor there as well?
8      A    Yup.
9      Q    And you've been there since you left fire
10  investigation?
11     A    Yes.
12     Q    Do you recall how long you've been assigned
13  to the hazardous materials unit?
14     A    I may have gone back to the code division for
15  a while first. I think I did. Yes, I did. And
16  then to the hazardous materials division. That's
17  how it worked. I've been in the hazardous
18  materials division for -- I'm not sure. Time goes
19  by quick now. I wouldn't know.
20     Q    Okay.
21     A    Two years, maybe.
22     Q    All right. Now, you also mentioned you're
23  currently going to school. Is that Southern
24  Connecticut State University still?
25     A    No. University of Bridgeport.

## Page 34

1      Q    When did you start going back to the
2  University of Bridgeport?
3      A    In the summer of this year.
4      Q    And you're working on your Master's in
5  elementary ed?
6      A    Education, yes.
7      Q    Have you been to any other states to go to
8  any kind of training?
9      A    Yup. I've been to Maryland.
10     Q    What did you go to Maryland for?
11     A    Fire investigations.
12     Q    What was in Maryland?
13     A    National academy.
14     Q    National Academy of Fire Marshals?
15     A    Fire -- I'm not sure exactly if it Firemen's
16  National -- I'm not sure.
17     Q    Some national academy?
18     A    Yes.
19     Q    Okay.
20     A    The exact wording, I'm not sure.
21     Q    What was the course that you took?
22     A    It was for a supervisor of fire
23  investigations.
24     Q    How long of a course was that?
25     A    Two weeks.

## Page 35

1      Q    Do you recall when that was?
2      A    No. It was during the time that I was in
3  fire investigation when I first started.
4      Q    Okay. Was it before or after this fire?
5      A    Not sure.
6      Q    That would also be something that we could
7  find out from the Waterbury --
8      A    Yes, uh-hum.
9      MS. POLGLASE:    Off the record.
10
11        (Off-the-record discussion.)
12
13        (Marked for identification,
14    Defendant's Exhibit No. 4, copies
15    of photographs, eight pages.)
16
17     MS. POLGLASE:    I'm just going to go
18  through and write "A," "B," "C," next to these so
19  we have something to refer to.
20
21        (Off-the-record discussion.)
22
23  BY MS. POLGLASE:
24     Q    While you were in the fire investigation
25  unit, what would determine whether someone from the

## Page 36

1  fire marshal's office would go to a fire scene?
2      A    We were lucky to go to every fire scene.
3      Q    How many people were in the fire marshal's
4  office at the time of this fire in November of
5  2000?
6      A    Working that day or staffed?
7      Q    Staffed.
8      A    It's always 14 or 15.
9      Q    And how many of those 14 or 15 were in the
10  fire investigation unit at that time?
11     A    At that time I think I was short a person and
12  there was three of us.
13     Q    So there should have been four?
14     A    Counting me, there might only
15  have been two, but -- well, let me think again now.
16  Sometimes it depends on who was the marshal, at the
17  time, and if they assigned four people or three
18  people. I had three. Counting me, I had two other
19  people.
20     Q    And were you short a person?
21     A    It all depends on the marshal's staffing, if
22  he considered it short at three or that was fully
23  staffed.
24     Q    So there's two people including you? Two
25  people in addition to you?

Page 37

1    A   Yup.
2    Q   And do you supervise those two people?
3    A   Yes.
4    Q   Okay. Do you recall who those two people
5  were at the time?
6    A   I know one of them had to be Inspector
7  Ayotte.
8    Q   Inspector –
9    A   A-Y-O-T-T-E.
10    Q   Okay.
11    A   And the other one at the time may have been
12  Inspector – Inspector Yepes or Inspector
13  Chesnutis.
14    Q   Yepes?
15    A   Y-E-P-E-S.
16    Q   Or Chesnutis?
17    A   Or Chesnutis.
18    Q   How do you spell that?
19    A   C-H-E-S-N-U-T-I-S.
20    Q   Okay. Who decides who goes to what fires?
21    A   It depends on who's busy and who isn't or
22  what time it was of the day. Who's in, who's not
23  in. Depending on the size of it, if we need help.
24  Things like that.
25    Q   All right. And when is the decision made to

Page 38

1  go to the scene? Do you go after the fire is out?
2  Do you go while it's going? Do you answer the
3  call?
4    A   You can go – we are not dispatched
5  specifically from the radio room. We can hear a
6  fire come in and respond, or, when the engine
7  company pulls up and says there's fire or smoke
8  showing, we can respond or wait until the incident
9  commander requests our presence there.
10    Q   But the incident commander is under orders or
11  its policy is that if they see fire or smoke, you
12  call a fire investigator?
13    A   Every fire is investigated in Waterbury.
14    Q   Do you recall the fire that we are here for
15  today at the Claro home? Do you recall when you
16  arrived at the scene of that fire?
17    A   When I arrived?
18    Q   Yes.
19    A   I don't understand what you mean. When I
20  pulled up to the house?
21    Q   Yes.
22    A   I don't really remember too much of what I
23  was even – I mean, to pull up to the house? No.
24    Q   Okay.
25    A   No.

Page 39

1    Q   You don't recall whether you got there when
2  the – while the fire –
3    A   I know that, yeah.
4    Q   Let me finish the question.
5  Tell me what you can recall about when
6  during the incident you arrived.
7    A   That's been so long ago. That's such a
8  blanket statement that I don't know what you're –
9  what you're getting at. I don't understand. When
10  I arrived? I could talk for I don't know how long
11  about it or whatever. I don't know what you're
12  asking about.
13    Q   I'm trying to find out when you got there.
14  Did you get there while it was still burning? Did
15  you get there after the fire was out? I'm just
16  trying to --
17    A   I'm not sure if they actually had it totally
18  extinguished when I got there. They still check
19  for extension throughout the house. That's their
20  job, to do that part of the fire. My job is to
21  investigate. These guys are hunting down the fire,
22  maybe pulling walls, doing whatever, ceilings, and
23  checking for extension.
24    Q   Okay. I'm trying to get at what you can
25  recall about this fire, and, if you can't, that's

Page 40

1  fine. I'm just trying to take you from the moment
2  you started investigating, and I'm going to take
3  you all the way through and just find out what you
4  can recall and what you can't recall, what you're
5  relying on for your report.
6  Do you recall arriving at the scene of
7  this fire?
8    A   No, I don't remember pulling up to the house
9  with this fire, no.
10    Q   And so sitting here today, you don't recall
11  where – at what point in fire suppression
12  activities the members of the Waterbury Fire
13  Department were when you got there?
14    A   I don't.
15    Q   Do you recall who you spoke to when you
16  arrived?
17    A   No.
18    Q   Do you recall what you did when you arrived?
19    A   I started investigating the fire.
20    Q   Okay. Well, sitting here today, you know you
21  started investigating the fire, but sitting here
22  today, do you have a memory of investigating the
23  fire?
24    A   Yeah, a little bit I do.
25    Q   Tell me what you can remember about

## Page 41

1  investigating the fire.
2     A    That I never seen one where the inside of a
3  refrigerator burned like that. Ever in my entire
4  time on the Waterbury Fire Department, any fires I
5  went to or investigated, I never seen anything like
6  that. And the people there, the guy burned himself
7  trying to get the thing out of the house.
8     Q    Do you recall what you did to investigate the
9  fire?
10    A    I investigated it like any other fire, like
11  every fire that we are trained to do. We start
12  from outside the building and work our way in
13  towards the most damaged areas of the fire and try
14  to figure out what the cause and origin probably
15  was.
16    Q    Sitting here today, do you have a memory of
17  doing that or do you just know that you did that
18  because that's what you did at every fire?
19    A    I remember doing that. I remember we spent a
20  lot of time there and I shoveled a lot of stuff
21  out. I spent time in that kitchen. I spent a lot
22  of time in that kitchen because I never seen
23  anything like it before, and the guy was injured so
24  I spent a lot of time there shoveling through all
25  the debris and trying to narrow down – and

## Page 42

1  narrowing down the best that I could the cause and
2  origin.
3     Q    You mentioned that you started on the
4  outside. Do you have a recollection of starting on
5  the outside of this house?
6     A    Yeah. I took pictures of it.
7     Q    Okay. Here are your notes if you want to
8  refer to them. There's some that are on the
9  outside. Maybe it will be better if I can swing
10  around.
11  For the record, I just want to refer to
12  Exhibit 4, and I've marked each of the photos A
13  through P. The prints are a little clearer, so we
14  may need to look at the prints. Okay? If that
15  will help you.
16  The photographs A through P, those are
17  the photographs you took?
18    A    These? I don't know. They are upside down.
19  When she made copies of these, it's hard to tell
20  which angle they are actually at.
21    Q    Well, we have got the prints right here in
22  the room. Let me just ask you: The prints of the
23  photos – let me ask it this way. For the record,
24  do you recognize these photos as the photos that –
25    A    Those are them, yeah.

