UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA as subrogee of NOBERTO AND MARIA CLARO,<br><br>Plaintiff,<br><br>vs.<br><br>MAYTAG CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 3:02CV-1916 JBA<br><br>January 30, 2004 |

## MAYTAG CORPORATION'S MOTION TO BAR THE TESTIMONY OF THE PLAINTIFF'S PROPOSED EXPERT, PETER S. VALLAS

Maytag Corporation ("Maytag") moves pursuant to Fed. R. Evid. 104(a) and 702 and Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and its progeny for an order barring the plaintiff's proposed expert witness, Peter S. Vallas, from testifying at the trial of this matter.

As grounds for its motion, Maytag states that while Peter S. Vallas may have the requisite knowledge, skill, experience, training or education to render opinions about the cause and origin of a fire, his opinions are inherently unreliable because the methodology he employed to investigate the fire in this case is suspect and should not be allowed to reach the jury.

For the reasons set forth in its attached Memorandum, Maytag respectfully requests the Court enter an order barring Peter S. Vallas from testifying at trial.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

**MAYTAG CORPORATION**
By Its Attorneys

**CAMPBELL CAMPBELL
EDWARDS & CONROY
PROFESSIONAL CORPORATION**

_____
Holly M. Polglase (ct 09276)
Timothy M. Roche (ct 24373)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, via first class mail, on January 30, 2004 to:

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, Connecticut 06096

_____
Timothy M. Roche