## Page 57

1  there was nothing anywhere near this refrigerator that could
2  have started this fire, just looking at the physical evidence,
3  isn't it certainly possible that there was a fire that started
4  external to this refrigerator at the bottom and the front?
5     A.   It's possible, but there is neither anecdotal
6  evidence nor physical evidence to support that.
7     Q.   When you say "physical evidence," what do you mean?
8     A.   I mean, no one collected debris from that area
9  immediately following the fire. I haven't seen photographic
10  documentation of that area of the floor immediately following
11  the fire. It may exist. I haven't seen it.
12    Q.   Are there any photographs that – well, strike that.
13  The refrigerator was moved at some point during the fire.
14  Isn't that right?
15    A.   It appears that it was probably moved twice.
16    Q.   Can you say what you mean?
17    A.   Mr. Claro's description of the incidents immediately
18  leading up to and following the fire suggest that he moved the
19  refrigerator from its location along the wall to try to get it
20  out through the door. And there is certainly what appears to
21  be a protected area where the refrigerator had been located.
22  And there is physical bending of the plug which would be
23  somewhat consistent with him trying to pull the plug out, but
24  his description appears to suggest that he got it right up to
25  the door. The photographs show it moved back into the ~ more

## Page 58

1  towards the center of the room, and that's entirely possible
2  if the fire department entered the room from the door. So, I
3  suspect that it was moved once and then back in again.
4     Q.   So, it's certainly quite possible that any physical
5  evidence at the base of the refrigerator could have been
6  disturbed during all of this moving?
7     A.   It's possible.
8     Q.   Now, you mentioned at the beginning of the
9  deposition that there was some additional evidence that you
10  wanted to look at in order to finalize your conclusion in this
11  case. Can you tell me what that evidence is?
12    A.   There are some items which are not sufficiently
13  clearly visible in the photographs that I have seen to date,
14  and I would like to follow if there are other – additional
15  photographs available. For example, my report has however
16  many photographs in it, but I actually took seventy-eight
17  photographs. I suspect that Mr. Vallas may well have selected
18  photographs of the scene and didn't utilize all of them in his
19  report. I would very much like to see those. And the same
20  goes for the fire marshal or the claims adjuster; the issues
21  that they might have been focusing on are not necessarily the
22  ones that I would like to examine.
23    Q.   And what are those things that you describe as not
24  sufficiently visible?
25    A.   There is not a very good photograph of the stove.

## Page 59

1  I'd like to see a clearer view of the stove and the items that
2  were on it and around it. I'd like to see the interior of the
3  stove. There is a description of what Mrs. Claro was doing,
4  and I haven't seen that documented. I would like to see the
5  condition of the floor where the refrigerator had been
6  located. It appears in some of the photographs that it's a
7  ceramic tile floor, and that's not confirmed or denied in any
8  of the descriptions that I have seen. I think that's of great
9  interest. I haven't seen good documentary photographs yet of
10  the ceiling above the various areas of the kitchen to see how
11  the fire propagated; all of those may well be available and I
12  would like to see them.
13    Q.   Okay. What about the ceramic tile floor would be of
14  interest to you?
15    A.   Well, it's a non-combustible floor. And if you look
16  at the possibility of a fire originating on the floor, perhaps
17  as Mr. Splain surmises from a cooking oil accident, one would
18  have to try to imagine how an incident on the stove would
19  result in a fire on the floor in front of the refrigerator.
20  The combustibility of the floor materials would be of great
21  interest.
22    Q.   Or the presence of debris or markings on the floor
23  that would show the fire started with a box used for trash, a
24  barrel used for trash?
25    A.   You still have to have an ignition source for it.

## Page 60

1     Q.   Understandable. But you would certainly want to
2  know what was around there?
3     A.   Yes. One other item while I recall, I have not
4  received or seen the exhibits which were attached to the
5  Claros' depositions which indicated a layout of the kitchen
6  area, and I would like to see them.
7     Q.   Have you investigated fires – other fires where
8  statements of the homeowners or these people in the vicinity
9  of the fire did not match with the physical evidence?
10    A.   There is usually some level of contradiction between
11  statements of the homeowner in terms of time or observations
12  that don't exactly match up with the physical evidence.
13  Sometimes it's more extreme than that.
14    Q.   So, there have been instances where you simply
15  didn't believe the verbal description of what had happened?
16    A.   Yes.
17    Q.   Do you believe the Claros in this instance?
18    A.   I believe that their observations are consistent
19  with the physical evidence as it exists and the documentary
20  photographs of it.
21    Q.   That you have available to you?
22    A.   Correct.
23    Q.   All right. I just want to turn to your photographs
24  for a few minutes. Photographs A1 and A2 show the left,
25  actually, as your facing it, the right side of the

## Page 65

1    Q.   And that picture shows that there is no damage to
2    that – fire damage to the rubber hose?
3    A.   Correct.
4    Q.   And A24 is a full-on shot of the back?
5    A.   Yes.
6    Q.   Again, showing heat damage moving from the front of
7    the refrigerator toward the back?
8    A.   Yes.
9    Q.   And moving from the bottom of the front toward the
10   upper back. Isn't that right?
11   A.   Well, I'm sure that much of this upper damage is
12   consistent with other damage in the room from heat descending
13   during the fire. But the general impression from this
14   photograph is that the fire propagated more from the front of
15   the refrigerator than from the rear and certainly did not
16   initiate in the compressor compartment.
17   Q.   What does B1 depict?
18   A.   It was a piece of trim. And I'm not sure in just
19   looking at this photograph in isolation precisely what it was
20   from.
21   Q.   B2, what does that show?
22   A.   B2 is a piece of cardboard, again, which was
23   attached to the base of the refrigerator and showing burning
24   along it's top edge.
25   Q.   Whereabouts on the base is this?

## Page 66

1    A.   I would have to look at it in conjunction with other
2    photographs to determine that. I'm not quite sure.
3    Q.   Could you look at your originals and tell?
4    A.   I'm still not quite sure where it was. I think it
5    was at the front edge, but I'm not absolutely certain.
6    MS. POLGLASE:   Off the record.
7
8    (A recess was taken)
9
10   MS. POLGLASE:   Back on.
11   THE WITNESS:   I can't be absolutely sure, but I
12   think that it was on the back edge, but I can't
13   really be sure. It could have been the front edge.
14   It could have been the back edge. I can't identify
15   it from any of the other photographs.
16   Q.   (By Ms. Polglase) I think I had asked you what B1
17   was. What was that again?
18   A.   I think it was a piece of trim work from the front
19   of the refrigerator, I believe. But, again, I can't clearly
20   identify it.
21   Q.   Okay. B3, what is that?
22   A.   That's one of the entry points into the back of the
23   refrigerator for the refrigerant tubing. There is a seal
24   around the whole –
25   Q.   Does that indicate anything to you?

## Page 67

1    A.   Only that the seal appears to be in relatively
2    decent condition, but, obviously, heat damaged.
3    Q.   B4, is that just an out-of-focus shot of the same
4    thing?
5    A.   That's an out-of-focus shot of the same thing, yes.
6    Q.   B5, what is that?
7    A.   B5 is a piece of the rubber drain in the compressor
8    compartment underneath the refrigerator.
9    Q.   B6?
10   A.   That's another out-of-focus shot.
11   Q.   B7?
12   A.   B7 is looking at the underside front of the
13   refrigerator with part of the wiring harness strapped to the
14   underside of the refrigerator. That's in the very front where
15   the fire damage extended down to the floor level.
16   Q.   And, again, that shows there is no arcing or beading
17   of the wires. In fact, insulation is still intact on the
18   wires?
19   A.   Not only is the insulation intact, the plastic tie
20   is still intact, which is even a lower temperature material.
21   But that also suggests that this debris was coming from the
22   interior of the refrigerator rather than a fire on the floor
23   immediately in front of it.
24   Q.   B8, what does that show?
25   A.   That's the same kind of thing. This is the very

## Page 68

1    bottom front of the refrigerator, and there is plastic debris
2    coming down from the interior of the refrigerator whereas the
3    immediate underside at floor level is still clean. Again,
4    that suggests the damage – the fire coming down to the floor
5    from the interior of the refrigerator on the first –
6    Q.   B9?
7    A.   This is, again, a piece of the cardboard protector
8    which is burned only where it's in immediate contact with the
9    very front of the refrigerator where the debris was coming
10   down from the interior during the fire.
11   Q.   B10, what is that?
12   A.   B10 is one of the items that was found on the
13   desktop – I believe the countertop; the cell phone unit. And
14   this was part of the cell phone charger unit, I believe, not
15   the cell phone or mobile phone, portable phone.
16   Q.   And where was this? This was at Peter Vallas'?
17   A.   That was one of the items which had been collected
18   in addition to the refrigerator and was available for
19   examination.
20   Q.   And did you take anything from examining this item?
21   A.   Only that all of the damage to those items appears
22   to be consistent with fire exposure and not fire initiating
23   within them.
24   Q.   And why is that?
25   A.   Because of the condition of the external plastic and

