FILED
FEB 11  1 53 PM '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA as subrogee of NOBERTO AND MARIA CLARO,<br><br>Plaintiff,<br><br>vs.<br><br>MAYTAG CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 3:02CV-1916 JBA<br><br>FEBRUARY 10, 2004 |

### PLAINTIFF SAFECO INSURANCE COMPANY'S
### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the plaintiff, Safeco Insurance Company, hereby respectfully requests a thirty (30) day extension of time in which to respond to the defendant Maytag Corporation's Motion for Summary Judgment, and Motions to Bar the Testimony of Frank Watkinson and Peter Vallas.

The plaintiff's responses to the defendant's motions are due on February 23, 2004. The parties are scheduled for a settlement conference on February 24, 2004. Undersigned counsel has spoken with defendant's counsel, and they have consented to an extension of time.

With respect to the requirement of good cause, undersigned counsel hereby represents that my employer and I are currently in the midst of trial in

New Haven Superior Court in the case of <u>Bontatibus Floors & More v. The Hartford Insurance Co.</u>, Docket No: CV-98-0420255-S. The proceedings are progressing slower than anticipated due to the high profile nature of the underlying incident from which the suit arose. As such, it is anticipated that the evidentiary portion of the trial will extend until the beginning of March.

In addition, the defendant has set forth several challenging arguments in its motions, and they should be addressed in the same manner. Due to the previously mentioned trial, it is unlikely that undersigned counsel would be able to respond accordingly.

Wherefore, the plaintiff respectfully requests the court to grant its motion to extend the deadline for filing responses to the defendant's motions for a period of thirty (30) days.

Respectfully Submitted,
**Safeco Insurance Company,**
By its attorneys,

Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P. O. Box 608
Windsor Locks, CT  06096
Tel. 860-292-1116
(860) 292-1221 Facsimile
Fed. Ct. # CT

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA as subrogee of NOBERTO AND MARIA CLARO,<br><br>    Plaintiff,<br><br>vs.<br><br>MAYTAG CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 3:02CV-1916 JBA<br><br>FEBRUARY 10, 2004 |

## **O R D E R**

The foregoing Motion for Extension of Time, having been heard by the Court, it is hereby ordered:

GRANTED/DENIED.

By the Court,

_____
J/Clerk

- 3 -

## CERTIFICATION

I hereby certify that the foregoing PLAINTIFF SAFECO INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME has been mailed this 10th day of February, 2004, first class mail, postage prepaid to the following:

Holly M. Polglase, Esq.
Timothy Roche, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA  02129


_____
Erik Loftus, Esq.