30

FILED
FEB 11  1 53 PM '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | )
SAFECO INSURANCE COMPANY OF ) 
AMERICA as subrogee of NOBERTO )
AND MARIA CLARO, )
 )
         Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 3:02CV-1916 JBA
 )
MAYTAG CORPORATION, )
 ) FEBRUARY 10, 2004
 )
         Defendant. )

*(Janet Bond Arterton, U.S.D.J.)*

2/12/04: Motion GRANTED, with consent, to and including 3/23/04.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

### PLAINTIFF SAFECO INSURANCE COMPANY'S
### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the plaintiff, Safeco Insurance Company, hereby respectfully requests a thirty (30) day extension of time in which to respond to the defendant Maytag Corporation's Motion for Summary Judgment, and Motions to Bar the Testimony of Frank Watkinson and Peter Vallas.

The plaintiff's responses to the defendant's motions are due on February 23, 2004. The parties are scheduled for a settlement conference on February 24, 2004. Undersigned counsel has spoken with defendant's counsel, and they have consented to an extension of time.

With respect to the requirement of good cause, undersigned counsel hereby represents that my employer and I are currently in the midst of trial in