IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
SAFECO INSURANCE CO. OF AMERICA  :       3:02 CV 1916 (JBA)
                                                       :
v.                                                     :
                                                       :
                                                       :
MAYTAG CORP.                          :       DATE: FEBRUARY 24, 2004
-------------------------------------------------------x
```

## ORDER

The following motions are hereby <u>denied without prejudice as moot</u>, in light of the impending settlement of this case:

(1) Defendant's Motion for Summary Judgment, filed February 2, 2004 (Dkt. #23);

(2) Defendant's Motion to Bar the Testimony of Peter S. Vallas, filed February 2, 2004 (Dkt. #27); and

(3) Defendant's Motion to Bar the Testimony of Frank Watkinson, Ph.D., filed February 2, 2004 (Dkt. #28).

Dated at New Haven, Connecticut, this 24th day of February, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge