UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Safeco Insurance Co

v.                               Case Number: 3:02cv1916(JBA)

Maytag Corp

**FILED**
FEB 24 12 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>February 24, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 25, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, February 24, 2004.


KEVIN F. ROWE, CLERK

By: *P.A. Moore*
P.A. Moore
Deputy Clerk