*Settled*

Held
10:15 - 10:40 A.M.
(25 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

February 24, 2004

10:00 A.M.

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02CV1916** (JBA) **Safeco v. Maytag**

| | |
|---|---|
| Stuart G. Blackburn<br>Two Concorde Way, Bldg 3C, PO Box 608<br>Windsor Locks, CT 06096<br>860-292-1116<br>860-292-1221 (fax)<br>sgblackburn@sbcglobal.net | Safeco Ins Co.<br>Of America |
| ✓ Erik Loftus<br>Law Offices of Stuart G. Blackburn<br>Two Concorde Way, Bldg 3C, PO Box 608<br>Windsor Locks, CT 06096-0608<br>860-292-1116<br>860-292-1221 (fax)<br>eloftus@sbcglobal.net | Safeco Ins. Co.<br>Of America |
| ✓ Holly M. Polglase<br>Campbell, Campbell, Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA 02129<br>617-241-3000 | Maytag Corp. |
| Margaret H. Ralphs<br>Two Concorde Way<br>PO Box 608<br>Windsor Locks, CT 06096<br>860-292-1116 | Safeco Ins. Co.<br>Of America |

Timothy M. Roche
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
617-241-3000

Maytag Corp.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Timothy M. Roche
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
617-241-3000

Maytag Corp.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK