UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAFECO                    :

v.                        :     NO. 3:02cv1916 (JBA)

MAYTAG                    :

FILED
MAR 25  4 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ORDER OF DISMISSAL

A Notice to Counsel regarding proposed dismissal [doc. #33] of the above-captioned action having been sent to counsel and parties of record on February 24, 2004, pursuant to D. Conn. L. Civ. R. 41(b) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

IT IS SO ORDERED.

/s/ Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  March 25, 2004