## Page 43

1     Q    The copies are not great, I grant you that.
2  That's why we may need to refer to the originals.
3     A    Uh-hum.
4     Q    This one is upside down?
5     A    Yes, that's what I mean.
6     Q    But, in any case, who took the photos? Did
7  you take the photos?
8     A    Yes.
9     Q    Do you have like a 35-millimeter that you
10  took to the scene with you?
11    A    Correct.
12    Q    When you got to the scene of this fire,
13  before you started to do your walk around the house
14  to nail down the point of origin, did you speak
15  with anybody?
16    A    I don't recall.
17    Q    Now, your report mentions that – mentions
18  something stated by the homeowner.
19    A    Uh-hum.
20    Q    Was the homeowner there when you got there?
21  Mr. Claro?
22    A    Yeah, they were still there. There was more
23  than one person there living in the house.
24    Q    Why don't we go ahead and identify this for
25  the record. I'll show you what's marked as Exhibit

## Page 44

1  No. 2. I'll just ask if you can identify that as a
2  copy of your report.
3     A    Yeah, it looks like it.
4     Q    Did you actually speak to any of the
5  residents of the building?
6     A    Yup.
7     Q    Who did you speak to?
8     A    If it's not in my report, I wouldn't even
9  know their names. I always – as part of the
10  investigation, they were there. The guy was
11  burned.
12    Q    Let me ask you this way: Without looking at
13  your report, and the names aren't as important
14  right now, do you recall speaking to an individual?
15    A    Yeah. The guy that was burned.
16    Q    Okay. Did you speak to anybody else, any
17  other residents of the home, except the guy that
18  was burned?
19    A    I think I did.
20    Q    Did you review your report before coming in
21  here today?
22    A    No.
23    Q    Do you want to take a minute and read through
24  your report?
25

### Page 45

```
 1      (Witness reviews document.)
 2
 3    A   I'm fine with it.
 4    BY MS. POLGLASE:
 5    Q   I don't see any reference in the record to
 6  conversations with anybody else in the residence.
 7    A   I wouldn't put it in there because it doesn't
 8  tell me exactly what started that fire. I don't go
 9  by what someone's telling me. I go by the physical
10  evidence at the scene.
11    Q   I'm just trying to get at what you can recall
12  as to what happened. I don't see any reference in
13  the report to you speaking to anybody else.
14  Sitting here today, do you have a memory of any
15  conversations you had with any of the other
16  residents in the home?
17    A   I believe I remember a woman there and I
18  spoke to her.
19    Q   Do you recall anything that she said to you?
20    A   I just remember they were in their -- the
21  people that were home at that time were in their
22  living room and they smelled smoke and they checked
23  the kitchen and it was coming from the
24  refrigerator.
25    Q   Okay. So, sitting here today, you do have a
```

### Page 46

```
 1  recollection of speaking with the woman who lived
 2  in the home?
 3    A   I believe I do. If someone told me that I --
 4  that it didn't happen, then that was three years
 5  ago.
 6    Q   Well, I'm trying to get at what you --
 7    A   Yeah.
 8    Q   Let me finish the question.
 9  I'm trying to get at what you remember,
10  not what you're guessing may have happened.
11    A   I'm not guessing. I'm telling you some
12  things that I do remember, but I'm also telling you
13  that I can't swear to it, that that's exactly what
14  happened. If someone tells me I'm mistaken, then I
15  was mistaken. I could agree with them. Maybe I
16  do, maybe I don't agree with them, but --
17    Q   Well, I don't know whether you spoke to
18  anybody or not. I'm just trying to find out one
19  way or the other.
20    A   To lock me down to it? I could say -- well,
21  then I'd say no.
22    Q   Let me finish the question. Sitting here
23  today, do you have a memory of speaking with
24  anybody else who lived in that home besides
25  Noberto Claro?
```

### Page 47

```
 1    A   I believe I did.
 2    Q   You believe you spoke with the woman?
 3    A   Uh-hum.
 4    Q   That's fine. Do you recall what she told
 5  you?
 6    A   Do I recall word for word? No.
 7    Q   Do you recall the gist of what she told you?
 8    A   And like I said earlier, they were sitting in
 9  the living room and they smelled smoke. They went
10  into the kitchen to investigate and the
11  refrigerator was on fire. They opened it up and
12  there was fire inside of it.
13    Q   So, sitting here today, you recall that
14  Noberto and the female -- do you recall that she
15  was his wife?
16    A   No.
17    Q   Okay. You just remember there was a female?
18    A   I believe so.
19    Q   Noberto and the female that you spoke to were
20  in the living room, correct?
21    A   Yup.
22    Q   They smelled smoke?
23    A   Yup.
24    Q   They went into the kitchen?
25    A   Yup.
```

### Page 48

```
 1    Q   And they saw the refrigerator on fire?
 2    A   When they opened the door, they seen it on
 3  fire, yeah.
 4    Q   Do you recall which part of the refrigerator
 5  they opened to see the fire?
 6    A   No, I don't.
 7    Q   Okay. Do you recall where the fire was in
 8  the refrigerator?
 9    A   The fire was out before I got there.
10    Q   Understood. I'm asking you now about the
11  conversation you had with Noberto and the female.
12  Do you recall where they said the fire was when
13  they went in and opened it up?
14    A   There was fire coming out of it when they
15  opened it and -- I mean the refrigerator. It was
16  in the refrigerator. That was it.
17    Q   Okay. Do you remember anything else they
18  told you?
19    A   That he burned his hands trying to get the
20  thing out of the kitchen and it got stuck in the
21  doorway.
22    Q   Okay. Do you recall anything else that he --
23  that either of these people told you, Noberto or
24  the female?
25    A   No, I don't recall too much more at this
```

Page 49

1  point.
2      Q    All right. Now, you mentioned in your
3  report – you state that – well, your report
4  indicates some things that you did.
5      By the way, before I get to that, that's
6  your signature on page 2 of the report?
7      A    It looks like it, yeah.
8      Q    On page 3, what was faxed to us is a
9  handwritten page. It says, "Local fire report to
10  the state fire marshal." Do you see that?
11      A    Yup.
12      Q    Who filled that report out; do you know?
13      A    Deputy chief. At the bottom, it's signed,
14  "DC."
15      Q    Who would be the deputy chief? That would be
16  one of the firefighters at the scene?
17      A    The incident commander I have on the front
18  page is DC Gary Gray, it could have been.
19      Q    So this is not a report that you filled out?
20      A    No.
21      Q    All right. Do you recall when you arrived at
22  the scene, when you spoke with Noberto Claro and
23  the female that resided in the home?
24      A    No, I don't recall. It's not the first step
25  that I ever do.

Page 50

1      Q    And you don't recall whether you spoke with
2  any of the other firefighters at the scene?
3      A    Oh, yeah, I talked to a lot of them, but when
4  I first got there, when you asked me, I have no
5  idea when I first got there. I always report to
6  the incident commander and I also talk with all the
7  first arriving companies and any firefighters that
8  worked it, and I talk to them.
9      Q    Who was the first arriving company?
10      A    First arriving company would be on the first
11  page and it would have been – they are all
12  dispatched at the same time.
13      Q    Let me show you this. This might help you
14  out. Exhibit 3 is the Waterbury Fire Department
15  incident report.
16      A    I don't see why it would be a different one
17  than what I have right here. Oh, it's after the
18  marshal signed it at the time. And it's typed up.
19  The first arriving engine company –
20  this is from the deputy chief.
21      Q    Exhibit No. 3?
22      A    Uh-hum.
23      Q    Yes?
24      A    Yes. And, yeah, this is different, so
25  Exhibit 3 is different than this exhibit here, or

Page 51

1  whatever, if that's an exhibit or not, that I
2  gave –
3      Q    Why don't you hand me back your report there.
4      A    It's the same thing as this one right there.
5      (Indicating.)
6      Q    Don't say anything. I'm going to have her
7  mark this page 2A.
8
9      (Marked for identification,
10  Defendant's Exhibit No. 2A, basic
11  incident report from Exhibit 2.)
12
13  BY MS. POLGLASE:
14      Q    All right. I'm going to show you what's been
15  marked as 2A. That's the handwritten document that
16  was dated 11-13, signed by the deputy chief; is
17  that correct?
18      A    Correct.
19      Q    And Exhibit 3 is a typed-up Waterbury Fire
20  Department incident report; is that correct?
21      A    Correct.
22      Q    Okay. Why don't you read through both of
23  those, and let's go off the record for just a
24  second.
25

Page 52

1      (Off-the-record discussion.)
2
3  BY MS. POLGLASE:
4      Q    All right. Have you figured out what
5  Exhibit 2A is?
6      A    Yeah.
7      Q    Can you tell me what the difference is
8  between 2A and 3?
9      A    This is one that I believe is typed up in our
10  office. Once these are handed in, they get to the
11  secretary, who does some typing and sends them up
12  to the state. And this is what I believe it is.
13  This copy that's typed is one that's – it's also
14  signed by the marshal on 12-12, a month later. So,
15  yeah, that came through our office. This was one
16  that they do right after the scene. Right after
17  the incident.
18      Q    So 2A is done by the deputy chief right after
19  the incident?
20      A    Correct.
21      Q    Okay. And 3 is one that's done a month
22  later; is that right?
23      A    Well, whatever time it takes. That's how
24  long it took for this one, uh-hum.
25      Q    And you mentioned that the fire marshal

## Page 53

1  signed off on this.
2      A    Down at the bottom. (Indicating.)
3      Q    Edward –
4      A    Case.
5      Q    – Case. Who is Edward Case?
6      A    A retired marshal.
7      Q    He was the fire marshal at the time of this
8  fire?
9      A    Correct.
10      Q    Okay. Now, when did you draft your report?
11      A    I'm not sure, but I do it within the next
12  day, usually. There's – usually if it's a
13  weekend, maybe not until the following Monday, but
14  I do them as quickly – while they are fresh in my
15  head. I do them right away.
16      Q    So you do your report and hand it in to who?
17      A    I do – I do my report and the marshal will
18  look it over. I'm the supervisor and he would be
19  my supervisor.
20      Q    Okay. So Edward Case looked at your report,
21  correct?
22      A    I discussed it with him and showed it to him,
23  and, yes, he signed it.
24      Q    And your report was done within a couple of
25  days of the fire; is that correct?