Page 73

1  Q.  Again, the melting is from external heat damage?
2  A.  Yes.
3  Q.  The ground prong on the plug is bent?
4  A.  Yes.
5  Q.  Is that what you were talking about earlier when you
6  said there was evidence that it had been pulled out?
7  A.  Possibly so. I mean, it could have been bent at any
8  point following the fire, but it's certainly possible that it
9  was bent when he tried to extract it.
10  Q.  And C6 through 8 are just more photographs of the
11  plug?
12  A.  Yes.
13  Q.  What is C9?
14  A.  Those are, again, markings on the compressor.
15  Q.  What is C10?
16  A.  That's a piece of wire, I believe. Part of the
17  power cord with a transition from insulated material to
18  material in which the insulation is being burned away showing
19  that there was no arcing on the wires. I'm not sure whether
20  that particular photograph is of the power cord of the
21  refrigerator or whether it was one of the other components
22  that we looked at, but it was – the purpose of the photograph
23  was to document the lack of electrical activity on the wire.
24  Q.  Okay. Was the entire cord still attached to the
25  refrigerator?

Page 74

1  A.  I believe that it was.
2  Q.  And do you have a photograph of the whole cord?
3  A.  We may not come to it again.
4  Q.  C11 is another picture of the plug. What is C12?
5  A.  This is a piece of stranded wire which was found
6  inside the refrigerator, and there is some evidence of
7  possible arc damage on that piece of wire.
8  Q.  Where is the evidence of arc damage?
9  A.  You will see beading of the copper, the ends of the
10  wire.
11  Q.  What does that tell you?
12  A.  It could be a consequence of heat exposure, but
13  because it's so localized, it's more likely to be electrical
14  arcing. It doesn't mean anything other than the fact that the
15  wire was energized at the time of the fire.
16  Q.  And what is C13?
17  A.  This is a piece of copper tubing that was inside the
18  freezer compartment of the refrigerator.
19  Q.  And why did you take that picture?
20  A.  Because, as you can see, the tubing is perforated in
21  a number of locations.
22  Q.  What does that tell you?
23  A.  Well, it's copper tubing. It's very unlikely that
24  it melted, but it's possible that it combined with molten
25  aluminum, and the aluminum alloyed with the copper caused a

Page 75

1  perforation.
2  Q.  This happened during the fire?
3  A.  Yes.
4  Q.  But you don't think it got hot enough for the copper
5  to melt?
6  A.  I don't believe that it did.
7  Q.  Why is that?
8  A.  Because the remainder of that copper tubing was
9  still intact and it hadn't melted in a characteristic way.
10  Q.  So, what do you think happened to this?
11  A.  I think there was some aluminum component, possibly
12  associated with the evaporator unit which is on the same side
13  and above this, which was melting at a lower temperature and
14  dripping down onto the copper and that causes alloying and a
15  lower melting point.
16  Q.  What is D1?
17  A.  D1 is the remains of the telephone charger or holder
18  and the power strip.
19  Q.  And D2?
20  A.  The same. These are some of the plugs that were
21  attached into the power strip with the transformer units.
22  Q.  And why did you photograph these?
23  A.  Because they were part of the evidence which had
24  been secured and they potentially could represent an ignition
25  source, based upon the examination and their location, I don't

Page 76

1  believe so.
2  Q.  And what about the examination tells you these are
3  not an ignition source?
4  A.  All of the heat damage on those is external and
5  consistent with heat exposure during the fire.
6  Q.  Where were these located?
7  A.  I believe they were to the right of the stove on the
8  counter.
9  Q.  D2, D3 and D4, what do those depict?
10  A.  Mr. Vallas removed several of the receptacles in the
11  room including, I believe, the receptacle to which the
12  refrigerator had been plugged in.
13  Q.  And what do those tell you?
14  A.  He had retained them for examination, but there was
15  no evidence of any electrical failure in those receptacles.
16  Q.  Okay. D5, what is that?
17  A.  D5 is the bottom of the door panel.
18  Q.  And why did you take that picture?
19  A.  Because it was heat damaged all the way down to the
20  base, which would be perhaps an inch or two above the floor.
21  Q.  And why was that important for you to document?
22  A.  I wanted to show that the door was open at the time
23  of the fire and that that damage was consistent with my
24  opinion, with the burning products contained within the
25  refrigerator spilling out during the fire and damaging the

### Page 81

1  refrigerator/freezer had power to them?
2    A.    Had power to them at the time of the fire or would
3  normally have power to them?
4    Q.    Would normally have power to them.
5    A.    There would be a door switch. There would be a
6  light. There would be a thermostat. There would be
7  connections to the evaporator unit. There would be a fan.
8  Depending upon how this refrigerator was designed and
9  constructed, there would be heating strips for the defrost and
10 anti-moisture functions. I don't know whether it was equipped
11 with an icemaker, but there would be connections probably to a
12 solenoid valve if there was such a unit in place.
13   Q.    And any others?
14   A.    The connection to the back, to the compressor, to
15 the capacitor, to the fan, to the condenser unit.
16   Q.    Those don't actually go inside the –
17   A.    No.
18   Q.    I am just talking about connections to electrical
19 components inside the compartment.
20   A.    Everything except the last three items.
21   Q.    So, door switch for the freezer and the
22 refrigerator?
23   A.    Usually only a door switch on the refrigerator
24 section, but possibly on the freezer, too.
25   Q.    Do you know whether there was a light in the freezer

### Page 82

1  section?
2    A.    I don't know.
3    Q.    And I think I asked you and you don't know where the
4  thermostat was located?
5    A.    Correct.
6    Q.    And you don't know whether this had an icemaker or
7  not?
8    A.    No.
9    Q.    Sitting here today, you can't say what the exact
10 ignition source of the fire was. Is that correct?
11   A.    Correct.
12   Q.    So, sitting here today, you can't tell me whether
13 or – strike that. Sitting here today, you can't tell me
14 whether there was some malfunction of some component or some
15 change made to some component over the life of the
16 refrigerator that caused this fire?
17   A.    Correct.
18   Q.    And you can't tell me whether or not there was a
19 defect in the refrigerator at the time it left Maytag that
20 caused this fire?
21   A.    Correct.
22 MS. POLGLASE:    I don't have anything else.
23 MR. LOFTUS:    I have nothing.
24
25   (Deposition Concluded at 1:45 p.m.)

### Page 83

1  C E R T I F I C A T E
2
3    I, Christine E. Borrelli, a Notary Public and
4  Licensed Court Reporter for the State of Connecticut, do
5  hereby certify that the deposition of FRANK S. WATKINSON,
6  Ph.D., was taken before me pursuant to the Connecticut
7  Practice Book at the law offices of Campbell, Campbell,
8  Edwards & Conroy, 100 Pearl Street, Hartford, Connecticut,
9  commencing at 11:00 a.m. on Thursday, December 18, 2003.
10   I further certify that the witness was first sworn by
11 me to tell the truth, the whole truth, and nothing but the
12 truth, and was examined by counsel, and his testimony was
13 stenographically reported by me and subsequently transcribed
14 as herein before appears.
15   I further certify that I am not related to the
16 parties hereto or their counsel, and that I am not in any way
17 interested in the events of said cause.
18   Witness my hand this 2nd day of January, 2004.
19
20
21
22
23 Christine E. Borrelli
   Notary Public
24 CT License No. 117
   My Commission Expires:
25 June 30, 2006

### Page 84

1
2  CERTIFICATE OF DEPONENT
3
4    I, FRANK S. WATKINSON, Ph.D., have read the foregoing
5  transcript of the testimony given at the deposition on
6  Thursday, December 18, 2003, and it is true and accurate to
7  the best of my knowledge and/or with the changes as noted in
8  the attached errata sheet.
9
10
11 Frank S. Watkinson, Ph.D.
12
13
   Subscribed and sworn to before me this
14
15 day of _____, 2004.
16
17 Notary Public
18 My Commission Expires:
19
20
21 NO: CV 3:02CV-1916 (JBA)
   SAFECO INSURANCE COMPANY OF AMERICA as subrogee of
22 NOBERTO AND MARIA CLARO V. MAYTAG CORPORATION
   FRANK S. WATKINSON, Ph.D. (AM) DECEMBER 18, 2003
23
24
25 CB