## Page 55

1      Q    When you do your fire investigation report,
2  you turn yours in to Edward Case. Do you recall
3  discussing the report for this fire with
4  Edward Case?
5      A    We don't turn them in to him. He could
6  review it and he definitely – I would always
7  review the – the marshal always wants to know all
8  the fires that happen and he looks at the reports
9  or reviews it and sits down and talks to the
10  investigator and that type of review.
11      Q    Okay. Do you recall discussing this fire
12  with Edward Case?
13      A    No.
14      Q    But it would be your routine to discuss your
15  fires with him?
16      A    Each morning we meet, yeah.
17      Q    And, to your knowledge, there would be no
18  reason why he would not have reviewed your report
19  in this case?
20      A    No reason not to believe he didn't.
21      Q    And you mentioned you meet every morning; is
22  that right?
23      A    Each morning the marshal would make the
24  rounds and discuss what happened at night after he
25  left at five o'clock, if there was any fires or

## Page 54

1      A    Yes.
2      Q    And then a month later the Waterbury Fire
3  Department submitted their incident report to the
4  state?
5      A    It doesn't have to be a month. It's just the
6  amount of time it takes for the incident commander
7  to turn his in and then get them in a pile with all
8  the rest of them, then the secretary gets a chance
9  to type them up.
10      Q    But in this particular case, Edward Case
11  signed off on the fire incident report on
12  December 12, 2000, correct?
13      A    Correct.
14      Q    Okay.
15      A    That's what it says.
16      Q    That would be after you submitted your
17  report, correct? You submit your report within a
18  couple of days?
19      A    Yeah. I never seen those, the NFIRS. We
20  don't really have anything to do with them. They
21  come in to the secretary and they are just for
22  statistic reasons, I believe. I don't even know
23  the exact purpose of them. But we don't deal with
24  the NFIRS. We just do our reports, our fire
25  investigation reports.

## Page 56

1  over the weekend.
2      Q    So you would have discussed this fire with
3  him within a day or two of the fire?
4      A    That's the procedure we always follow, if he
5  was in, if he was in the next day or whatever, but
6  we discuss all fires and any situations that happen
7  in the office with the marshal.
8      Q    Do you recall any smoke detectors in the
9  Claro home?
10      A    If I didn't note them, then I didn't.
11      Q    So if –
12      A    I didn't – I didn't note it. I wouldn't
13  recall if there was or wasn't. I wouldn't recall.
14      Q    Okay. So let me see what I understand. If
15  it's not in your report, sitting here today, you
16  don't know?
17      A    Yeah, I wouldn't recall if I seen a smoke
18  detector or not.
19      Q    Now, the report that's marked Exhibit 3, your
20  report, you typed that up. Is that a form that's
21  already on the computer and you just fill in the
22  blanks?
23      A    Kind of. I did this myself, and, with the
24  lack of any type of computers we have and had back
25  then, I followed a format from the state fire

**Page 57**

1 marshal's office. We followed those and decided to
2 do our reports that way instead of the way they
3 used to do them.
4    Q   Okay. And these Waterbury fire marshal's
5 fire investigation reports, do they go to any other
6 entities or people besides Edward Case or the
7 Waterbury fire marshal's office?
8    A   They just stay with us.
9    Q   So they are there for you or Mr. Case to
10 review?
11    A   Yup. They get filed.
12    Q   I think before we got side-tracked by the
13 different reports, I was asking you about what you
14 did at the scene and how you went about
15 investigating the fire. You mentioned that you
16 recall speaking to Noberto and a female resident of
17 the home. Do you recall any other residents of
18 the home being present at the scene?
19    A   I don't recall.
20    Q   Okay. And you mentioned that you would have
21 reported to the scene commander.
22    A   Yup.
23    Q   Do you know Gary Gray?
24    A   Yeah. I know him from work, yeah.
25    Q   Okay.

**Page 58**

1    A   He retired, though.
2    Q   Do you recall talking to him?
3    A   No. We talk to each person each call we go
4 to.
5    Q   So sitting here today, do you recall any
6 conversations that you had with any of the
7 firefighters on the scene?
8    A   No.
9    Q   Do you recall any conversations that you had
10 with anyone at the scene besides Noberto and the
11 female that we spoke about?
12    A   I don't recall, but I do know that with the
13 firefighters, I always ask them questions, and I
14 remember a feeling of – I know that some of the –
15 I asked the first arriving officer and the guys
16 that were working on that crew what they had when
17 they got there and they told me, but who they were
18 and what we exactly said, I don't recall.
19    Q   Okay. That would be your routine, to do
20 that?
21    A   Yup.
22    Q   Okay. And do you recall what they told you?
23    A   Yeah. The refrigerator was stuck in the
24 doorway, which is strange, you know. This was a
25 strange fire. This was something that doesn't

**Page 59**

1 normally happen or we have ever come across is a
2 refrigerator stuck in the door, and they are
3 pulling up with it on fire and causing, you know,
4 extension outside.
5    Q   I'm sorry. Causing what?
6    A   The fire to extend outside, to the outside of
7 the building.
8    Q   Do you recall them saying anything other than
9 the refrigerator being stuck in the doorway?
10    A   The guy was burned. That's the first thing
11 we check for, anybody ever being hurt.
12    Q   Anything else?
13    A   No, not that I can recall, I don't think, at
14 this point.
15    Q   What was unusual about this is that the
16 refrigerator was stuck in the doorway?
17    A   Unusual for them when they responded to the
18 fire, but for me investigating it was that the
19 inside of the refrigerator was totally burned. It
20 was beyond recognition.
21    Q   Okay. It was unusual for them because the
22 refrigerator was stuck in the doorway. That's what
23 they relayed to you?
24    A   Yes.
25    Q   "They" meaning the first responding

**Page 60**

1 firefighters?
2    A   Correct.
3    Q   For you what was unusual was the inside of
4 the refrigerator being burned to the extent that it
5 was?
6    A   Yes.
7    Q   Prior to going to this fire investigation,
8 had you investigated any fires allegedly caused by
9 a refrigerator?
10    A   No, not at all.
11    Q   After this fire, have you investigated any
12 fires allegedly caused by a refrigerator?
13    A   I don't recall. I don't believe so.
14    Q   Okay. In your career as a firefighter, do
15 you remember – can you recall any fires allegedly
16 being started by a refrigerator?
17    A   Never seen one like that, no. Not – no, not
18 on the inside.
19    Q   When you say, "Not on the inside," what do
20 you mean?
21    A   There was never – you can have a whole
22 kitchen burned. You open the refrigerator, there's
23 nothing burned on the inside.
24    Q   You've never seen the inside of a
25 refrigerator burned?

Page 61

1    A    Never, until this one.
2    Q    And never since?
3    A    Never since, no.
4    Q    In your training, had you had any training or
5    information about fires allegedly caused by
6    refrigerators?
7    A    No. Not by a refrigerator, no.
8    Q    And you've never worked in the area of
9    refrigerator repair or construction, correct?
10   A    Correct.
11   Q    You've never had any engineering courses?
12   A    No, I don't believe so.
13   Q    You've never worked as an electrician?
14   A    As an apprentice-type one, yes, for a week or
15   two.
16   Q    But you never had any extensive training in
17   electrical repair or –
18   A    No.
19   Q    – electrical appliances of any kind?
20   A    No.
21   Q    Do you know how refrigerators work?
22   A    That's kind of a big question. I guess it
23   could be as simple an answer as by plugging it in
24   or it could go on, I mean, to the ideas of the way
25   refrigeration and the motors and everything else

Page 62

1    worked about them.
2    Q    Do you know anything about how the
3    refrigeration and the motors on refrigerators work?
4    A    I do know electricity goes through them and
5    they do need electricity, and anything that needs
6    electricity to run can always be a source of – any
7    type of ignition source for a fire occurring, or,
8    if a malfunction occurred or anything like that,
9    through our training, those are always sources,
10   electrical sources that you look to for where
11   causes happen.
12   Q    Okay. Aside from understanding that
13   refrigerators are electric and appliances that have
14   electric power can be sources of ignition, do you
15   have any understanding about how refrigerators
16   work?
17   A    See, that's a broad question. I mean, sure,
18   I think I do a little bit.
19   Q    Explain to me what you understand about how
20   refrigerators work.
21   A    I don't understand that question. That's too
22   broad for me to understand.
23   Q    Okay. What is it that – I'm just trying to
24   get an understanding of what you know about
25   refrigerators. That's all. What is it that you