**Look-See Concordance Report**

- - -

UNIQUE WORDS: **1,589**
TOTAL OCCURRENCES: **5,148**
NOISE WORDS: **384**
TOTAL WORDS IN FILE: **15,689**

SINGLE FILE CONCORDANCE

- - -

CASE INSENSITIVE

- - -

NOISE WORD LIST(S):
**NOISE.NOI**

- - -

COVER PAGES = 1

- - -

INCLUDES ALL TEXT OCCURRENCES

- - -

DATES **ON**

- - -

INCLUDES PURE NUMBERS

- - -

POSSESSIVE FORMS **ON**

### – $ –

**$155** [1]
  20:16
**$200** [1]
  20:17
**$240** [1]
  20:19

### – 0 –

**03** [1]
  36:25
**03190** [1]
  36:18

### – 1 –

**1** [1]
  43:21
**100** [2]
  2:6; 83:8
**117** [1]
  83:24
**11:00** [2]
  2:7; 83:9
**11th** [3]
  41:9, 10, 14
**12** [1]
  78:9
**120** [1]
  31:11
**14.0** [1]
  43:13
**15** [1]
  79:2
**150** [1]
  43:13
**16** [2]
  43:13; 79:2
**17** [3]
  63:19, 21; 79:20
**18** [6]
  2:8; 63:17; 79:19; 83:9; 84:6, 22
**19** [1]

  63:17
**1966** [1]
  7:14
**1970** [2]
  7:7; 11:4
**1978** [2]
  11:4; 12:4
**1984** [4]
  13:15, 21; 18:6; 25:4
**1985** [1]
  16:12
**1986** [1]
  5:2
**1995** [1]
  49:21
**1:45** [1]
  82:25

### – 2 –

**20** [1]
  79:19
**2003** [4]
  2:8; 83:9; 84:6, 22
**2004** [2]
  83:18; 84:15
**2006** [1]
  83:25
**21** [1]
  64:6
**23** [1]
  80:9
**2nd** [4]
  37:20; 38:9, 10; 83:18

### – 3 –

**30** [1]
  83:25
**36** [1]
  3:16
**3:02cv-1916** [1]
  84:21
**3rd** [1]
  39:16

### – 4 –

**4** [6]
  3:5, 11, 12, 13, 14, 15
**4/28** [1]
  36:22
**42** [1]
  3:17
**43** [1]
  7:17
**48** [1]
  3:18
**49** [1]
  3:19

### – 5 –

**5** [1]
  53:25
**5.2** [3]
  43:21, 22
**50** [6]
  3:20; 21:20, 24; 22:5, 6; 23:21
**54** [1]
  3:21
**5th** [3]

  41:2, 6, 10

### – 6 –

**60** [1]
  23:21

### – 7 –

**7** [2]
  55:9, 11

### – 8 –

**8** [1]
  73:10
**80s** [1]
  5:5
**84** [3]
  14:8, 13; 15:2
**8467** [1]
  43:19
**85** [2]
  15:2, 24
**86** [2]
  14:8, 13

### – 9 –

**9002148** [1]
  43:22
**9418** [2]
  54:13, 14

### – A –

**a-e** [1]
  4:3
**a-u** [1]
  48:23
**a.m.** [2]
  2:7; 83:9
**a1** [1]
  60:24
**a1-24** [1]
  3:11
**a10** [1]
  62:18
**a12** [1]
  62:24
**a13** [1]
  63:2
**a14** [1]
  70:22
**a16** [1]
  63:11
**a17** [1]
  63:11
**a2** [1]
  60:24
**a20** [1]
  63:23
**a21** [1]
  63:23
**a22** [1]
  64:18
**a23** [1]
  64:23
**a24** [1]
  65:4
**a3** [1]
  61:21
**a4** [1]

  62:2
**a9** [1]
  62:2
**able** [8]
  26:5, 7, 27:12; 33:20; 39:9; 45:6; 46:23; 47:12
**absolutely** [3]
  19:15; 66:5, 11
**accent** [1]
  7:5
**access** [1]
  31:25
**accident** [5]
  5:17, 24; 20:11; 22:10; 59:17
**accidently** [1]
  51:21
**accurate** [4]
  51:5, 6; 52:20; 84:6
**acknowledge** [1]
  53:5
**action** [1]
  2:3
**actions** [1]
  39:24
**activity** [3]
  41:18; 73:23; 79:16
**add** [2]
  24:9; 47:19
**addition** [1]
  68:18
**additional** [4]
  40:16; 41:3; 58:9, 14
**adjacent** [3]
  69:5, 22
**adjuster** [2]
  53:12; 58:20
**adjusters** [1]
  23:10
**advanced** [1]
  7:21
**aerospace** [1]
  13:14
**afterwards** [1]
  39:6
**age** [2]
  7:19; 40:5
**agree** [2]
  52:19; 61:15
**agreed** [5]
  2:12, 18, 20, 23; 38:22
**agreement** [1]
  38:20
**air** [2]
  31:21, 25
**alfred** [3]
  6:11, 13, 14
**allegation** [2]
  25:14, 25
**alleged** [1]
  30:22
**allegedly** [2]
  25:8; 64:9
**alloyed** [1]
  74:25
**alloying** [1]
  75:14
**alloys** [2]
  11:20, 21
**aluminum** [4]
  43:16; 74:25; 75:11
**america** [1]

c3 [1]
    72:15
c4 [1]
    72:17
c5 [1]
    72:22
c6 [1]
    73:10
c9 [1]
    73:13
cabinet [6]
    27:20; 32:16, 20; 33:10; 34:7,
    11
call [9]
    8:10; 15:3; 27:20; 29:21;
    39:18; 40:22; 49:8, 9, 11
campbell [4]
    2:6; 83:7
canada [2]
    13:9, 17
canadian [1]
    13:17
capabilities [1]
    9:14
capable [3]
    31:12, 13, 14
capacitor [1]
    81:15
carbonized [1]
    62:13
cardboard [6]
    43:7; 64:19; 65:22; 68:7;
    72:19; 79:20
carolina [1]
    12:9
case [13]
    6:15; 21:2; 22:20, 21; 24:10;
    26:8, 25; 28:4; 32:24; 33:11;
    36:21; 50:16; 58:11
cases [12]
    6:8; 15:23; 19:12, 14, 21;
    25:24, 25; 26:4, 18, 23; 27:5,
    13
casting [3]
    10:15; 11:16; 12:20
category [1]
    70:5
caused [4]
    39:8; 74:25; 82:16, 20
cb [1]
    84:25
ceiling [4]
    54:6; 55:4, 6; 59:10
cell [6]
    43:18, 20; 44:9; 68:13, 14, 15
center [2]
    54:2; 58:1
century [3]
    12:4, 16, 18
ceramic [2]
    59:7, 13
certificate [1]
    84:1
certification [2]
    8:14; 17:3
certifications [1]
    17:5
certify [3]
    83:5, 10, 15
cetera [1]
    43:7

change [1]
    82:15
changes [3]
    18:22; 41:10; 84:7
chapters [1]
    16:10
characteristic [1]
    75:9
charge [4]
    11:11, 12; 12:19, 22
charger [5]
    43:18, 20; 44:9; 68:14; 75:17
chase [6]
    11:2, 3; 12:2, 11; 13:4, 15
chef [1]
    44:22
chemical [3]
    9:24; 10:2; 13:13
cheshire [1]
    14:18
chief [1]
    27:1
china [1]
    43:19
choose [2]
    13:18, 23
christine [3]
    2:4; 83:3, 23
circuit [3]
    28:21; 77:14; 79:17
circumstances [5]
    18:18, 19; 23:8; 29:11; 49:23
civil [1]
    5:10
claimant [1]
    21:3
claims [2]
    53:12; 58:20
claro [9]
    45:17, 19; 50:1, 2; 51:21;
    59:3; 77:16; 84:22
claro's [4]
    45:16; 57:17; 77:21, 23
claros [6]
    45:8; 46:20; 51:13; 56:23;
    60:5, 17
classes [1]
    7:21
classic [4]
    52:12, 19; 53:17; 55:18
clean [2]
    33:14; 68:3
cleaned [2]
    26:10; 77:4
clear [1]
    45:15
clearer [1]
    59:1
cleveland [1]
    12:12
client [1]
    22:16
close-up [2]
    70:22; 78:5
closed [5]
    13:3, 16; 31:5, 17, 19
closing [1]
    12:8
cobwebs [1]
    64:6
cold [2]