Page 63

1    are having a hard time with the question about?
2    I'll try and narrow it down for you.
3    A    I don't know what you're looking for. I
4    mean, really.
5    Q    You mentioned that refrigerators have motors.
6    Do you know anything about the motors on
7    refrigerators?
8    A    About the way the motors are, the way that
9    they are built and stuff, just very slightly.
10   Slightly. I would understand a little bit about
11   them, but, like I say, I never took any course or
12   anything in knowing how to design them or build
13   them or anything like that.
14   Q    Have you ever looked inside the machinery
15   cabinet of a refrigerator?
16   A    Yeah, I have.
17   Q    Under what circumstances?
18   A    Under what circumstances? I look at them
19   just – I mean, I've looked at them in my own house
20   even sometimes, or any other old one that I might
21   have been tossing out, if I took the back off it
22   and whatever and I looked at it, or underneath,
23   whatever, where all the parts are, the mechanical
24   parts. I've seen them before.
25   Q    Can you identify any of the components in the

Page 64

1    machinery cabinet of this particular refrigerator?
2    A    I took photos of what I seen; and what I had
3    and what those photos were back then, I don't
4    remember.
5    Q    Okay. Just generally, can you identify any
6    of the components in a refrigerator's machinery
7    cabinet?
8    A    I know where the motor is, where it's running
9    to, where the electrical wires that go into the
10   wall and into the circuit and comes out, which
11   generates the heat.
12   Q    Can you tell me anything else about the
13   components in the machinery cabinet of a
14   refrigerator? That's okay if you can't.
15   A    No. I don't know. I don't think I can.
16   Q    Okay. I'm just trying to get at what you
17   know and what you don't know. That's all.
18   A    I don't know. I never took courses in
19   refrigeration or building the motors or fixing them
20   or anything like that.
21   Q    And you took – on the day of the fire, you
22   took – I think it looks like one photo of the
23   machinery cabinet. Let me pull it out for you.
24   Let me ask you this: Do you know what that's a
25   photo of?

### Page 65

1    A    That's a circuit, and I believe it's the one
2 in the wall. Let me see. Yup, that's the
3 electrical outlet showing that there was no damage
4 to the inside of the circuit behind the
5 refrigerator where it was plugged in.
6    Q    So we're referring to a photograph that's
7 been identified as J?
8    A    Yup.
9    Q    And that is what?
10    A    I believe it's the outlet right behind the
11 refrigerator where it was plugged in and it's
12 showing that there was no arcing inside the
13 electrical outlet.
14    Q    Okay. Let me just identify it first.
15 Photograph I. What is that?
16    A    These are the circuit breakers of the house.
17    Q    What's that particular photograph show?
18    A    Which one was tripped and which one wasn't.
19    Q    Were any of them tripped?
20    A    Yes, there was.
21    Q    Which one was tripped?
22    A    That one right there. (Indicating.)
23    Q    The one on the upper left corner?
24    A    Yup. And I wrote that in the report, too.
25    Q    Okay. Can you tell me where that is?

### Page 67

1    A    Yup. All the breakers. There was one that
2 was tripped down at the bottom. It looks like from
3 the photo that there was no damage -- no external
4 damage or anything to the circuit panel causing any
5 type of a problem or causing that fire.
6    Q    Okay. And which one looked like it was
7 tripped?
8    A    It looks like the one down at the bottom.
9    Q    On the right-hand side?
10    A    Uh-hum.
11    Q    The last one on the bottom?
12    A    Yeah.
13    Q    Okay.
14    A    It looks like that's the open one, uh-hum.
15    Q    All right. When we started -- when I came
16 over here I was going to ask you about the
17 machinery cabinet. Let me just -- that's
18 photograph D?
19    A    Uh-hum.
20    Q    That the machinery cabinet?
21    A    Yes.
22    Q    What did you observe by looking in the
23 machinery cabinet of this refrigerator?
24    A    What I observed?
25    Q    Yes.

### Page 66

1    A    "Kitchen breakers tripped and range. There
2 was no sign of arcing in the outlets."
3    Q    "Kitchen breakers tripped and range." What
4 does that mean?
5    A    That the breakers that were running
6 electricity to the stove, or the range, and to the
7 kitchen, they were tripped.
8    Q    Okay. And do you know what caused that?
9    A    No.
10    Q    All right. Photograph N. Do you know what
11 that is?
12    A    That is another outlet.
13    Q    Do you know which one that is?
14    A    No. It wasn't the one that was near the
15 fire. That one was. (Indicating.)
16    J    was the one that was near the fire?
17    A    Uh-hum.
18    Q    Because you can see some remnants around the
19 outlet?
20    A    Yup.
21    Q    All right. Photograph O, is that correct?
22    A    Uh-hum.
23    Q    What's depicted in photograph O?
24    A    That's another circuit panel for the house.
25    Q    Do you know what that shows?

### Page 68

1    A    What I observed was there was another photo
2 of a piece that came out that I believe was part
3 of -- that was energized at one point, or would
4 have been because it had the cord going right to
5 it. It was melted. It was melted and damaged.
6 And besides that, there was really no other damage.
7 It seemed not to be broken or smashed or anything
8 like that. Everything seemed to have been in
9 order, and, you know, not broken when I got there.
10    Q    Okay. Could you find the photo that you
11 mentioned of the cord?
12    A    This one might have been it. (Indicating.)
13 Yup, that would have had to have been it. Yeah,
14 this one. If that's all the pictures, then this
15 one was the one that I had.
16    Q    Okay. If you want to, feel free to check the
17 negatives to make sure they are all here.
18    A    These are difficult to tell. Fifteen. Let's
19 see. They are all here. That was it, then. That
20 was the picture I took. I was thinking back to the
21 scene of the fire and that's what it was, then.
22 That's the picture I took.
23    Q    Okay. And you mentioned that there was some
24 wire -- the wire going to -- that the wire going
25 from the plug to the refrigerator --

Page 69

1    A    Yes. That's all, yeah.
2    Q    – you saw some melting on that?
3    A    Yeah, because the fire was all around this
4  area, anyways. You could see from the other photos
5  that it was right alongside of the refrigerator.
6    Q    So it wasn't that you observed any problem
7  with the cord, it was that it was attacked from
8  external fire?
9    A    I wouldn't be able to determine that, but
10  there was a lot of damage to the refrigerator
11  itself. You can see it, I mean, just by the
12  photos. There was a lot of damage to it, and to
13  determine what actually electrical-wise caused that
14  problem, I didn't make a determination. That's not
15  my expert field, the electrical area.
16    Q    Okay. So the extent of your determination
17  was to determine that it was this refrigerator –
18  the refrigerator was the cause of the fire, but you
19  don't know why the refrigerator caused the fire?
20    A    Correct.
21    Q    And again looking at photograph D, you didn't
22  see any problems in the machinery cabinet of the
23  refrigerator?
24    A    I didn't see anything that was broken or
25  anything that seemed to be smashed as if somebody

Page 71

1    A    Even the fire patterns alongside of the
2  refrigerator right here and the inside – the most
3  extensive damage by the fire was inside the
4  refrigerator, and from the firefighter's report and
5  any physical damage left at the scene of that fire,
6  and even the witnesses of the fire, also, the
7  tenants.
8    Q    Let me make sure I cover each of those.
9  So, it was the fire patterns on the side
10  of the refrigerator?
11    A    Yup, throughout; on the floors, the walls,
12  the ceiling. Smoke and fire patterns throughout
13  the whole building, the whole occupancy, led me to
14  that.
15    Q    Okay. Now, I understand that the smoke and
16  fire patterns throughout the building led you into
17  the kitchen, right?
18    A    Uh-huh.
19    Q    Okay. So I'm trying to narrow down exactly
20  each piece of evidence that leads you to believe
21  the refrigerator caused the fire, and I understand
22  from your investigation of the building it would
23  tell you the fire started in the kitchen, correct?
24    A    Yup.
25    Q    And that's what you mean when you say the

Page 70

1  was – well, you know, like really damage that
2  could have caused – that I would have seen that.
3  Okay? This thing's been smashed up and beat up
4  enough to where maybe something like that had
5  caused it. It seemed – everything seemed to be in
6  order by looking at it, to me, as much as I know
7  about refrigerators and stuff. There didn't appear
8  to be any damage to any parts, physical damage
9  caused to them.
10    Q    Okay. And did you see any evidence that the
11  fire started in the refrigerator's machinery
12  cabinet?
13    A    I wasn't – no, I didn't determine that
14  exactly. It could have and then extended up into
15  the refrigerator, depending on how the motor was
16  working and whatever electrical parts down there
17  were working. I wouldn't rule it out.
18    Q    All right. So, again, all you know is that
19  it was your determination that the refrigerator –
20  the refrigerator was the cause and origin of the
21  fire. You don't know where in the refrigerator it
22  started?
23    A    Correct.
24    Q    And you base your conclusion that the
25  refrigerator was the cause of the fire on what?