31:20; 32:6
collapse [1]
    15:19
collapses [1]
    15:18
collect [2]
    70:1, 2
collected [4]
    44:6; 57:8; 68:17; 69:24
collectively [1]
    38:21
combined [1]
    74:24
combustibility [1]
    59:20
combustible [2]
    56:19, 20
coming [7]
    17:20; 45:24; 51:24; 67:21;
    68:2, 4, 9
commencing [2]
    2:7; 83:9
comment [3]
    47:4, 20; 50:23
commentary [1]
    30:15
commission [2]
    83:24; 84:18
common [4]
    29:24; 31:1; 64:13; 70:2
commonly [3]
    25:13, 16; 27:9
communicated [1]
    40:17
companies [12]
    18:1; 19:3, 5, 6, 21; 20:1, 11;
    22:14, 15, 24; 23:4; 24:23
company [21]
    8:21; 9:24; 10:1, 2, 7; 11:2, 4,
    6, 18, 25; 12:5, 8, 11; 13:2;
    19:9, 23; 20:5, 25; 22:2;
    43:20; 84:21
compartment [34]
    27:17, 19; 29:3, 9, 17; 30:22;
    31:10, 17, 24; 32:18; 33:13;
    45:21, 22, 24; 46:5, 6; 61:7,
    8; 62:19, 23; 63:24, 25; 64:3,
    4, 10; 65:16; 67:8; 71:1, 2,
    16; 74:18; 78:13; 80:10;
    81:19
compartments [2]
    30:19; 32:4
complete [2]
    10:15; 79:13
completed [2]
    7:8; 8:7
completely [1]
    64:22
component [13]
    15:6, 21; 21:16; 22:11; 25:13,
    16; 27:22; 28:25; 39:21; 72:6;
    75:11; 82:14, 15
components [25]
    16:2; 28:23; 29:7, 24; 31:3, 6,
    8, 11; 32:1, 15, 20, 21; 33:25;
    34:2, 16; 39:8; 43:6; 44:5;
    47:11, 16; 62:16; 64:13;
    73:21; 80:25; 81:19
compressor [24]
    27:17, 19, 23; 29:3; 31:10;
    32:17; 40:3; 43:12; 47:11;

49:6; 61:8; 62:19, 22; 63:24;
    64:10; 65:16; 67:7; 71:15;
    72:13; 73:14; 80:10, 11;
    81:14
computer [1]
    5:25
conceivable [1]
    38:24
concentrate [1]
    28:25
concentrated [1]
    8:17
concern [1]
    26:2
concerned [1]
    50:25
concerns [1]
    31:9
conclude [1]
    54:4
concluded [5]
    27:13; 30:12; 33:18; 39:14;
    82:25
conclusion [8]
    26:22; 51:2; 52:15, 19; 58:10;
    61:14; 63:8; 78:18
conclusions [5]
    26:20; 33:1; 51:11; 52:1; 79:7
condenser [3]
    27:24; 80:11; 81:15
condensing [1]
    64:7
condition [7]
    33:14, 15, 16; 34:15; 59:5;
    67:2; 68:25
conducive [1]
    32:7
conference [1]
    41:23
conferences [4]
    16:20, 23; 17:4, 5
confidence [2]
    34:13; 35:1
confined [1]
    45:25
confirmed [1]
    59:7
conjunction [1]
    66:1
connecticut [10]
    2:3, 5, 7; 12:10, 13, 14;
    24:15; 83:4, 6, 8
connection [2]
    2:14; 81:14
connections [7]
    29:2, 4, 23; 79:13; 81:7, 11,
    18
conroy [2]
    2:6; 83:8
consequence [1]
    74:12
consider [2]
    17:9, 10
consistent [23]
    34:3; 35:8; 46:22; 51:12, 25;
    52:8; 54:5, 6; 55:3, 7; 57:23;
    60:18; 61:16, 19; 62:16;
    65:12; 68:22; 69:2; 76:5, 23;
    77:23; 79:5, 25
consolidated [1]
    13:16

**direct** [2]
3:3; 4:10
**disagree** [2]
50:20, 22
**disassembled** [1]
18:9
**disassembly** [1]
16:4
**discarded** [1]
26:12
**disclosure** [2]
50:23, 24
**disclosures** [4]
42:3; 47:20; 50:17, 20
**discussing** [1]
72:18
**discussion** [3]
37:5, 7; 49:6
**discussions** [1]
37:3
**distinct** [1]
34:8
**disturbed** [1]
58:6
**division** [1]
13:5
**document** [6]
3:18; 48:5, 10; 70:3; 73:23;
76:21
**documentary** [2]
59:9; 60:19
**documentation** [2]
34:24; 57:10
**documented** [7]
10:16; 38:25; 52:2, 9, 11;
56:18; 59:4
**documenting** [1]
72:13
**documents** [2]
4:3; 44:25
**doesn't** [3]
52:20; 56:14; 74:14
**dolinsek** [1]
50:23
**domain** [1]
24:23
**door** [10]
57:20, 25; 58:2; 76:17, 22;
77:1, 18; 81:5, 21, 23
**doors** [5]
46:14; 52:24; 55:25; 56:21
**dozen** [4]
25:10, 24; 26:4, 18
**dr** [2]
4:13, 16
**drafting** [2]
10:10, 11
**drag** [1]
77:17
**drain** [1]
67:7
**draw** [2]
63:8; 79:7
**drawing** [2]
10:16; 11:10
**drawings** [1]
10:13
**dripping** [1]
75:14
**dropping** [1]
58:12

**due** [1]
51:2
**duly** [2]
2:4; 4:7
**duplicative** [1]
63:10
**duration** [1]
10:22
**dust** [3]
33:15; 43:6; 64:6

**– E –**

**e93302** [1]
43:19
**early** [1]
18:5
**earned** [1]
24:2
**easier** [1]
36:20
**easiest** [1]
35:24
**easily** [2]
52:7; 53:3
**edge** [9]
43:8; 63:15; 64:20; 65:24;
66:5, 12, 13, 14; 72:21
**education** [3]
9:6, 7; 10:19
**edwards** [2]
2:6; 83:8
**eight** [1]
23:14
**eighteen** [1]
7:22
**electric** [1]
43:15
**electrical** [24]
16:3; 17:18, 24; 18:1, 2;
28:22; 29:4, 7; 31:12; 32:9,
14; 33:13, 25; 34:2; 39:21;
44:5; 49:22; 52:2; 72:5;
73:23; 74:13; 76:15; 79:16;
81:18
**electron** [1]
8:19
**employee** [1]
5:14
**employees** [2]
5:20, 22
**employers** [1]
9:2
**end** [1]
8:24
**ends** [3]
7:19, 20; 74:9
**energized** [3]
74:15; 77:10, 11
**engineer** [8]
5:9, 10, 15, 16; 6:23; 14:10;
17:12; 25:4
**engineering** [24]
4:23, 25; 5:6, 20; 6:17; 10:9,
13; 12:24; 14:2, 17, 20, 24;
15:4, 11; 17:23, 24, 25;
21:16, 19; 23:22; 24:1, 14,
18, 20
**england** [4]
7:7, 9, 13, 19
**entered** [1]

58:2
**entirety** [1]
51:10
**entities** [1]
19:3
**entitled** [1]
2:3
**entry** [4]
48:13; 66:22; 70:13; 80:17
**equipment** [2]
22:11, 12
**equipped** [1]
81:10
**equivalent** [1]
7:18
**errata** [1]
84:8
**established** [1]
53:4
**estimate** [1]
27:13
**et** [1]
43:7
**evaluate** [2]
18:7; 25:19
**evaluation** [2]
28:17, 22
**evaporator** [5]
43:16; 75:12; 78:16; 79:6;
81:7
**evening** [1]
51:17
**evenings** [1]
23:16
**events** [1]
83:17
**evidence** [34]
34:20; 45:18; 46:8, 12; 56:18;
57:2, 6, 7; 58:5, 9, 11; 60:9,
12, 19; 64:2, 4; 70:11; 71:6,
10; 72:3, 5; 73:6; 74:6, 8;
75:23; 76:15; 77:6, 22, 23;
78:14; 79:16; 80:13
**exact** [1]
82:9
**exactly** [1]
60:12
**examination** [7]
4:10; 16:4; 61:14; 68:19;
75:25; 76:2, 14
**examine** [4]
37:14; 51:3; 58:22; 64:13
**examined** [7]
4:8; 18:9; 34:23; 38:21, 23;
52:2; 83:12
**examining** [2]
28:15; 68:20
**example** [2]
15:18; 58:15
**excavated** [1]
79:4
**excellent** [1]
33:14
**except** [6]
26:6; 33:16; 41:23; 43:7;
63:15; 81:20
**excess** [1]
19:16
**exclude** [3]
52:20; 56:11, 14
**excluded** [1]