Page 72

1  fire patterns throughout the building?
2    A    Yup, but they also could pinpoint you to
3  where the – the location, also.
4    Q    What fire patterns pinpoint you to the
5  location of the refrigerator?
6    A    The V pattern on the side of the refrigerator
7  and the –
8    Q    Let me stop you there. There's fire – there
9  was multiple fire patterns. I'm trying to get at
10  what fire patterns. So, the first thing that you
11  said was the fire patterns were in the building.
12  Were there any fire patterns in the building that
13  led you to the cause and origin of the fire other
14  than they tell you that it started in the kitchen?
15    A    That's a confusing – I'm confused now.
16    Q    Well, I'm confused a little bit, too, because
17  I'm trying to nail down what the evidence is that
18  you base your conclusion that the fire started with
19  the refrigerator, and one of the things you said
20  was the fire patterns were in the whole building.
21    A    Fire, and I said smoke, also.
22    Q    Okay. So, I'm trying to nail down what today
23  you can recall about the fire patterns.
24    A    For fire investigations you start from the
25  outside and work in, and then you look for smoke

## Page 73

1  damage, at least to the house, and the same thing
2  with any fire patterns. You go to the house and
3  look in that area as to what burned the longest and
4  what caused the most smoke damage. That's where it
5  will lead you to, where the fire was started, the
6  seed of the fire.
7      Q    And explain to me what you recall about the
8  fire patterns and the smoke patterns in this
9  building that led you to determine that the cause
10  and origin was the refrigerator.
11     A    The most smoke and most fire damage was in
12  the kitchen, and they are also -- the heaviest
13  char, the heaviest burn, the heaviest smoke, the
14  patterns that were involved to where a fire can
15  start and work out and up was right there at the
16  refrigerator. All the physical evidence of the
17  fire patterns and smoke patterns and damage --
18  physical damage that was the most severe was the
19  refrigerator and inside the refrigerator.
20     Q    Okay. So, from your review of the fire and
21  smoke patterns outside of the kitchen, they led you
22  into the kitchen as the origin of the fire, right?
23  Is that right?
24     A    That was the area of origin, the kitchen.
25     Q    And then once you get into the kitchen, you

## Page 74

1  look at the fire patterns and the area of the
2  heaviest damage to determine where the fire started
3  in the kitchen, right?
4      A    Uh-huh.
5      Q    Okay. And in this particular case, you
6  determined that it was the refrigerator because the
7  refrigerator had the most extensive damage in the
8  kitchen?
9      A    Yes.
10     Q    Okay.
11     A    And there was fire patterns on it. There was
12  a V pattern right on the side of it.
13     Q    And we are talking about photograph 4C,
14  correct?
15     A    Correct.
16     Q    Okay. And you are looking at the left side
17  of the refrigerator as you face it; is that right?
18     A    I believe so. That's what it is.
19     Q    Now, when these photos were taken, the
20  refrigerator had been pulled out of the door
21  already, right?
22     A    Correct.
23     Q    Do you know who pulled the refrigerator out
24  of the door, or pushed it out?
25     A    Yeah, me.

## Page 75

1      Q    So when you got there, the refrigerator was
2  in the doorway, correct?
3      A    Yup.
4      Q    Okay. And how was the refrigerator
5  positioned in the doorway?
6      A    It was jammed. It was stuck.
7      Q    It was stuck. Was it too tall or too wide or
8  both?
9      A    Both. He would have had to get it exactly
10  perfect to get it out.
11     Q    As you're looking out the back door, was the
12  front of the refrigerator facing you?
13     A    I can't remember.
14     Q    You don't recall if it was the side of the
15  refrigerator --
16     A    No, I don't recall.
17     Q    -- or the back of the refrigerator facing
18  you?
19     A    I don't recall.
20     Q    But you pulled it out of the doorway?
21     A    Yup.
22     Q    And where did you move it when you pulled it
23  out of the doorway?
24     A    Put it back to the original spot where it
25  was.

## Page 76

1      Q    And the V patterns that you're talking about
2  on the refrigerator are depicted in photograph C,
3  correct?
4      A    Yup.
5      Q    And that's on the left-hand side of the
6  refrigerator?
7      A    Yup.
8      Q    And that tells you what?
9      A    It's a possibility that that's where -- well,
10  it doesn't mean that that's exactly where, if there
11  was multiple points of origin, which I didn't find,
12  that will lead me to a source or to a spot that was
13  the lowest burn, so it could have started there and
14  it could have started in that area. More likely
15  than not, it was in this area, the lowest burn, and
16  the way it shoots and works up and out can lead you
17  to where the possibility -- the most likely
18  possibility where that fire started.
19     Q    So, typically, the area of the lowest burn is
20  where the fire started?
21     A    Correct; depending. If there was any
22  accelerants or anything like that that could have
23  thrown off the way the fire would work out on its
24  own, burn on its own, without anything to pull it
25  in a certain direction or anything, no accelerants

### Page 77

1   or anything like that that could lead to other than
2   the way it should burn.
3     Q   You didn't see any evidence of accelerants
4   here?
5     A   No, there was none.
6     Q   As a fire inspector, you look for the area of
7   the lowest burn, correct?
8     A   We look for patterns, and that's one of them.
9     Q   Okay. And the area of lowest burn is
10   indicative to you of a possible point of origin;
11   isn't that right?
12     A   Correct.
13     Q   And did you determine where the lowest point
14   of burn was in this fire?
15     A   No.
16     Q   Now, you mentioned that you did a lot of
17   shoveling. Can you tell me what you meant.
18     A   All the stuff that's on the floor, I cleaned
19   out onto the floor. All this stuff that had to be
20   pulled down and charred ceilings or whatever else
21   was burned, and whatever was in the kitchen had to
22   be tossed out.
23     Q   Okay. And did you ever get down to the bare
24   floor?
25     A   Yes. There's some pictures of it, yeah.

### Page 78

1     Q   Can you pull out the photographs of the bare
2   floor.
3     A   I believe that this is part of the floor
4   right here. I believe I – here's a lot of the
5   stuff that had to go out, but that was part of the
6   floor, I believe. (Indicating.)
7     Q   Is this the inside or the outside of the
8   house?
9     A   Unless this is different. If I didn't take a
10   picture of it, I know I shoveled it all out. Let's
11   put it that way.
12     Q   Well, here's the bottom of the photo, unless
13   you're holding the camera this way. (Indicating.)
14   Let's identify that one for the record. That would
15   be photograph B, correct?
16     A   Yup.
17     Q   Okay. And photograph B is a photograph of
18   what area of the house?
19     A   I can't remember. It's hard to tell by this
20   shot.
21     Q   Okay. So you don't know whether this is the
22   outside floor or the inside floor? Outside meaning
23   the porch floor.
24     A   Correct.
25     Q   Can you point to any other photographs that

### Page 79

1   depict fire damage that indicate to you that the
2   fire occurred in the – started with the
3   refrigerator?
4     A   Well, I know the refrigerator was on fire
5   because it was stuck in the doorway, and that's
6   what was on fire that caused all the extension out
7   into the front porch, or the back porch there and
8   up.
9     Q   And you're referring to – let me just make
10   sure for the record. You're referring to
11   photograph G; is that correct?
12     A   Yes.
13     Q   What?
14     A   Yeah.
15     Q   What does photograph F depict?
16     A   That's the side of the house that would run
17   right alongside G. It's like that. (Indicating.)
18     Q   Okay. And there's fire damage coming out the
19   windows on the side of the kitchen, correct?
20     A   Yeah. There's some heat and – yup, that
21   refrigerator would have been right in that area.
22     Q   Did you take any photographs of the
23   refrigerator stuck in the doorway?
24     A   I guess I didn't.
25     Q   All right.

### Page 80

1     A   They are not here.
2     Q   Photograph P is this one. That depicts the
3   refrigerator in what position?
4     A   You know what? That might be it. That might
5   be in the door. Where is it? Still in the
6   kitchen? I see appliances in the back and it looks
7   like it's pushed back away from the doorway. It
8   looks like it could be just pushed back into the
9   kitchen.
10     Q   And it looks like the –
11     A   It is.
12     Q   – front of the refrigerator is facing
13   towards the back door; is that correct?
14     A   Yes, it looks – yeah, that's the way it is,
15   yeah.
16     Q   Do you recall – does that help you recall
17   what the position of the refrigerator was when you
18   found it?
19     A   No, but it's right near those windows, too,
20   that were – you seen the extension coming out.
21     Q   But the refrigerator was in the doorway when
22   you got there?
23     A   Yeah, I believe it was, unless the guys had
24   moved it before I got there, but it was stuck in
25   the door, from what I recall.