44:7
**exhibit** [16]
3:9, 15, 16, 17, 18, 19, 20,
21; 4:17; 36:6, 13; 42:10;
48:5, 9; 49:15; 50:9
**exhibits** [7]
3:11, 12, 13, 14; 4:3; 54:20;
60:4
**exist** [1]
57:11
**exists** [1]
60:19
**expand** [1]
15:16
**expanded** [1]
15:7, 14
**expect** [4]
47:10; 64:8, 10, 12
**experience** [2]
6:7; 17:11
**experiments** [2]
10:3, 4
**expert** [4]
17:9, 11, 14, 16
**expert's** [1]
51:3
**expertise** [3]
14:15; 17:12, 21
**experts** [2]
42:3; 50:16
**expires** [2]
83:24; 84:18
**explosion** [1]
15:20
**explosions** [2]
15:18; 22:8
**expose** [1]
79:24
**exposure** [5]
33:17; 68:22; 69:2; 74:12;
76:5
**extend** [1]
56:21
**extended** [1]
67:15
**extends** [2]
56:7; 79:22
**extensive** [1]
39:7
**extent** [1]
34:24
**exterior** [6]
28:18; 31:9; 33:17; 62:18;
70:15, 16
**external** [7]
52:16; 56:16; 57:4; 68:25;
72:10; 73:1; 76:4
**extinguishing** [1]
27:1
**extract** [1]
73:9
**extreme** [1]
60:13
**extremely** [1]
39:7
**extrusion** [1]
13:4

**– F –**

**f1** [4]

**43:13**
**high** [1]
    7:18
**high-quality** [1]
    13:11
**higher** [1]
    21:22
**highlighted** [1]
    16:25
**highlights** [1]
    16:18
**hint** [1]
    7:5
**history** [1]
    9:12
**holder** [2]
    43:21; 75:17
**hole** [1]
    70:17
**home** [2]
    14:6; 49:22
**homeowner** [1]
    60:11
**homeowners** [1]
    60:8
**hometown** [1]
    9:24
**hose** [2]
    64:24; 65:2
**hot** [2]
    32:13; 75:4
**hour** [1]
    20:17
**hours** [1]
    23:13
**house** [2]
    14:8, 11
**hundreds** [2]
    19:1, 19
**husband** [1]
    44:23

**— I —**

**I'd** [2]
    59:1, 2
**I've** [6]
    17:7; 19:23; 29:12; 33:7;
    34:12, 20
**iai** [1]
    17:4
**icemaker** [2]
    81:11; 82:6
**idea** [4]
    19:15; 24:3; 47:18, 25
**identification** [11]
    4:4; 36:7; 39:23; 40:4; 42:11,
    25; 48:6; 49:16; 50:10; 54:21;
    69:22
**identified** [2]
    38:23; 47:9
**identify** [12]
    4:17; 30:17; 35:10; 36:2, 12,
    14; 39:9; 46:24; 47:7; 53:23;
    66:14, 20
**identifying** [1]
    72:8
**ignition** [20]
    26:23; 27:14; 32:2, 7, 8;
    33:21; 34:4; 35:10; 37:13;
    38:7; 39:9; 44:7; 59:25;

    64:14; 70:4; 75:24; 76:3;
    78:18; 82:10
**imagine** [3]
    49:7; 59:18; 70:4
**immediate** [3]
    28:20; 68:3, 8
**immediately** [6]
    49:11; 57:9, 10, 17; 67:23;
    77:16
**implementation** [1]
    12:21
**implicated** [2]
    27:2, 6
**implication** [1]
    52:6
**important** [1]
    76:21
**impossibility** [1]
    51:1
**impression** [1]
    65:13
**improperly** [1]
    31:14
**improve** [1]
    11:10
**improvement** [1]
    11:12
**in-house** [1]
    25:1
**inadvertently** [1]
    40:15
**inch** [1]
    76:20
**inches** [1]
    43:9
**incident** [1]
    48:10; 51:4; 59:18
**incidents** [2]
    49:20; 57:17
**include** [1]
    22:8
**included** [1]
    41:4
**inconsistent** [1]
    51:14
**indicate** [4]
    38:5; 39:6; 66:25; 80:6
**indicated** [3]
    37:11; 38:14; 60:5
**indicates** [3]
    52:12; 53:6; 61:12
**indication** [2]
    53:13; 69:13
**individual** [5]
    5:11; 20:7, 8; 22:18; 36:2
**individually** [4]
    21:18, 20; 38:20, 25
**individuals** [5]
    5:18; 20:24; 21:1, 4, 11
**industry** [7]
    7:1; 9:1, 3; 13:12, 13; 17:25;
    29:22
**influence** [3]
    31:21, 23; 32:10
**information** [1]
    23:10; 24:4; 26:15; 30:18;
    34:12; 38:4; 40:2, 11, 16;
    43:12; 44:12, 14, 20; 45:23;
    46:25; 47:8; 49:4, 5, 12
**informed** [1]
    39:12; 40:20

**Informing** [1]
    40:21
**initial** [1]
    37:3; 78:20
**initially** [6]
    12:12, 19; 15:5, 8; 16:1;
    28:17
**initiate** [1]
    65:16
**initiating** [1]
    68:22
**input** [1]
    43:21
**inside** [22]
    29:4, 7; 30:18, 21; 31:4, 11;
    32:3, 16; 35:2; 45:23; 46:3, 5,
    6; 53:1; 56:25; 69:8; 74:6, 17;
    77:19; 80:25; 81:16, 19
**inspect** [1]
    44:21
**inspection** [5]
    37:20; 39:20; 42:19; 43:1, 25
**installation** [1]
    12:19
**installations** [1]
    14:7
**installed** [1]
    43:18
**instance** [2]
    20:1; 60:17
**instances** [5]
    19:8; 30:16; 60:14; 70:2
**insulated** [1]
    73:17
**insulation** [6]
    67:17, 19; 71:9; 73:18; 79:15,
    25
**insurance** [15]
    19:2, 5, 6, 9, 21, 25; 20:5, 11,
    25; 22:2, 14, 15, 23; 23:3;
    84:21
**intact** [7]
    34:2; 64:22; 67:17, 19, 20;
    75:9; 79:12
**intake** [1]
    44:12
**interest** [3]
    59:9, 14, 21
**interested** [1]
    83:17
**interests** [1]
    13:17
**interfaced** [1]
    18:3
**interior** [19]
    28:18; 31:19; 33:9, 11; 34:6,
    10; 55:20, 22; 56:2, 11; 59:2;
    62:2; 67:22; 68:2, 5, 10;
    70:15, 20; 78:3
**internal** [1]
    52:21
**internally** [1]
    44:19
**international** [2]
    8:21; 16:11
**interpretation** [1]
    26:16
**interrogatories** [2]
    42:2, 4
**investigate** [2]
    25:21; 64:8

**investigated** [4]
    18:25; 25:7; 28:11; 60:7
**investigation** [5]
    16:7, 10, 13; 20:16; 21:14
**investigations** [5]
    14:14; 17:17, 22; 20:23;
    30:11
**investigative** [1]
    30:14
**investigator** [1]
    17:3
**investigators** [2]
    16:11; 27:6
**involve** [3]
    6:9; 22:9, 10
**involved** [18]
    9:12; 15:12, 18, 19, 25;
    18:20; 20:13; 21:21; 26:9, 22;
    27:1, 7, 14; 32:23; 33:7, 9;
    38:5
**involvement** [1]
    22:4
**involves** [1]
    22:7
**involving** [4]
    15:8; 17:17, 22; 26:19
**isolation** [2]
    33:25; 65:19
**issue** [2]
    7:3; 52:13
**issues** [6]
    12:23, 24; 15:17; 22:2; 50:25;
    58:20
**item** [3]
    56:19; 60:3; 68:20
**items** [14]
    38:22; 52:8; 55:12; 56:21;
    58:12; 59:1; 62:10, 12; 68:12,
    17, 21; 69:21; 70:3; 81:20

**— J —**

**january** [1]
    83:18
**jba** [1]
    84:21
**jersey** [3]
    37:21; 38:10; 42:19
**job** [1]
    9:3
**jobs** [2]
    9:21, 23
**joined** [1]
    14:20
**jr** [1]
    50:2
**june** [11]
    37:20; 38:8, 10; 39:16; 41:2,
    6, 9, 10, 14; 83:25

**— K —**

**keep** [2]
    31:20, 21
**kennecott** [3]
    9:17, 18; 10:24
**kinds** [3]
    9:23; 33:16; 62:12
**kitchen** [16]
    25:13, 17, 18; 28:11, 16;
    32:13; 33:8, 9; 38:6; 44:6;
    45:17, 18; 54:1; 55:19; 59:10;