**Page 81**

1    Q    Sitting here today, you recall pulling it out
2  of the doorway?
3    A    Helping, yeah. I remember moving it around
4  quite a – getting it – moving that thing. I
5  remember all the work I did at that fire.
6    Q    All right. Can you describe for me all the
7  work you did at the fire.
8    A    I did a lot of the – I shoveled out because
9  this was a confusing fire for me. I never seen a
10  refrigerator burned totally inside like that, ever,
11  and I thought that I wanted to really check the
12  best I could. I stayed there for quite a while and
13  cleaned out that whole – got down to the bare
14  floor and shoveled out a lot and spent some time
15  there, checked the electrical, checked different
16  things, left the appliances and made sure I didn't
17  disturb anything as to where I figured that this
18  might be looked into in this type of situation. I
19  never seen anything like it, so I made sure I
20  worked very hard there and took my – and took as
21  much time as I needed before coming to any type of
22  determination on this.
23    Q    You'd never seen anything like this fire
24  before?
25    A    Nope.

**Page 82**

1    Q    Have you seen anything like it since?
2    A    No.
3    Q    You also took some pictures of the stove
4  area; is that correct?
5    A    Yup.
6    Q    Why did you take those pictures?
7    A    I'm not sure why I did. I do normally take
8  them of the entire room.
9    Q    Photographs K and M are of the stove area; is
10  that correct?
11    A    Yes.
12    Q    And photograph L is of the sink area; is that
13  correct?
14    A    Yeah.
15    Q    Why did you take the photograph of the sink
16  area?
17    A    Just showing damage in the room, I assume. I
18  can't remember exactly why. There was nothing
19  noted in my report of why there was any
20  significance of taking that, but it does show burn
21  patterns and any smoke and any other type damage
22  where it could lead me to believe where the source
23  might have been, the point of origin or area of
24  origin narrowed down.
25    Q    What do those photographs tell you about the

**Page 83**

1  point of origin?
2    A    About the point of origin from just this
3  photograph?
4    Q    Yes.
5    A    That's not why I took them. They don't
6  really tell me a point by taking those pictures.
7  They show me which way the damage headed and it's
8  going away from where the refrigerator was.
9    Q    Okay. What about those photographs tells you
10  that the damage is going away from where the
11  refrigerator was?
12    A    What about them?
13    Q    You mentioned the photographs you took of the
14  kitchen.
15    A    There's more damage closer to the kitchen and
16  heavier char and more damage in the area of the
17  refrigerator than there is away from this.
18    Q    Okay. And are there – did you take any
19  photographs of the char in the area of the
20  refrigerator?
21    A    I'm not sure what this is. You can see a lot
22  of it above it, right here in the rafters, above
23  where the refrigerator would be. That's where the
24  heaviest char on the rafters are, on the ceiling.
25  And there's probably also – I don't know if there

**Page 84**

1  was one where the refrigerator actually was.
2    Q    Let me just identify that photograph you were
3  just talking about, photograph A.
4    A    Yes.
5    Q    Okay. Where would the refrigerator be in
6  that photograph?
7    A    In this – in the – I believe in the bottom
8  left area.
9    Q    Bottom left of photograph A?
10    A    Yup. It was – I believe it was. It's hard
11  to tell by that picture. I guess I didn't take
12  good pictures. It's been three years so it's hard
13  for me to even remember exactly. I did take one.
14  I'm pretty sure I would have taken one where the
15  refrigerator was without it there. This one was
16  when I put it back.
17    Q    Now, you mentioned that you cleaned out a lot
18  of the debris because it was confusing when you
19  first got there.
20    A    It wasn't so confusing. I was just amazed
21  that the inside of the refrigerator would burn like
22  that.
23    Q    Why were you amazed?
24    A    I never seen one in the 13 years or whatever
25  amount of time I worked, that many years on the job

Page 85

1  of seeing anything like that. What? Ten years on
2  the job, all the fires I've been to, working or
3  investigating, never seen anything like it before.
4  And there's always a type of -- you want to see if
5  there is any suspicion of anything going on, and
6  that was something I wanted to look into deeper.
7    Q    Why is that?
8    A    Because I never seen nothing like it.
9    Q    So, again, the cause and origin of this fire
10  is the refrigerator, but you don't know what the
11  ignition source was?
12    A    Well, yeah. Even the cause and origin, as
13  you say -- let's see what I even put. The area of
14  origin was the kitchen. The point of origin, I
15  believe, was the refrigerator, appliance.
16    Q    That area?
17    A    Yeah.
18    Q    Now, is it that you believe the fire started
19  in the refrigerator or is it that you believe the
20  fire started in the area of the
21  refrigerator/freezer?
22    A    I didn't -- I don't believe it was the area
23  because I've never seen the inside of a
24  refrigerator burned. As I said before, when an
25  entire house is on fire, you can open the

Page 86

1  refrigerator and there's still contents inside of
2  it that ain't even burned. You can see in the
3  picture down at the
4  bottom there was nothing left to it, and that I've
5  never seen, so somehow there was an awful lot of
6  heat and fire inside that refrigerator.
7    Q    And so for that reason you believe the fire
8  started with the refrigerator?
9    A    There was no -- not just for that reason.
10  That was one of the many. With the other fire
11  patterns and smoke damage and responses from the
12  firefighters first on scene, from the owner and
13  from burning himself, that that was -- there was
14  fire in that refrigerator by the physical results
15  of what happened. Even with them photos, there's
16  not a shelf left, there's not an interior left to
17  it, and that I've never seen before.
18    Q    All right. You mentioned a couple times the
19  statements of the firefighters. Again, as I recall
20  your testimony, all you can -- let me finish -- all
21  you recall the firefighters saying to you is that
22  they saw the refrigerator in the door?
23    A    I asked them what they had when I got on
24  scene and they told me.
25    Q    Sitting here today, you recall them telling

Page 87

1  you that they saw the refrigerator in the door,
2  correct?
3    A    Uh-hum.
4    Q    Is there anything else that you can recall
5  them telling you, sitting here today --
6    A    No.
7    Q    -- besides that the guy got burned?
8  Then at some point you spoke with
9  Noberto and you spoke with a female from the house.
10    A    I believe there was a female that I spoke to,
11  yeah.
12    Q    We have gone into that in detail already.
13  You've described the fire patterns, I believe, the
14  fire patterns on the refrigerator and in the home.
15    A    Uh-hum.
16    Q    Now, in your report you mentioned fire damage
17  to the C/D corner of the structure.
18    A    Yup.
19    Q    What do you mean by the C/D corner?
20    A    Right there, the back porch. When you look
21  at the house, you pull up, that's the A side. You
22  go to the left, A, B. C is the rear and D is to
23  your right.
24    Q    Okay. That's pretty standard in fire
25  investigation?

Page 88

1    A    Different people may use different things.
2  It may be 1, 2, 3, 4 or something, but that's the
3  way I've always done it.
4    Q    Now, there under your description of exterior
5  damage, you say there was fire damage to the second
6  floor directly above the rear entrance, and then
7  you state, "No other fire damage." Can you tell me
8  what that statement means, "No other fire damage."
9    A    Throughout the other rooms, the living room
10  and upstairs in the building, there was no
11  extension inside or any other fire damage in any of
12  the rooms. The only damage to the outside of the
13  building was right there in that corner above the
14  porch, and the porch.
15    Q    Now, in your conclusion paragraph you state
16  that, "Based on the physical evidence at the scene
17  and witness interviews, I believe this fire was
18  caused by a malfunction of the
19  refrigerator/freezer." Can you tell me what you
20  mean by "malfunction."
21    A    Something didn't operate right. That's what
22  I mean. I don't know how the motor actually works.
23  If something malfunctioned, I'm not going to take
24  it apart and figure out exactly what caused it, but
25  I believe something went wrong because if it was

Page 89

1  operating properly, the insides and everything else
2  would not be burned and look beyond recognition
3  like that.
4      Q    Your understanding is that – or your opinion
5  as a cause and origin expert is that the fire
6  started inside the refrigerator, correct?
7      A    I'm not sure if it started inside the
8  refrigerator, but it's quite likely that it could
9  have. Something caused – I don't know how it
10 burned like that. I never – I don't know how
11 there was that extensive damage inside that
12 refrigerator like that.
13     Q    All right. So your opinion is that the fire
14 started with the refrigerator, correct?
15     A    Yeah.
16     Q    And you don't know what caused the fire with
17 the refrigerator, correct?
18     A    Correct.
19     Q    You don't know what's been done to this
20 refrigerator over its life, correct?
21     A    Correct.
22     Q    And you're assuming that it's a malfunction
23 of the refrigerator, correct?
24     A    To the best of my knowledge, with everything
25 that I looked at and all the work that I did there,

Page 90

1  I tell you that everything pointed to the
2  refrigerator.
3      Q    Okay. Again, I understand what you're
4  saying, everything points to the refrigerator, but
5  in terms of a malfunction, you're assuming it was a
6  malfunction of the refrigerator because it started
7  with the refrigerator?
8      A    Correct.
9      Q    Not because of any understanding you have as
10 to what actually caused the fire in the
11 refrigerator, correct?
12     A    Correct.
13     Q    Okay. And on Exhibit 3 – I'll hand that to
14 you -- it states in the third block down, "Area of
15 fire origin." It says, "Kitchen, cooking area."
16 Do you see that?
17     A    Okay. Area of origin. Yup.
18     Q    It says, "Kitchen, cooking area." Do you see
19 that?
20     A    Uh-hum.
21     Q    Do you know what is meant by that statement?
22     A    This is Gary – I assume Gary Gray's report,
23 but these NFIRS reports are all number coded to the
24 right. It's 24. And they don't let you put your
25 own words in. You have to pick.