45:17, 19; 51:21; 59:3

**ms** [25]
4:1, 10; 35:15, 20, 21; 36:11;
39:2, 4; 42:8, 13; 48:3, 8;
49:13, 18; 50:7, 12; 54:18,
23; 66:6, 10, 16; 80:20, 24,
25; 82:22
**multi-outlet** [2]
69:20; 70:7
**myself** [2]
5:7; 17:10

**– N –**

**name** [11]
4:12, 13; 6:10, 14; 19:23;
24:6; 30:2, 3; 48:19, 21;
50:24
**named** [2]
5:11, 23
**nature** [4]
17:6; 32:9; 39:6; 64:11
**nickname** [1]
4:14
**nigel** [1]
5:23
**night** [1]
23:15
**noberto** [3]
50:1; 84:22
**non-combustible** [1]
59:15
**normally** [3]
7:20; 81:3, 4
**notary** [6]
2:4, 24; 4:7; 83:3, 23; 84:17
**notation** [3]
44:4; 49:7, 9
**note** [1]
56:3
**noted** [1]
84:7
**notes** [11]
3:17; 42:10, 14, 16, 23;
43:24; 44:2; 48:17, 25; 49:5
**notice** [1]
2:15
**noticed** [1]
44:24
**nuclear** [3]
13:4, 12, 15
**number** [13]
27:13; 28:13; 31:2; 32:21;
40:4; 43:22; 44:22; 47:1, 9;
72:14; 74:21
**numbers** [2]
47:23; 48:1
**numerous** [1]
14:13

**– O –**

**oath** [1]
4:8
**objections** [1]
2:18
**observation** [1]
70:20
**observations** [5]
33:18; 38:25; 43:5; 60:11, 18
**observed** [2]
46:4; 55:24

**obtain** [5]
7:2; 8:3; 17:20, 21; 40:2
**obtained** [1]
17:2
**obviously** [2]
21:4; 67:2
**occasionally** [1]
29:22
**occasions** [2]
14:13; 23:7
**occupies** [1]
38:12
**occur** [1]
29:21
**occurred** [3]
48:17; 79:17; 80:7
**occurring** [1]
31:22
**occurs** [1]
25:18
**october** [2]
41:18, 22
**odor** [1]
45:16
**offered** [2]
9:2; 16:9
**office** [5]
14:18; 37:2, 3, 5; 41:5
**officer** [1]
2:16
**offices** [4]
2:6; 14:17; 23:10; 83:7
**oh** [3]
10:20; 44:18; 47:25
**oil** [8]
13:5; 51:16, 18, 20, 25; 52:5,
7; 59:17
**okay** [23]
6:10; 13:18; 14:4; 20:10, 15,
18; 25:12, 20; 28:3; 33:4;
35:3; 36:4; 38:15; 39:1, 11;
42:20; 56:24; 59:13; 63:20;
66:21; 70:12; 73:24; 76:16
**old** [3]
44:23; 46:18, 20
**olive** [1]
51:18
**ones** [4]
16:18; 17:1; 55:24; 58:22
**onions** [1]
51:19
**onwards** [1]
18:6
**open** [2]
56:21; 76:22
**opened** [4]
44:24; 52:24; 55:25; 56:1
**opening** [2]
27:22; 71:16
**opens** [1]
45:19
**operating** [1]
77:13
**opinion** [3]
21:12; 34:5; 76:24
**opinions** [2]
51:11; 52:1
**opposed** [3]
21:18; 28:24; 61:17
**optics** [1]
8:19

**options** [1]
8:25
**order** [1]
58:10
**origin** [6]
17:9, 10, 14; 44:17, 18; 79:7
**originally** [1]
7:10
**originals** [1]
66:3
**originated** [1]
44:19
**originating** [1]
59:16
**out-of-focus** [3]
67:3, 5, 10
**outlet** [1]
25:21
**outlets** [1]
43:19
**output** [1]
43:22
**outside** [8]
7:11; 14:11, 14; 25:3; 43:8;
46:8; 52:16; 53:2
**oven** [1]
51:16
**overall** [2]
47:17; 80:1
**overheated** [1]
52:7
**overheating** [1]
51:25
**overnight** [1]
44:25
**owns** [1]
38:11
**oxygen** [1]
32:1

**– P –**

**p.e.** [1]
7:2
**p.m.** [1]
82:25
**package** [2]
53:25; 54:10
**packages** [1]
55:8
**page** [7]
3:9; 43:16; 44:2, 11; 48:13,
25; 49:3
**pages** [3]
42:14, 22; 48:9
**pan** [1]
52:6
**panel** [1]
76:17
**pans** [1]
52:9
**part** [15]
13:1; 17:23; 18:5; 32:5; 51:2;
61:9; 62:18; 67:13; 68:14;
69:9; 73:16; 75:23; 78:16;
79:6
**part-time** [3]
6:1, 2
**partial** [1]
17:5
**partials** [1]

17:7
**participate** [1]
15:17
**parties** [3]
2:13; 38:20; 83:16
**partner** [1]
5:13
**partnership** [3]
5:1, 2; 14:16
**party** [2]
21:3; 22:4
**patricia** [3]
24:7, 8; 50:4
**pattern** [10]
52:12, 13, 19, 22; 53:5, 18;
55:18; 56:4, 10; 61:4
**patterns** [6]
28:19, 25; 34:22; 38:6; 39:13;
52:16; 53:3; 54:4
**pearl** [2]
2:6; 83:8
**peeled** [1]
79:23
**penetrates** [1]
56:2
**people** [6]
15:5; 27:20; 29:19; 38:4;
56:20; 60:8
**percent** [6]
21:21, 24; 22:5, 6; 23:21
**percentage** [1]
23:19
**perforated** [1]
74:20
**perforation** [1]
75:1
**period** [1]
18:6
**periods** [1]
23:15
**personally** [2]
21:11; 30:21
**personnel** [1]
47:2
**persons** [1]
19:2
**pertain** [1]
49:3
**peter** [7]
38:11; 43:3; 44:4, 16; 53:10;
68:16; 69:24
**petroleum** [1]
8:21
**ph.d.** [11]
2:1; 3:5; 4:6; 8:8, 10, 23; 9:2;
83:6; 84:4, 11, 22
**phase** [1]
43:14
**phone** [9]
40:19; 43:18, 20; 44:9; 68:13,
14, 15
**photocopy** [1]
53:24
**photograph** [31]
3:21; 53:25; 54:9, 13, 17, 20,
23; 55:9, 11, 17; 58:25;
61:12, 13, 16, 21; 62:18, 24;
63:21; 65:14, 19; 69:15; 70:3,
22; 71:5; 72:18; 73:20, 22;
74:2; 75:22; 78:5; 79:21
**photographed** [3]

**recover** [1]
19:7

**recross** [1]
3:3

**redirect** [1]
3:3

**reduced** [1]
32:21

**referenced** [1]
25:25

**referred** [1]
55:8

**referring** [2]
53:21; 54:24

**refrigerant** [2]
66:23; 80:17

**refrigeration** [5]
29:9, 17; 32:4; 70:25; 71:2

**refrigerator** [170]
25:7, 9, 15; 26:1, 3, 12, 17,
22; 27:2, 3, 14, 16, 21, 23;
28:6, 8, 9, 12, 15, 20, 21, 23;
29:1, 3, 4, 7, 18, 24; 30:19,
22; 31:4, 5, 7, 10, 19; 32:23;
33:2, 10, 14, 24; 34:6, 10, 14,
16, 18, 21, 22; 35:2, 5, 7, 10;
36:19; 37:13, 15; 38:7, 13,
14, 21; 39:10, 13, 22; 43:2, 5,
10, 16; 44:24; 45:19, 21, 25;
46:1, 3, 9, 10, 12, 13, 15, 17,
18, 20; 47:9, 21; 51:23;
52:15, 17, 18, 21, 25; 53:2, 7;
55:20, 22, 25; 56:4, 5, 8, 9,
11, 16, 17, 19, 25; 57:1, 4,
13, 19, 21; 58:5; 59:5, 19;
61:1, 5, 17, 20, 22; 62:3, 17,
20, 25; 63:5, 11, 14; 64:5, 9,
20; 65:7, 15, 23; 66:19, 23;
67:8, 13, 14, 22; 68:1, 2, 5, 9,
18; 69:8, 11; 70:14; 71:15;
72:9, 20; 73:21, 25; 74:6, 18;
76:12, 25; 77:4, 13, 17, 19;
78:4, 24, 25; 79:1, 4, 11, 14,
22; 80:2, 18; 81:1, 8, 22, 23;
82:16, 19