Page 91

1      Q    Okay. And then it says – right next to that
2  it says, "Undetermined equipment." Do you see
3  that?
4      A    Yeah.
5      Q    Do you know why it says that?
6      A    Because he don't determine anything. We do.
7  The fire marshal's office does. That's one thing
8  that we have a problem – well, the guys have a
9  problem with. They shouldn't, and they are told –
10 whatever. I don't know if they are told when it
11 comes to – see, I've done it. I've been in that
12 position and filling these out as the acting
13 officer that's involved with making determinations
14 and that's not what we do on the fire engine.
15     Q    Okay. Well, down below it says, "Member
16 making report." It says, "Edward Case." He's the
17 fire marshal, isn't he?
18     A    Yes.
19     Q    And so this is his report?
20     A    I wouldn't say that.
21     Q    Okay. Sitting here today, do you know whose
22 report this is?
23     A    It's not a report. It's just a document
24 that's filled out. It's not – mine is the report.
25 This is something for statistics, I believe, as far

Page 92

1  as what I've ever known being in the firehouse.
2      Q    Okay. It says, "Incident Report," at the top
3  of it, does it not?
4      A    Yup, just to say we went to an incident to
5  keep statistics.
6      Q    And then it says, "Form: Heat ignition.
7  Form: Undetermined."
8      A    He doesn't determine anything, yeah.
9      Q    Who is he?
10     A    The officer that filled this out. This is
11 Gary Gray's report. It's exactly the same thing as
12 the other one, but this one has Ed Case's name at
13 the bottom. That's usually after – I'm right.
14 The first one here comes into our office
15 handwritten. The secretary types it up, and before
16 it's sent up to the state, the fire marshal signs
17 it and that's it.
18     Q    Who is Fisher?
19     A    He's a detective that's assigned to the
20 office.
21     Q    All right. And you've determined there are
22 15 photographs? I just want to make sure.
23     A    That's what the negatives show, yeah.
24     Q    And I've marked the 15 photographs A through
25 P, so that's right. A through P is 15 photographs.

**Page 93**

1  *Is there anything you can recall about*
2  *this fire that you haven't told us about?*
3     A   I don't know. They asked me a little – I
4  mean, not that I – I mean, no. You did a pretty
5  good job of asking me about what happened and
6  stuff, questions.
7     MS. POLGLASE:   Are you going to have
8  any questions?
9     MR. LOFTUS:   No, I don't think so.
10    MS. POLGLASE:   Thank you.
11  I want the works: Full size,
12  condensed and an ASCII.
13    MR. LOFTUS:   He is going to read and
14  sign it, and I'll take a condensed.
15    MS. POLGLASE:   You don't need to go
16  find a notary public to get it signed. Just go
17  ahead and sign it.
18
19     (Concluded at 1:04 p.m.)
20
21
22
23
24
25

**Page 95**

1  STATE OF CONNECTICUT :
2  : ss: Bristol
3  COUNTY OF HARTFORD :
4     I, Karen L. Vibert, LSR No. 00064, a
5  Notary Public for the State of Connecticut, do
6  hereby certify that the deposition of DEPUTY FIRE
7  MARSHAL PATRICK ARIOLA, a witness, was taken before
8  me pursuant to Notice, at the Courtyard by
9  Marriott, 63 Grand Street, Waterbury, Connecticut,
10  commencing at 11:02 a.m., on November 24, 2003.
11  I further certify that the witness was
12  first sworn by me to tell the truth, the whole
13  truth, and nothing but the truth, and was examined
14  by counsel, and his testimony stenographically
15  recorded by me and subsequently transcribed, to the
16  best of my ability, as here before appears.
17  I further certify that I am not related
18  to the parties hereto or their counsel, and that I
19  am not in any way interested in the event of said
20  cause.
21  Dated at Bristol, Connecticut, this
22  day of          , 2003.
23
24  Karen L. Vibert, Notary Public
25  My commission expires: 08/31/2004.

**Page 94**

1  CERTIFICATE OF DEPONENT
2     I, DEPUTY FIRE MARSHAL PATRICK ARIOLA,
3  have read the foregoing transcript of the testimony
4  given at the deposition on November 24, 2003, and
5  it is true and accurate to the best of my knowledge
6  as originally transcribed and/or with the changes
7  as noted on the attached Errata Sheet.
8
9  DEPUTY FIRE MARSHAL PATRICK ARIOLA
10  Subscribed and sworn to before me this
11     day of             , 2003.
12
13  Notary Public
14  My commission expires:
15  3:02CV-1916J
16     A   Safeco Insurance Company of America and subrogee of
17  Noberto and Maria Claro vs. Maytag Corporation
18  Deputy Fire Marshal Patrick Ariola - 11-24-2003
19     (klv)
20
21
22
23
24
25

**Page 96**

1
2
3  3 Incident report ............... 3
4  4 Copies of photographs, ...... 35
5  eight pages
6     2A Basic incident report ....... 51
7  from Exhibit 2
8  Exhibits held by Ms. Polglase
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BSA                    SAFECO -V- MA___G - DEPUTY FIRE MARSHAL PATRIC_ _IOLA - 11/24/03                Look-See(25)

**Look-See Concordance Report**

- - -
UNIQUE WORDS: 1,049
TOTAL OCCURRENCES: 4,601
NOISE WORDS: 384
TOTAL WORDS IN FILE: 15,901
- - -
SINGLE FILE CONCORDANCE
- - -
CASE INSENSITIVE
- - -
NOISE WORD LIST(S):
NOISE.NOI
- - -
COVER PAGES = 1
- - -
INCLUDES ALL TEXT OCCURRENCES
- - -
DATES ON
- - -
INCLUDES PURE NUMBERS
- - -
POSSESSIVE FORMS ON

**– DATES –**

8-19-65 [1]
  11:1
08/31/2004 [1]
  95:25
11-24-2003 [1]
  94:18

**– 0 –**

00064 [1]
  95:4
06708 [1]
  5:3
08/31/2004 [1]
  95:25

**– 1 –**

1 [4]
  3:7; 6:17; 8:10; 88:2
11-13 [1]
  51:16
11-24-2003 [1]
  94:18
11:02 [2]
  2:7; 95:10
12 [1]
  54:12
12-12 [1]
  52:14
13 [5]
  27:12, 16; 30:25; 31:12;
  84:24
14 [2]
  36:8, 9
15 [8]
  20:2, 3; 36:8, 9; 92:22, 24, 25
1990 [2]
  19:12; 22:24
1998 [3]
  19:12; 23:3; 29:13
1998-1999 [1]
  23:9
1999 [1]
  30:21
1999-2000 [2]
  23:20; 24:2
1:04 [1]
  93:19

**– 2 –**

2 [6]
  3:11; 44:1; 49:6; 51:11; 88:2;
  96:7
2000 [14]
  27:12, 16, 17, 18, 19, 20, 24,
  25; 28:1; 30:21, 25; 31:13;
  36:5; 54:12
2001 [3]
  27:17, 21, 24
2003 [6]
  2:8; 32:4; 94:4, 11; 95:10, 22
203-755-8790 [1]
  5:5
213 [1]
  4:24
235 [1]
  4:3
24 [4]
  2:8; 90:24; 94:4; 95:10
2a [7]
  51:7, 10, 15; 52:5, 8, 18; 96:6

**– 3 –**

3 [13]
  3:16; 49:8; 50:14, 21, 25;
  51:19; 52:8, 21; 56:19; 88:2;
  90:13; 96:3
35 [1]
  96:4
35-millimeter [1]
  43:9
3:02cv-1916J [1]
  94:15

**– 4 –**

4 [4]
  35:14; 42:12; 88:2; 96:4
4c [1]
  74:13

**– 5 –**

51 [1]
  96:6

**– 6 –**

63 [2]
  2:6; 95:9

**– 7 –**

76 [1]
  32:23

**– 8 –**

8 [6]
  17:3, 7; 18:4, 16; 19:13, 15
8-19-65 [1]
  11:1
83 [1]
  11:12
85 [3]

12:10, 11; 13:25
88 [3]
  13:5, 7; 15:3
89 [5]
  13:6; 15:4; 22:20, 21

**– 9 –**

90 [4]
  16:1; 22:20, 21
98 [1]
  27:5
99 [1]
  23:3

**– A –**

a-y-o-t-t-e [1]
  37:9
a.m. [2]
  2:7; 95:10
ability [1]
  95:16
able [2]
  31:4; 69:9
academy [7]
  16:3, 7, 9, 11; 34:13, 14, 17
accelerants [3]
  76:22, 25; 77:3
according [2]
  17:19; 26:9
accurate [1]
  94:5
acting [5]
  18:8, 10, 18, 21; 91:12
action [1]
  2:3
activities [1]
  40:12
addition [1]
  36:25
additional [2]
  19:1; 21:1
address [3]
  4:2, 23; 10:12
adjustors [1]
  9:10
afterwards [1]
  22:6
agree [2]
  46:15, 16
agreed [3]
  2:10, 16, 19
ain't [1]
  86:2
airport [1]
  16:11
allegedly [4]
  60:8, 12, 15; 61:5
alongside [3]
  69:5; 71:1; 79:17
amazed [2]
  84:20, 23
america [1]
  94:16
amount [2]
  54:6; 84:25
angelo [1]
  3:24
angle [1]
  42:20
answer [7]