**refrigerator-related** [1]
49:20

**refrigerators** [7]
25:13, 16; 26:19; 32:11, 15;
33:7; 49:24

**regarding** [2]
41:18, 23

**registered** [1]
6:23

**regularly** [1]
6:5

**related** [6]
16:3; 21:13, 24; 25:14; 49:23;
83:15

**relates** [1]
48:10

**relative** [1]
52:8

**relatively** [2]
25:15; 67:1

**relevant** [1]
16:19

**relocating** [1]
12:9

**remainder** [2]
34:14; 75:8

**remains** [4]
33:10; 38:13; 69:16; 75:17

**remember** [5]
30:2; 41:17; 69:4; 71:14, 16

**removal** [1]
38:22

**remove** [2]
62:7; 63:18

**removed** [4]
62:21; 76:10; 78:21; 79:5

**rents** [1]
38:12

**repairclinic.com** [1]
42:25

**report** [25]
3:20; 27:2; 29:20; 30:6;
32:22; 34:15; 37:23, 24; 38:2,
3; 39:2, 4; 41:4, 6, 9, 15, 16;
44:5; 50:9, 13; 53:22; 54:10;
55:11; 58:15, 19

**reported** [2]
40:13; 83:13

**reporter** [1]
83:4

**reports** [7]
6:20; 30:9, 11, 14; 35:8;
50:15; 51:11

**represent** [2]
51:10; 75:24

**representatives** [4]
38:16; 39:24; 46:23; 51:3

**represented** [1]
61:8

**representing** [1]
52:15

**represents** [1]
55:17

**requested** [1]
46:25

**require** [1]
24:19

**required** [1]
6:4

**requirements** [1]
24:17

**research** [7]
8:7, 15, 18, 23; 9:4; 10:3;
11:7

**reserved** [1]
2:19

**respect** [6]
15:5, 10; 18:22; 51:17; 52:15;
78:18

**respective** [1]
2:13

**responsible** [1]
12:21

**rest** [1]
49:6

**restaurant** [1]
15:20

**result** [1]
59:19

**resulted** [1]
53:3

**resulting** [1]
31:12

**retain** [1]
21:4

**retained** [1]
76:14

**review** [1]
41:24

**reviewed** [6]
37:24; 42:1, 2; 49:25; 50:4,
15

**richard** [1]
5:7

**right** [38]
5:18; 7:4, 12, 19; 10:18; 17:2;
21:15, 20; 24:25; 26:18;
32:19, 24; 36:16; 41:1, 7, 14;
42:13; 44:14; 50:13; 54:16;
56:21; 57:14, 24; 60:23, 25;
61:2, 21, 25; 63:4, 6, 14;
65:10; 69:6; 71:2; 76:7; 77:6;
78:23; 80:3

**right-hand** [1]
63:5

**river** [1]
15:20

**roche** [5]
39:19; 40:17, 21; 49:8, 9

**room** [8]
54:7; 55:10; 58:1, 2; 65:12;
69:1; 76:11; 77:20

**rotor** [1]
43:13

**routinely** [2]
22:18; 29:20

**rubber** [5]
9:17, 20; 64:24; 65:2; 67:7

**rubble** [1]
78:23

**rule** [3]
25:21, 22; 39:8

**ruled** [1]
34:16

**– S –**

**s-50** [1]
43:19

**safeco** [13]
19:10, 11, 12, 14; 20:2;
22:17, 19, 20; 23:11, 23;
24:2, 12; 84:21

**saute** [1]
51:18

**saying** [1]
53:25

**scene** [10]
26:5, 7, 9, 11, 12, 13; 34:23;
51:4; 53:14; 58:18

**schedule** [1]
37:4

**scheduled** [1]
6:5

**scheduling** [1]
37:19

**schematic** [5]
39:21, 22; 40:23; 43:2

**schematics** [2]
40:1; 71:18

**scholarship** [1]
8:21

**school** [5]
7:8, 18; 9:8, 21; 10:19

**schooling** [2]
7:12; 17:24

**scolded** [1]
40:24

**seal** [2]
66:23; 67:1

**sealed** [2]
31:20, 24

**second** [3]
22:16; 43:16; 48:25

**secondly** [1]
33:13

**secretaries** [1]
5:25

**secretary** [4]
39:17; 40:12; 41:13; 48:1

**secretary's** [1]
48:14

**section** [5]
49:2; 78:4; 79:1; 81:24; 82:1

**secured** [1]
75:24

**seeking** [1]
20:24

**selected** [1]
58:17

**sell** [1]
17:12

**seminar** [1]
23:11

**seminars** [6]
10:20; 16:6, 20, 23; 18:10;
23:3

**send** [1]
44:25

**sense** [1]
28:19

**separated** [1]
43:7

**serial** [4]
43:22; 44:22; 47:1; 72:14

**service** [1]
29:22

**seventeen** [1]
79:11

**seventy-eight** [1]
58:16

**shea** [1]
5:12, 24

**sheet** [3]
44:12; 47:10; 84:8

**sheets** [2]
43:24; 48:14

**shell** [2]
8:20; 9:3

**shiny** [1]
79:21

**shop** [2]
10:8, 15

**shot** [6]
65:4; 67:3, 5, 10; 69:17;
71:19

**show** [15]
4:16; 34:3; 36:12; 42:13;
48:8; 50:12; 57:25; 59:23;
60:24; 62:2; 65:21; 67:24;
71:6; 76:22; 79:23

**showing** [8]
54:17; 55:10; 64:18; 65:6, 23;
73:18; 79:24; 80:11

**shows** [6]
62:18, 22; 65:1; 67:16; 72:21;
79:12

**sifted** [1]
62:14

**three** [6]
8:13; 18:24; 23:7; 46:21;
48:9; 81:20
**three-page** [2]
3:18; 48:5
**three-year** [1]
8:15
**thursday** [3]
2:8; 83:9; 84:6
**tie** [1]
67:19
**tile** [2]
59:7, 13
**tilted** [2]
63:18, 21
**tim** [3]
49:8, 9, 11
**times** [2]
18:23; 28:11
**timing** [2]
41:11; 51:17
**titanium** [1]
13:12
**totally** [2]
33:11, 14
**towards** [5]
54:1; 58:1; 61:5, 20; 77:17
**track** [1]
7:23
**trademark** [1]
43:8
**training** [1]
16:6
**transcribed** [1]
83:13
**transcript** [2]
2:21; 84:5
**transcription** [1]
41:24
**transcripts** [1]
42:1
**transformer** [2]
43:18; 75:21
**transition** [1]
73:17
**trash** [2]
59:23, 24
**tray** [2]
43:6, 17
**tremendously** [1]
21:15
**trial** [1]
2:19
**trim** [2]
65:18; 66:18
**tripped** [1]
79:17
**true** [1]
84:6
**truth** [3]
83:11, 12
**tube** [1]
78:3
**tubing** [9]
11:10; 13:12; 62:15; 66:23;
74:17, 20, 23; 75:8; 80:17
**twenty** [2]
19:16; 28:14
**twenty-odd** [1]
7:1
**twice** [1]

57:15
**type** [5]
6:20; 15:9; 31:3, 6; 40:6
**typed** [1]
6:22
**types** [5]
10:14; 15:7; 17:18; 18:3; 53:3
**typically** [8]
7:20; 16:9; 23:14, 20, 21;
24:11; 31:8; 47:15
**typist** [1]
6:1

**– U –**

**u.s.a.** [1]
43:15
**underlying** [1]
79:24
**underneath** [2]
43:6; 67:8
**underside** [9]
63:24; 64:20; 67:12, 14; 68:3;
69:20; 70:7; 72:20; 77:1
**understand** [3]
4:22; 24:14; 32:22
**understandable** [1]
60:1
**understanding** [3]
20:10; 24:17; 28:21
**understood** [1]
56:23
**uniformly** [1]
55:4
**unit** [11]
40:5; 64:7; 68:13, 14; 75:12;
78:17; 79:6; 80:11; 81:7, 12,
15
**united** [2]
8:9; 11:24
**units** [1]
75:21
**university** [9]
7:13, 22; 8:2, 7; 9:1, 6; 10:19,
23; 16:8
**unlikely** [1]
56:20; 74:23
**unplugged** [1]
79:18
**unplugs** [1]
77:17
**unusual** [4]
21:1; 32:4; 33:12
**updated** [1]
17:1
**upper** [5]
54:17; 56:5; 65:10, 11; 70:25
**upset** [1]
6:12
**usual** [1]
18:8
**utilities** [1]
32:14
**utilize** [1]
58:18
**utilizing** [1]
11:22