7:7, 8; 8:13; 26:18, 21; 38:2;
  61:23
answered [1]
  25:18
anybody [8]
  26:23; 43:15; 44:16; 45:6, 13;
  46:18, 24; 59:11
anytime [1]
  28:6
anyways [1]
  69:4
anywhere [1]
  13:14
apart [1]
  88:24
appear [1]
  70:7
appears [1]
  95:16
appliance [1]
  85:15
appliances [4]
  61:19; 62:13; 80:6; 81:16
applied [1]
  22:22
apprentice-type [1]
  61:14
approximately [6]
  12:11; 30:21; 32:7, 9, 14, 18
approximation [1]
  32:23
arcing [2]
  65:12; 66:2
area [33]
  5:8; 21:15, 16; 61:8; 69:4, 15;
  73:3, 24; 74:1; 76:14, 15, 19;
  77:6, 9; 78:18; 79:21; 82:4, 9,
  12, 16, 23; 83:16, 19; 84:8;
  85:13, 16, 20, 22; 90:14, 15,
  17, 18
areas [7]
  19:7; 21:14, 18, 21; 22:9;
  24:16; 41:13
aren't [1]
  44:13
ariola [7]
  2:2; 3:1, 22; 94:2, 9, 18; 95:7
arrangements [1]
  5:14
arrived [7]
  38:16, 17; 39:6, 10; 40:16,
  18; 49:21
arriving [7]
  29:19; 40:6; 50:7, 9, 10, 19;
  58:15
arson [2]
  10:21; 28:6
arts [1]
  12:23
ascii [1]
  93:12
aside [2]
  6:10; 62:12
asking [5]
  11:13; 39:12; 48:10; 57:13;
  93:5
asks [1]
  8:19
assigned [8]
  17:1, 7, 8; 18:4; 28:14; 33:12;
  36:17; 92:19

assignment [1]
  20:6
assisting [1]
  29:16
associate's [1]
  15:6
assume [2]
  82:17; 90:22
assumed [1]
  6:4
assuming [2]
  89:22; 90:5
attached [1]
  94:7
attacked [1]
  69:7
attorneys [1]
  9:10
authority [1]
  2:14
available [1]
  25:4
avenue [1]
  4:24
aware [5]
  5:20; 6:1, 2, 12; 9:12
awful [1]
  86:5
ayotte [1]
  37:7

– B –

background [2]
  5:19; 11:14
bare [3]
  77:23; 78:1; 81:13
base [2]
  70:24; 72:18
based [1]
  88:16
basic [5]
  16:17, 19; 25:20; 51:10; 96:6
beat [1]
  70:3
behalf [2]
  2:2; 5:22
behind [2]
  65:4, 10
believe [35]
  11:25; 15:4; 45:17; 46:3;
  47:1, 2, 18; 52:9, 12; 54:22;
  55:20; 60:13; 61:12; 65:1, 10;
  68:2; 71:20; 74:18; 78:3, 4, 6;
  80:23; 82:22; 84:7, 10; 85:15,
  18, 19, 22; 86:7; 87:10, 13;
  88:17, 25; 91:25
besides [6]
  9:6; 46:24; 57:6; 58:10; 68:6;
  87:7
birth [1]
  10:25
blt [4]
  40:24; 62:18; 63:10; 72:16
blanket [1]
  39:8
blanks [1]
  56:22
block [1]
  90:14
breakers [5]

bo:16; 64:1, 3, 5; 67:1
bridgeport [2]
  33:25; 34:2
bristol [2]
  95:2, 21
broad [2]
  62:17, 22
broken [3]
  68:7, 9; 69:24
build [1]
  63:12
building [15]
  26:24; 41:12; 44:5; 59:7;
  64:19; 71:13, 16, 22; 72:1,
  11, 12, 20; 73:9; 88:10, 13
buildings [2]
  24:4; 25:24
built [1]
  63:9
bureau [2]
  19:16, 18
burn [11]
  73:13; 76:13, 15, 19, 24;
  77:2, 7, 9, 14; 82:20; 84:21
burned [20]
  41:3, 6; 44:11, 15, 18; 48:19;
  59:10, 19; 60:4, 22, 23, 25;
  73:3; 77:21; 81:10; 85:24;
  86:2; 87:7; 89:2, 10
burning [2]
  39:14; 86:13
busy [1]
  37:21

– C –

c-h-e-s-n-u-t-l-s [1]
  37:19
cabinet [10]
  63:15; 64:1, 7, 13, 23; 67:17,
  20, 23; 69:22; 70:12
call [8]
  5:6; 6:11; 17:11, 19; 23:24;
  38:3, 12; 58:3
calls [2]
  17:23; 21:22
camera [1]
  78:13
card [1]
  5:11
career [1]
  60:14
case [21]
  4:13, 20; 5:22; 6:14; 8:4;
  10:5; 43:6; 53:4, 5, 20; 54:10;
  55:2, 4, 12, 19; 57:6, 9; 74:5;
  91:16
case's [1]
  92:12
caused [17]
  60:8, 12; 61:5; 66:8; 69:13,
  19; 70:2, 5, 9; 71:21; 73:4;
  79:6; 88:18, 24; 89:9, 16;
  90:10
ceiling [2]
  71:12; 83:24
ceilings [2]
  39:22; 77:20
certificate [1]
  94:1
certification [2]

21:11, 12
certified [7]
  4:10; 21:5, 17, 19, 20; 24:6
certify [3]
  95:6, 11, 17
chance [1]
  54:8
changes [1]
  94:6
char [4]
  73:13; 83:16, 19, 24
charge [2]
  18:13; 30:8
charred [2]
  77:20; 86:3
check [4]
  39:18; 59:11; 68:16; 81:11
checked [3]
  45:22; 81:15
checking [1]
  39:23
chesnutis [3]
  37:13, 16, 17
chief [5]
  49:13, 15; 50:20; 51:16;
  52:18
circuit [6]
  64:10; 65:1, 4, 16; 66:24;
  67:4
circumstances [4]
  7:24; 8:2; 63:17, 18
city [6]
  12:6; 19:22; 20:1; 21:24;
  23:24; 24:2
civil [3]
  17:19, 23; 31:9
claro [6]
  38:15; 43:21; 46:25; 49:22;
  56:9; 94:17
classes [1]
  13:5
cleaned [3]
  77:18; 81:13; 84:17
clearer [1]
  42:13
closer [1]
  83:15
code [23]
  21:16; 22:12; 23:11; 24:10,
  23, 24; 25:8, 14, 16, 23, 25;
  26:9, 15, 17; 27:1, 6; 28:2,
  10; 30:9, 13, 18, 19; 33:14
coded [1]
  90:23
college [9]
  11:20, 23; 12:8, 13, 14;
  13:14; 14:1, 15, 17
combined [1]
  12:18
coming [8]
  6:2; 9:16; 44:20; 45:23;
  48:14; 79:18; 80:20; 81:21
commander [6]
  38:9, 10; 49:17; 50:6; 54:6;
  57:21
commencing [2]
  2:7; 95:10
commission [2]
  94:14; 95:25
community [5]
  12:14; 13:14; 14:1, 15, 17

companies [1]
  50:7
company [15]
  5:21; 6:13, 22; 9:11; 10:13;
  17:1, 2; 18:13; 29:16, 19;
  38:7; 50:9, 10, 19; 94:16
complaint [1]
  27:2
complaints [3]
  25:19; 26:19, 21
compliance [19]
  22:12; 23:11; 24:10, 25; 25:9,
  14, 16, 24; 26:4, 6, 7, 18;
  27:6; 28:2, 10; 30:13, 19
components [3]
  63:25; 64:6, 13
computer [1]
  56:21
computers [1]
  56:24
concluded [1]
  93:19
conclusion [3]
  70:24; 72:18; 88:15
condensed [2]
  93:12, 14
conditions [1]
  26:25
confused [2]
  72:15, 16
confusing [4]
  72:15; 81:9; 84:18, 20
congratulations [1]
  4:12
connecticut [16]
  2:5, 7; 3:3; 5:12; 14:14, 15,
  17, 19, 25; 15:9; 16:8; 33:24;
  95:1, 5, 9, 21
connection [1]
  2:12
considered [1]
  36:22
considers [1]
  21:24
constitutes [1]
  24:8
construction [1]
  61:9
contents [1]
  86:1
continual [1]
  19:2
continually [1]
  21:4
continuing [1]
  7:6
conversation [1]
  48:11
conversations [5]
  9:9; 45:6, 15; 58:6, 9
cooking [2]
  90:15, 18
copies [4]
  35:14; 42:19; 43:1; 96:4
copy [3]
  6:17; 44:2; 52:13
cord [3]
  68:4, 11; 69:7
corner [4]
  65:23; 87:17, 19; 88:13
corporation [1]