**– V –**

**vague** [1]
46:7

**valias** [16]
37:23; 38:1, 11, 18; 42:5;
43:3; 44:5, 16; 53:10, 22, 25;
55:11; 58:17; 68:16; 69:24;
76:10
**valuable** [1]
26:15
**value** [1]
40:1
**valve** [1]
81:12
**varied** [1]
26:21
**varies** [1]
21:15
**verbal** [3]
39:2, 4; 60:15
**vice** [1]
13:8
**vicinity** [1]
60:8
**view** [3]
53:25; 59:1
**virtue** [1]
35:9
**visible** [3]
52:12; 58:13, 24
**vitae** [1]
3:15
**volt** [2]
43:21, 22
**volts** [2]
31:11; 43:13
**volume** [1]
32:6

**– W –**

**waived** [3]
2:17, 22, 25
**wall** [3]
28:7; 55:2; 57:19
**walls** [2]
45:25; 46:9
**wanted** [8]
9:13; 10:15; 18:4, 5; 40:1;
58:10; 76:22
**warm** [1]
31:21
**warrant** [1]
7:3
**warren** [4]
6:11, 13, 14
**warrington** [1]
7:10
**waterbury** [4]
12:15, 17; 13:9; 37:12
**watkinson** [9]
2:1; 3:5; 4:6, 13, 16; 83:5;
84:4, 11, 22
**watts** [1]
43:21
**ways** [2]
32:12; 50:22
**wdc** [1]
43:21
**website** [1]
42:24
**week** [3]
10:21; 23:13, 15
**weekends** [1]

23:16
**weeks** [1]
10:22
**welding** [1]
11:8
**weren't** [2]
26:7; 27:7
**what's** [3]
36:12; 48:8; 50:12
**whatsoever** [2]
24:15; 63:15
**wheel** [1]
28:6, 9
**whereabouts** [5]
7:9; 12:14; 46:6; 65:25; 78:22
**whereas** [1]
68:2
**widespread** [1]
15:9
**wife** [3]
12:10; 13:25; 14:4
**willing** [3]
9:5; 37:14, 17
**wire** [11]
62:15; 64:11; 73:16, 23; 74:5,
7, 10, 15; 77:3, 8; 78:21
**wires** [16]
43:15; 67:17, 18; 71:7, 8, 9,
10, 12, 17, 19; 73:19; 77:7;
79:16, 24; 80:4, 7
**wiring** [6]
16:3; 31:3; 32:18; 33:16;
67:13; 70:13
**wisconsin** [1]
16:9
**witness** [7]
2:2; 3:3; 4:6; 36:9; 66:11;
83:10, 18
**words** [2]
25:20; 43:10
**work** [27]
6:15; 9:12; 10:10, 11, 24;
11:3, 17, 24; 14:3, 8, 10;
20:4; 21:10, 21; 22:5, 6;
23:13, 14, 16, 23, 24; 24:19,
21, 22, 25; 25:5; 66:18
**workday** [1]
23:19 .
**worked** [11]
9:24, 25; 10:8, 9; 11:9, 15;
12:12; 18:11; 19:23, 24;
24:24
**working** [6]
9:16; 11:18; 12:8; 14:5; 19:9;
21:2
**works** [1]
10:8
**wouldn't** [6]
24:12; 55:17; 61:13; 64:11,
12; 71:17
**wrap** [1]
70:17
**wrapping** [1]
62:21
**writing** [1]
27:2
**wrote** [2]
40:18; 41:6

**– Y –**

## CURRICULUM VITAE

### DR. FRANK E. WATKINSON
Spectrum Engineering Group, LLC
1111 South Main Street
Cheshire, Connecticut 06410
(203) 272-1111

### EDUCATIONAL BACKGROUND

B.Sc (Honors) Metallurgy (1966)

School of Applied Science
University of Leeds
England

Ph.D Metallurgy (1970)

University of Leeds
England

Thesis:

Stress-corrosion cracking of Al-Zn-Mg alloys

Major Award:

Shell International Petroleum Company Scholarship

Research Experience:

Electron microscopy; fractography; mechanical and corrosion testing; advanced metallography;

Program for Management Development (1975)

Harvard Business School

### BUSINESS AND PROFESSIONAL EXPERIENCE

1986-Present

Spectrum Engineering Group
Partner/Manager:
Consulting services to the insurance industry, legal profession and manufacturing companies.

Personal investigative specialties include:

- Failure analysis of metals and non-metallic materials including glass, ceramics and polymers.

- Metallurgical investigations

DEFENDANT'S EXHIBIT

E
12/18/03

- Fire Investigations including electrical fires, gas and electric appliance failures, vehicle fires, propane and natural gas fires.

- Heating system failures and carbon monoxide exposure.

- Sprinkler system failures.

**1984-1986**  Consulting Engineer in Private Practice. Consulting services in metallurgy, failure analysis; quality assurance and process engineering. Detailed investigations of industrial accidents; equipment and/or material failures.

**1980-1984**  Chase Nuclear & Extrusion Div. of Standard Oil. Vice President and General Manager: Responsibility for operations, sales, marketing and finance at U.S. and Canadian facilities manufacturing nuclear and aerospace products in zirconium and titanium alloys.

**1978-1980**  Century Brass Products, Inc. Technical Manager: Responsibility for technical services for a 150 million pounds per year multi-product copper alloy fabricator.

**1970-1978**  Kennecott Copper Corporation Project Manager (1976-1978): Responsibility for planning, installation and operation of a $1.5 Million pilot plant testing proprietary casting and fabrication technology.

Technical Director (1973-1975) Responsibility for Technical Services, Quality Assurance, Pollution Control, Process Control and Development, and Non-Destructive Testing at a multi-product copper and brass manufacturing operation.

Staff Scientist (1970-1973): Research in electron optics; fracture mechanisms; metal working processes; welding processes, failure analysis and fractography at a corporate research facility.

## RELEVANT PROFESSIONAL CONFERENCES, SEMINARS & COURSES

- IITRI Annual International Conferences on Electron Optics and Fractography
  Chicago, Illinois 1970-1974.

- Vehicle Maintenance & Mechanics
  Euclid, Ohio 1971 and 1972.

- International Nickel LaQue Corrosion Conferences
  Wrightville Beach, N.C. 1973-1975.

- Non-destructive Testing Training Course
  Magnetic Analysis Corporation
  Mount Vernon, N.Y. 1973.

- International Conference on Oil Tank, Pipeline and Heat Exchanger Corrosion
  National Association of Corrosion Engineers
  Wrightville Beach, N.C. 1974.

- Furnace Combustion & Safety Training Center
  Cleveland, Ohio 1977.

- Electrical Fire Investigation and Fires of Gas Origin
  University of Wisconsin, Madison, Wis. 1987.

- Seminar and Workshop on Sprinkler Systems
  National Fire Protection Association
  Nashua, N.H. 1988

- Electrical Fires & Fire Investigations
  Hughes Institute, Cherry Hill, N.J. 1990.

- Yankeegas Boiler Seminar
  Southington, CT. 1991.

- Technical Fundamentals of Fire Investigation
  University of Wisconsin, Madison, Wis. 1992.

- Investigation of Electrical Fires
  Connecticut State Fire Marshal Course
  Meriden, CT. 1989 and 1992.

- Electrical Fire Investigation and Fire Dynamics
  International Association of Arson Investigators
  Hartford, CT. 1995.

- Investigation of Gas and Electric Appliance Fires
  Barker and Herbert Laboratories, New Haven, Ind. 1995.

- Warning, Instruction and Product Liability.  University of
  Wisconsin Seminar and Conference. 1996

- Taught seminar on Appliance Fire Investigation, Rhode Island
  Fire Marshals' Training Program and joint meeting with
  New England Chapter of the International Association of
  Arson Investigation. 1996.

- Taught seminar on Appliance Fire Investigation, Connecticut
  Fire Marshals' Association Annual Conference. 1997.

- Electrical Fire Investigation
  Public Agency Training Council
  Meriden, CT. 1998.

- Taught seminar on Metallurgy and Fire Investigation,
  Connecticut Fire Marshals' Association.  2001.

## CURRENT MEMBERSHIPS IN PROFESSIONAL SOCIETIES

- American Society for Metals (1970)

- National Association of Corrosion Engineers (1975)

- Society of Manufacturing Engineers (1977)

- The Metallurgical Society of AIME (1987)

- Society of Automotive Engineers (1987)

- International Association of Arson Investigators (1990)

- National Academy of Forensic Engineers (1993)